UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

CHRISTOPHER ALLAN BODEN, a/k/a "Captain,"      No. 1:20-cr-40
LEESA BETH VOGT, a/k/a "Lis Bokt,"
a/k/a "Moose," and
DANIEL REYNOLD DEJAGER,
a/k/a "Daniel Reynold," a/k/a "Daniel Miester,"     **INDICTMENT**
a/k/a "Danichi,"     **PENALTY SHEET**

        Defendants.
_____/

## CHRISTOPHER ALLAN BODEN

## COUNT 1: Conspiracy to Operate an Unlicensed Money Transmitting Business - 18 U.S.C. §§ 371, 1960

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class D Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

## COUNT 2: Operating an Unlicensed Money Transmitting Business - 18 U.S.C. § 1960

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class D Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

## COUNT 3: Conspiracy to Launder Money - 18 U.S.C. § 1956(h)

**Maximum penalty:** Not more than 20 years' imprisonment and/or not more than a $500,000 fine, or twice the value of the monetary instrument or funds involved, whichever is greater

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]


## COUNTS 4-14: Money Laundering - 18 U.S.C. § 1956(a)(1)(A)(i), (B)(i)

**Maximum penalty:** Not more than 20 years' imprisonment and/or not more than a $500,000 fine, or twice the value of the property involved, whichever is greater

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]


## COUNTS 15-17: Money Laundering - 18 U.S.C. § 1956(a)(3)(B)

**Maximum penalty:**  Not more than 20 years' imprisonment and/or a $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]


## COUNTS 19-27: Structuring - 31 U.S.C. § 5324(a)(3), (d)

**Maximum penalty:**  Not more than 10 years' imprisonment and/or a $500,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNT 28: Attempted Collection of Debt by Extortionate Means - 18 U.S.C. § 894(a)(1)**

**Maximum penalty:**  Not more than 20 years' imprisonment and/or a $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

## LEESA BETH VOGT

### COUNT 1: Conspiracy to Operate an Unlicensed Money Transmitting Business - 18 U.S.C. §§ 371, 1960

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class D Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]


### COUNT 2: Operating an Unlicensed Money Transmitting Business - 18 U.S.C. § 1960

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class D Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]


### COUNTS 18-23, 25, 27: Structuring - 31 U.S.C. § 5324(a)(3), (d)

**Maximum penalty:** Not more than 10 years' imprisonment and/or a $500,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]


### FORFEITURE

4

## DANIEL REYNOLD DEJAGER

### COUNT 1: Conspiracy to Operate an Unlicensed Money Transmitting Business - 18 U.S.C. §§ 371, 1960

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class D Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

### COUNT 2: Operating an Unlicensed Money Transmitting Business - 18 U.S.C. § 1960

**Maximum penalty:** Not more than 5 years' imprisonment and/or $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class D Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

### COUNT 3: Conspiracy to Launder Money - 18 U.S.C. § 1956(h)

**Maximum penalty:** Not more than 20 years' imprisonment and/or not more than a $500,000 fine, or twice the value of the monetary instrument or funds involved, whichever is greater

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

### COUNTS 4-14: Money Laundering - 18 U.S.C. § 1956(a)(1)(A)(i), (B)(i)

**Maximum penalty:** Not more than 20 years' imprisonment and/or not more than a $500,000 fine, or twice the value of the property involved, whichever is greater

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNTS 15-16: Money Laundering - 18 U.S.C. § 1956(a)(3)(B)**

**Maximum penalty:** Not more than 20 years' imprisonment and/or a $250,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**COUNTS 18-23, 25, 26: Structuring - 31 U.S.C. § 5324(a)(3), (d)**

**Maximum penalty:** Not more than 10 years' imprisonment and/or a $500,000 fine [18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583(b)]
[Class C Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**FORFEITURE**

Dated:  February 25, 2021                     /s/ Justin M. Presant
                                              Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046