**FILED - GR**
February 26, 2021 9:30 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 2-26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**1:21-cr-43**
**Robert J. Jonker**
**Chief U.S. District Judge**

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

CHRISTOPHER ALLAN BODEN, a/k/a "Captain,"          No. 1:21-cr-
LEESA BETH VOGT, a/k/a "Lis Bokt,"
a/k/a "Moose," and
DANIEL REYNOLD DEJAGER,
a/k/a "Daniel Reynold," a/k/a "Daniel Miester,"
a/k/a "Danichi,"

JEREMY TYLER SWINK,                                No. 1:21-cr-

        Defendants.
_____/

NOTICE OF RELATED CASES

    The United States of America, by and through Andrew Byerly Birge, United States

Attorney, and Justin M. Presant, Assistant United States Attorney, submits that, pursuant to

Western District of Michigan Local Criminal Rule 56.4(b)(iii), the above cases are related to

each other because the two cases are based upon a substantial common nucleus of facts, events,

or transactions.   Swink is charged in an information alleging the same crime as Count 2 in the

indictment returned against the other three defendants.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: February 25, 2021             /s/ Justin M. Presant
                                     JUSTIN M. PRESANT
                                     Assistant United States Attorney
                                     P.O. Box 208
                                     Grand Rapids, MI 49501
                                     (616) 456-2404
                                     justin.presant@usdoj.gov


O R D E R

The Court finds that the above cases are     related / not related.

Magistrate Judge Ray Kent