UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

Case No.  1:21-CR-000040

v.

Hon.   Robert J. Jonker

CHRISTOPHER BODEN

Defendant.

**DEFENDANT'S INITIAL PRETRIAL
CONFERENCE SUMMARY STATEMENT**

Defendant _____ CHRISTOPHER BODEN _____ , through his/her attorney, submits the following initial pretrial conference summary statement.

I.     DISCOVERY

☒  The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant     ☒ will     ☐ will not provide reciprocal discovery.

II.    TRIAL

The defendant requests a   ☒ jury     ☐ non-jury  trial.

III.   MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒  Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant.  Counsel will immediately advise the court if any such conflict becomes known.

☐  Counsel for defendant is aware of the following potential conflicts:

IV.    OBLIGATIONS

☒  Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date _____ March 8, 2021 _____          _____ Brian Patrick Lennon _____
                                              Counsel for Defendant

(Rev. 03/01/2019)