# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Christopher Allan Boden | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00040-RJJ- 1 | 3/8/2021 | 2:03 - 2:33 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Justin Matthew Presant | Defendant: Brian Patrick Lennon | Counsel Designation: Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-28 | Read __<br>Reading Waived ✓ |

### TYPE OF HEARING
- ✓ First Appearance
- ✓ Arraignment:
  - __ mute   __ nolo contendre
  - ✓ not guilty   __ guilty
- ✓ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- ✓ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __ Yes __ No<br>Defendant informed of right to appeal:   __ Yes __ No<br>Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Released on Bond | $ 25,000.00   Unsecured |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A. Doezema |