UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:21–cr–40

  v.                                    Hon. Robert J. Jonker

CHRISTOPHER ALLAN BODEN,
LEESA BETH VOGT,
DANIEL REYNOLD DEJAGER,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):           Motion for Protective Order (ECF No. 22)
Date/Time:          March 31, 2021   03:00 PM
Magistrate Judge:   Phillip J. Green
Place/Location:     601 Federal Building, Grand Rapids, MI


                                              PHILLIP J. GREEN
                                              U.S. Magistrate Judge

Dated:  March 26, 2021        By:   /s/ Angie L. Doezema
                                              Courtroom Deputy