# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:21-cr-00040-RJJ-1 | 3/31/2021 | 2:58 - 3:29 PM | Phillip J. Green |

## CASE CAPTION

USA v. Boden et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Justin Matthew Presant | Government |
| Brian Patrick Lennon | Defendant Christopher Allan Boden |
| Matthew George Borgula | Defendant Leesa Beth Vogt |
| Brett A. Purtzer via Video | Defendant Daniel Reynold Dejager |

## PROCEEDINGS

**NATURE OF HEARING:**

Motion Hearing held regarding ECF No. 22; Counsel to file amended proposed protective order.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema