UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:21-cr-40 |
| Plaintiff, | |
| v. | Hon. Robert J. Jonker<br>Chief United States District Judge |
| CHRISTOPHER ALLAN BODEN, a/k/a "Captain," LEESA BETH VOGT, a/k/a "Lis Bokt," a/k/a "Moose," and DANIEL REYNOLD DEJAGER, a/k/a "Daniel Reynold," a/k/a "Daniel Miester," a/k/a "Danichi," | Hon. Phillip J. Green<br>United States Magistrate Judge |
| Defendants. | |

## DEFENDANT CHRISTOPHER ALLAN BODEN'S
## WAIVER OF SPEEDY TRIAL RIGHTS

I, Christopher Allan Boden, understand that I have the right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney, who informed me that he is continuing to review the discovery in this case and otherwise preparing for trial. After consultation with my attorney, I believe that it is in my best interest to allow my counsel additional time to prepare for trial. I therefore knowingly and voluntarily agree to the requested continuance of the jury trial date which is currently scheduled for May 11, 2021.

Dated: April 9, 2021

_____
Christopher Allan Boden

21593100