UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,
LEESA BETH VOGT and
DANIEL REYNOLD DEJAGER,

    Defendants.
_____/

File No: 1:21-CR-40

HON. ROBERT J. JONKER

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the defendants' unopposed motion for ends of justice continuance of the final pretrial presently scheduled for April 27, 2021, and trial scheduled for May 11, 2021 (ECF No. 29). The basis of the defendants' motion is that additional time is necessary to receive and review voluminous discovery, investigate, and explore plea resolution options. The Certificate of Concurrence (ECF No. 30) confirms counsel for the government does not object to the relief requested.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendants in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **August 27, 2021 at 3:00 p.m.** All motions shall be filed on or before **July 1, 2021**. Jury trial is rescheduled to **September 21, 2021 at 8:30 a.m.**

Date:   April 12, 2021                /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              CHIEF UNITED STATES DISTRICT JUDGE