UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:21-cr-40 |
| Plaintiff, | Hon. Robert J. Jonker |
| v. | Chief United States District Judge |
| CHRISTOPHER ALLAN BODEN, a/k/a "Captain," LEESA BETH VOGT, a/k/a "Lis Bokt," a/k/a "Moose," and DANIEL REYNOLD DEJAGER, a/k/a "Daniel Reynold," a/k/a "Daniel Miester," a/k/a "Danichi," | Hon. Phillip J. Green United States Magistrate Judge |
| Defendants. | |
| _____/ | |

## DEFENDANTS' JOINT UNOPPOSED MOTION
## TO EXTEND THE DEADLINE TO FILE PRE-TRIAL MOTIONS

Defendants Christopher Allan Boden, Leesa Beth Vogt, and Daniel Reynold DeJager, by and through their undersigned attorneys, respectfully request the Court to extend the current deadline for the parties to file their pre-trial motions.

The Court previously set a deadline of July 1, 2021 for the Defendants to file pre-trial motions and a trial date of September 21, 2021. (ECF No. 34.) Defendants have analyzed and continue to analyze and consider the potential to file a joint pretrial motion, and in light of the novel legal issues presented by this matter, respectfully request that the Court extend that deadline by 14 days to **July 15, 2021**. Fed. R. Crim. P. 12(c)(2). Defendants do not seek to alter any other dates applicable to this matter.

On June 18, 2021, AUSA Justin Presant informed Defendants' counsel via email that the United States does not object to the requested relief.  Consequently, the request is "unopposed" by the United States.

| | |
|---|---|
| Dated: June 21, 2021 | /s/ Brian P. Lennon<br>Brian P. Lennon (P 47361)<br>Paul H. Beach (P82036)<br>Warner Norcross + Judd LLP<br>150 Ottawa Avenue, NW, Suite 1500<br>Grand Rapids, MI 49503<br>(616) 752-2000<br>blennon@wnj.com<br>pbeach@wnj.com<br><br>*Attorneys for Defendant Christopher Boden* |
| Dated: June 21, 2021 | /s/ Brett A. Purtzer (with permission)<br>Brett A. Purtzer<br>HESTER LAW GROUP, INC., P.S.<br>1008 S. Yakima Avenue, Suite 302<br>Tacoma, WA 98405<br>(253) 272-2157<br><br>*Attorneys for Defendant Daniel Reynold DeJager* |
| Dated: June 21, 2021 | /s/ Matthew G. Borgula (with permission)<br>Matthew G. Borgula (P57330)<br>Laura J. Helderop (P82224)<br>SPRINGSTEAD BARTISH BORGULA & LYNCH, PLLC<br>60 Monroe Center NW, Suite 500<br>Grand Rapids, MI 49503<br>(616) 458-5500<br><br>*Attorneys for Defendant Leesa Vogt* |

21875666