UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.               File No: 1:21-cr-40

                HON. ROBERT J. JONKER

CHRISTOPHER ALLAN BODEN,
LEESA BETH VOGT and
DANIEL REYNOLD DEJAGER,

  Defendants.
                /

## ORDER GRANTING JOINT UNOPPOSED ENDS OF JUSTICE CONTINUANCE

Before the Court is the defendants' motion for ends of justice continuance of the final pretrial presently scheduled for August 27, 2021, and trial scheduled for September 21, 2021. ECF No. 39. The basis of the defendants' motion is to allow for sufficient time to brief and resolve defendants' joint motion to dismiss certain counts of the Indictment. Counsel for the government does not object to the request.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The final pretrial conference is rescheduled to **October 18, 2021 at 4:00 p.m.** All motions shall be filed on or before **August 23, 2021**. Jury trial is rescheduled to **November 2, 2021 at 8:30 a.m.**

Date: July 27, 2021        /s/ Robert J. Jonker
                 ROBERT J. JONKER
                 CHIEF UNITED STATES DISTRICT JUDGE