UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# MINUTES

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | **CASE NO.** | 1:21-CR-40 |
| | ) | **DATE:** | September 20, 2021 |
| v. | ) | **TIME:** | 2:00 p.m.-2:30 p.m. |
| | ) | **PLACE:** | Grand Rapids |
| CHRISTOPHER ALLAN BODEN, | ) | **JUDGE:** | Hon. Robert J. Jonker |
| LEESA BETH VOGT, and | ) | | |
| DANIEL REYONLD DEJAGER, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## APPEARANCES

**PLAINTIFF(S):**
Justin Matthew Presant

**DEFENDANT(S):**
Brian Patrick Lennon on behalf of Christopher Allan Boden
Matthew George Borgula on behalf of Leesa Beth Vogt
Brett A. Purtzer on behalf of Daniel Reynold Dejager

## WITNESSES

**PLAINTIFF(S):**

**DEFENDANT(S):**

## PROCEEDINGS

**NATURE OF HEARING:**

Hearing on Joint Motion to Dismiss Counts 1-14 of the Indictment (ECF No. 37); Order to follow.

COURT REPORTER:    Paul G. Brandell                    M.D.K. Bratt
                                                                                         Law Clerk