UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,
LEESA BETH VOGT, and
DANIEL REYNOLD DEJAGER,

    Defendants.

CASE NO. 1:21-CR-40

HON. ROBERT J. JONKER

## ORDER

This matter is before the Court on Defendants' Joint Motion to Dismiss Counts 1-14 of the Indictment (ECF No. 37). The Court heard oral argument on the motion on September 20, 2021. Based on all matters of record, and for the reasons the Court detailed on the record in open court during the hearing, the Court finds that dismissal is not warranted.

**ACCORDINGLY, IT IS ORDERED**:

Defendants' Joint Motion to Dismiss Counts 1-14 of the Indictment (ECF No. 37) is **DENIED**.

Dated: September 21, 2021

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE