UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                  Case No. 1:21–cr–40

    v.                           Hon. Robert J. Jonker

CHRISTOPHER ALLAN BODEN,

      Defendant.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:          October 18, 2021   03:00 PM
Chief Judge:        Robert J. Jonker
Place/Location:     699 Federal Building, Grand Rapids, MI

                              ROBERT J. JONKER
                              Chief United States District Judge

Dated:   October 5, 2021     By:   /s/ Susan Driscoll Bourque_____
                              Case Manager