UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:21–cr–40

  v.                                    Hon. Robert J. Jonker

CHRISTOPHER ALLAN BODEN,
LEESA BETH VOGT,
DANIEL REYNOLD DEJAGER,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Final Pretrial Conference |
| Date/Time: | October 26, 2021   10:00 AM *(previously set for 10/18/21)* |
| Chief Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                                        ROBERT J. JONKER
                                                        Chief United States District Judge

Dated:  October 5, 2021       By:   /s/ Susan Driscoll Bourque
                                                    Case Manager