# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | CHRISTOPHER ALLAN BODEN | | DISTRICT JUDGE: | Robert J. Jonker |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:21-cr-40 | 10/18/21 | 3 - 3:46 p.m. | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Justin Presant | Brian Lennon | Retained |

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute  [ ] nolo contendere
  - [ ] not guilty  [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived [ ] )
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [✓] Change of Plea
- [ ] Sentencing
- [ ] Trial
- [ ] Other: _____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [✓] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: _____

### CHANGE OF PLEA
Charging Document:
- [✓] Read   [ ] Reading Waived

Guilty Plea to Count(s) 2, 16, 21
of the Indictment

Count(s) to be dismissed at sentencing:
1, 3-15, 17-20, 22-28

- [✓] Presentence Report Ordered
- [ ] Presentence Report Waived
- [✓] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

| Imprisonment: | Plea Agreement Accepted: [ ] Yes [ ] No |
|---|---|
| Probation: | Defendant informed of right to appeal: [ ] Yes [ ] No |
| Supervised Release: | Counsel informed of obligation to file appeal: [ ] Yes [ ] No |
| Fine: $ | Conviction Information: |
| Restitution: $ | Date: _____ |
| Special Assessment: $ | By: _____ |
| | As to Count(s): _____ |

**ADDITIONAL INFORMATION:**
Defense counsel asks for an amendment of the bond conditions regarding contact with co-defendant. Government to advise the Court in writing by 10/22/21 as to whether it objects or not.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |