UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                Case No. 1:21–cr–40

v.                             Hon. Robert J. Jonker

CHRISTOPHER ALLAN BODEN,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Sentencing
Date/Time:            February 25, 2022   03:00 PM
Chief Judge:         Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI

                                         ROBERT J. JONKER
                                         Chief United States District Judge

Dated:  October 18, 2021       By:   /s/ Susan Driscoll Bourque
                                               Case Manager