UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER ALLAN BODEN and
DANIEL REYNOLD DEJAGER,

    Defendants.
_____/

CASE NO. 1:21-cr-40

HON. ROBERT J. JONKER

## ORDER AMENDING BOND CONDITIONS

At the conclusion of defendant Boden's change of plea hearing on October 18, 2021, defense counsel made an oral motion to amend conditions of bond to allow contact between defendants Boden and Dejager to assist in assessing certain financial transactions in preparation of sentencing. The government has filed a response to the request. ECF No. 62.

For good cause shown, the bond conditions for both defendants Boden and Dejager are amended to lift the "no contact" restriction with each other. This Order does not apply to the others named in paragraph 16 of the Appearance Bonds. Also, nothing in this Amended Order requires Defendants Boden or Dejager to consult with each other; it simply permits them to do so.

Date:  October 20, 2021

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE