UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,

        Defendant.

_____/

No. 1:21-cr-40

Hon. Robert J. Jonker
Chief United States District Judge

## CERTIFICATE IN ACCORDANCE WITH LOCAL CRIMINAL RULE 12.4

Pursuant to local Criminal Rule 12.4, counsel for Mr. Boden contacted AUSA Justin Presant seeking concurrence in the relief sought in Mr. Boden's motion. AUSA Presant informed counsel that the Government concurs in filing this motion early, but opposes a downward variance.

Dated: February 8, 2022

/s/Brian P. Lennon
Brian P. Lennon (P 47361)
Paul H. Beach (P82036)
Warner Norcross + Judd LLP
150 Ottawa Avenue, NW, Suite 1500
Grand Rapids, MI 49503
(616) 752-2000
blennon@wnj.com
pbeach@wnj.com

*Attorneys for Defendant Christopher Boden*

189725.189725 #23563059-1

1