# EXHIBIT 1

Your Honor,

My name is John Howland, I am the Chief Maintenance Officer for Commonweath Power, Owner of Mack's Mowersports, a Journeyman Millwright, and a father.

I am writing this letter in regards to Chris Boden and our relationship. I'd like to start with Chris is a passionate man regarding science, education, and the betterment of humanity. The countless hours he has spent in pursuit of educating the public, specifically the hard to reach young people, is simply amazing. I admire this in him.

Chris and I met some years ago while running the Geek Group, a Non-Profit Learning Center in the heart of one of the poorest neighborhoods in Grand Rapids. My neighborhood. I was fortunate in having people in my life to let me explore and teach me things. Answer my questions. Show me how things worked. As a young man I made mistakes, my Judge gave me a 2nd chance. I didn't waste it.

Since that time he has assisted me on multiple occasions in keeping 100 year old electric dams up and functioning, providing true green power to the Kent and Barry counties. His specialized skills and knowledge are a true blessing.
In return for his services, he has asked for only one thing. Let him shoot video so he can teach the world about Physics, Electricity, Civil Engineering, Carbon Free Electricity and hopefully inspire young people.

It is a noble cause.

Chris's passion is also his weakness. When throwing himself into a project, he rarely thinks of anything else. He is devoted to it. This absent mindedness is what I believe what made him make the poor decisions and actions that have put him in front you today. We are all human, we all make mistakes. The scales of Justice show a balance for a reason. Consider the Good he does when weighing his mistakes.

In my mind, Chris in a prison cell does little good to anyone. It seems to me if he continues his work he will prevent more young people from becoming criminals in the first place, Giving them knowledge, learning a trade, giving them hope, a path.

I wouldn't expect Chris not to pay for his crimes, the Law is there for a reason. I am simply asking for leniency, mercy. Put him a halfway house, let him help those on the path to rehabilitation, let him make a difference, let him educate.


Regards,
John Howland