# EXHIBIT 3

To the Honorable Judge Robert J. Jonker,

This letter is intended to share my experience in knowing Chris Boden as an organizer, a manager, and a friend.

A little background: I am in my 60's, have worked for the same company for over 30 years, raised a family of 5 children, and consider myself competent in a number of technical fields. My introduction to Chris and the Geek Group was during an unforeseen divorce. I found myself out of my home with little warning.

During the turmoil, I took a break and just escaped to the internet to find some distraction from my situation. I found comfort in a collection of likeminded people with a desire for knowledge and a thirst for an outlet to experience things that would be otherwise inaccessible to them. I ran across The Geek Group.

I initially thought it must be in some large city far away, because it was so comprehensive in its facilities and capabilities and had such expansive goals. After spending time on their site, I discovered that they were local to me, so I just showed up and introduced myself.

I went there as a temporary escape from my troubles and found a family. I was welcomed quickly. Chris soon learned of my situation, and the challenges I faced. I had 25 years of accumulated equipment and belongings, and no place to live. He rallied the staff and they helped me move into temporary quarters and move/store/dispose of my unneeded baggage.

That rescue led to me living among the staff of the Geek Group for over 6 months. I had no where else to go, and when I wasn't at work, I was living there. I may not have known every single detail, but I had a pretty good front row seat to its daily operations.

It is important to understand the character of the people that the facility attracted. Some joked it was a lot like the characters from Misfit Island from the show Rudolf the Red Nosed Reindeer. We all had an affinity for deep study in some area that sometimes left us perceived as less than socially well rounded. Not to say that we weren't social, its just what excited us was not what likely engaged the average person. The organization provided an outlet for people that were deeply interested in technical things and felt marginalized in a world concerned with sports scores or what the latest pop star was saying. Sometimes it attracted a few that were a bit too far removed, but those were identified and culled.

The organization was made up almost exclusively of complete volunteers because there was never enough to do otherwise. The unique nature of the endeavor and Chris' intensity to make it work, motivated people to offer their time willingly. I know I did, and saw the same or more in others. It was a unique cause, and worth fighting for. I have traveled extensively and have never experienced anything like it. Chris had a drive for this cause that made it attractive to be a part of it. It made people that felt misunderstood feel like they were a part of something. People would take vacation and travel great distances to volunteer to be a part of it.

What it mostly did was offer people a canvas to explore otherwise inaccessible dreams in a tech environment. That led to many greatly expanding their knowledge and abilities, and to have hope in areas that they never could have because of access to technology at a level not commonly available. That lack of availability caused from economic status, geographical remoteness, or systematic instruction was bypassed, and the approach benefited and was appreciated by many.

Because of the grand nature of the dream, and the resources necessary to address the varied areas of study, it always struggled to be monetarily successful. A huge effort expended was in trying to secure

funding to keep operations going.  It's hard to imagine how much this could have affected people lives had not most of Chris' time been spent trying to show what we were and what we could accomplish.  As it was, even with the constant fund-raising drag, a huge amount was done to help and develop people.

Chris and the staff spent an inordinate amount of time making technology and the excitement of knowledge available to those that were left behind in the tech era.  School kids, teens, and adults that would otherwise always be behind the power curve and miss the opportunity to be a significant contribution.

In the months I spent with The Geek Group, I spent a lot of time along Chris' side working through many projects, often late into the night.  I saw him exhausted; I saw him elated about successes, and I saw him in personal moments.  I have never seen him evidencing any signs of indulging in any substance.  Once, I supplied holiday cheer for our Christmas party, and he didn't even indulge then.  I have lived with narcissistic people and have become a pretty good study of the behavior.  Chris was undeniably charismatic, but I have never seen him abuse that power.  Even in his romantic relationships, he was nothing but candid.  I have never seen him deceive, coerce or manipulate.  He never had to.  He just kept goals in front of people and encouraged them to reach for them.   I am convinced that his motivations were a burning desire to lift people and give them access on a train that might pass them by.  Coming from a disadvantaged background burned into him the want to help others avoid limitations imposed by a disadvantaged past.

If Chris' actions were outside the bounds, it was because of ignorance in a newly evolving system that turns out to be regulated by laws that he was not aware applied.  In the years I've known him, he was always motivated by the want to keep this dream alive for others to benefit from.  I have never experienced any sign of him profiting from any of his work or living even normally, let alone lavishly.

I feel it is a shame that this vastly underrated resource was crushed instead of celebrated and supported.  It was a flicker of light in a dark world, and instead of someone appropriately pointing out that he was wandering into regulated territory, and allowing for a course correction, a hell storm was unleashed.  Maybe that happened because of the momentum of a system that didn't recognize the intentions of the organization, or mistook it for something nefarious, and now the need to justify the resources expended.

Unless something has fundamentally changed in the process of our Justice system, I believe that a jury of your peers was intended shed light on the character of the accused to allow a better application of the law in spirit and not just in fact.  If spirit is still to be considered, and character is a factor, I feel that I, and others have seen Chris' character first hand and have some feeling for his intentions.  That being said, I have never seen him act in a way that was designed for personal gain, and any implication to that affect is an exaggeration and an intentional misrepresents the situation that occurred.

Thank you for your consideration on this matter.

Sincerely,

Mark Rokus

Holland, MI 49424

231 632