# EXHIBIT 5

Michael Loftis

CLINTON, MT  59825

October 30th 2021

Re: Christopher Boden

To The Honorable Judge Robert J. Jonker

I'm writing this letter on behalf of Christopher (Chris) Boden. I first became aware of Chris well over ten years ago.  I put it like that because I'll be honest, Chris and I have never been in the same room together. We're nerds, geeks.  Our community isn't defined by geographic constraints, but by shared values, passions and online spaces.  I'm not sure exactly when and where I first discovered Chris as it's been far too long for me to recall exactly.  At the time I learned of Chris he was part of a group trying to build what we would today call a Maker Space.  And he was sharing that adventure with whoever wanted to know.

Over the following years I became part of a handful of people who have come to support Chris in his ongoing personal mission of education.  Most of us also supported the much larger and initially vaguely defined idea of what eventually became very concrete on Leonard Street at The Geek Group (TGG).  Back at the beginning it was more just a bunch of geeks and nerds trying to find a place for themselves, to be themselves, and sharing the adventure of learning.

Chris has never had tons of resources.  Despite, or maybe because of that, Chris has always been generous with what he does have.  Time and knowledge.  Chris isn't greedy, unless you count his utterly insatiable desire to learn, explore, and to share what he finds on those journeys so others can be enriched.

There's plenty of ways Chris could've gotten cash rich.  But that's never been his drive.  Instead his desire has always been to enrich others through knowledge.  Forming TGG was the visible part of that personal mission to help others enrich themselves.  Help people to better their own world.  Chris is a key part of that larger nebulous thing.

Most people could never afford to have a full collection of hand power tools, never mind the larger pieces like the big woodworking CNC table, the metalworking equipment, and on and on.  Much less, especially in urban areas, the space to keep and use that equipment.  Chris' goal, and that of TGG, to provide access to a vast array of specialist tools, equipment, and knowledge.  How many other places in the country would open their doors and give the proverbial keys to over a million dollars of tools and equipment for any reason or price and say "Go make something, go learn something."  The ultimate practical knowledge playground.

The group of people that have formed around Chris, including myself, formed largely around that framework.  Others excited about learning, about science, about art.  Others who think things like giant orange Kuka Robot's and Software Defined Radios, and the crazy way that paint looks in the sun are spectacularly awesome marvels.  People who ask the question "How the heck did they make that?  How

can I make that?"  I've supported him, and continue to do so, because of his unending desire to learn, explore, and invite others along the way, his character of dealing with others fairly.

For as long as I've known of him, and in the last ten or so years, known him, Chris has always done whatever he can to positively enrich as many people's skills, knowledge, and therefore lives as he could.

Chris always focuses on doing the most good.  Give everyone a fair shake so everyone gets a little better off out of the deal.  An ethos of dealing openly, transparently, and sensibly.  Sometimes that decision involves a result that isn't what is best for Chris personally.

I know that Chris fully accepts the consequences of his actions.  "Stupid Hurts" as the saying goes.  And ignorance is no defense.  As good people with good intentions we make the best decisions we can at the time we make them and with the knowledge we have at hand.  Sometimes those are the wrong decisions, and we only find that out later.  I am certain that had Chris known that carrying out the venture into Bitcoin in the manner in which it was done would result in this, he would've found a better, safer path or avoided it entirely.  Because he's one of those that gives a damn about other people.  And there was, and is, a lot of other people's lives wrapped up in his.

It is my opinion there have already been vast, and permanent, negative consequences.  Consequences directly to the neighborhood community Chris and TGG was a part of.  Regardless of further personal consequences Chris has already had one of his life's dreams shattered and destroyed.  For him that's a lot of punishment.  The big dream he poured everything into was shattered.

Chris, even now, continues that personal mission.  To reach out and educate.  It is my sincere belief that society would be better served with more Chris Boden's in it.  It's not an act for him.  It's not a show for him.  For him it is who he is.  In some ways TGG closing has been better for Chris personally.  In the nearly three years since December 31st 2018, he's been able to redouble his personal outreach.  Because his time was suddenly freed up immensely.  Because that's his personal mission, to educate, to show whoever needs it that it's ok to be passionate about learning.  I think if asked he'd say that's still a loss because of all the things he can't help make directly happen for people.


You, Honorable Sir, as I have no doubt you're very aware of,  have the power, the right, to decide this man's fate.  To decide what is enough.  To decide where the balance lies for justice.  And decide what better serves society.  I'm glad I don't have that responsibility.  I hope that in some way through reading this letter, you'll come to know a little more about Chris and what drives him.  As a man who, despite (and I would argue because of) his faults, seeks not for his own good, but for the good of the whole.



Sincerely,



Michael Loftis