# EXHIBIT 6

Kent Blohm

Grand Haven, MI 49417
616 566-
███████@yahoo.com

November 17, 2021

To the Honorable Chief United States District Judge Robert Jonker,

My name is Kent Blohm, and I'm a retired High School teacher. I am writing this letter in support of Christopher Boden. Chris was a student in my classroom 30 years ago, and we have stayed in contact since then. In the time I have known him, I've been inspired by his energy and determination to bring science education to underserved students.

In the late 1990's, I met Chris at a warehouse in downtown Grand Rapids. When we went inside it was filled with old computers, electronics and industrial machines. I asked him, "What are you going to do with all this junk?". Chris smiled and said, "One person's junk is another person's treasure." He explained his vision to refurbish discarded technology and give them to kids who needed them. His plan was to turn the warehouse into a science center for students and teachers. Chris started a non-profit organization whose mission was to provide hands-on educational opportunities for students and teachers using high-tech equipment. The group also provided refurbished computers at little or no cost to low income children and families.

More than twenty years later he was still doing it successfully. Chris' vision has had a positive, real influence on students in Grand Rapids, Kalamazoo, and around the world with his videos and YouTube presentations. I'm proud to know Chris, and am inspired by his desire to help students who otherwise would not have access to advanced technology.

I understand the seriousness of what Chris has pled guilty to. I know Chris does also. When sentencing Chris, I am asking the court to consider restorative justice. Chris' passion for providing science education should be used as a way to give back for the mistakes he made.

Thank-you for your time and consideration.

Sincerely,

Kent Blohm