# EXHIBIT 7

Justin Atkin

Saint-Laurent, QC, H4S1W6, Canada

Honorable Judge Robert J. Jonker,

My name is Justin Atkin, and I write to you today to provide an attestation to the character of my long time friend, Chris Boden. I have known Chris for at least a decade and it is without exaggeration to say that he has been an incredibly positive influence both in mine and many others lives for the entire time I've known him.

I met Chris when I was just a junior in high school through an online forum that he ran in conjunction with his former company "The Geek Group", thanks to videos posted on their youtube channel. While this may seem like an unusual way to meet someone, that experience was formative both to my life and my eventual career. I currently run one of the largest youtube channels in Canada, and am in the top 750 science channels in the world. And I now employ 3 people. This never would have been possible without Chris.

It is not an understatement to say that Chris is one of the most giving and generous people I have ever met. Starting first with myself, he was quick to encourage my love of science and engineering, and guided me through the first serious engineering project I ever attempted. While constantly making sure that I was handling it safely, and answering the litany of questions I would have on a near daily basis, or referring me to the right experts. We have maintained a friendship ever since and in a wonderful twist of fate I now occasionally advise him on how to best grow his youtube channel so that he can continue to help teach more students using his remarkable and encyclopedic knowledge of seemingly endless topics.

But beyond helping me, the kindness I've watched him show to so many others is remarkable. Through the geek group, he slowly built up a charitable business the likes of which I've never seen before or since. He helped organize the donation of thousands of laptops and computers, preloaded with everything a student could need, to many of the children and families of Grand Rapids. He wanted to make sure that no student would get left behind because they lacked the technology required in modern education. Seeing that effort grow from a once a year event they would do on halloween, to a full time endeavor was awesome to behold.

As I live in Canada, the way I would keep up to date with what Chris was doing was through his Vlog channel titled "the captains blog". Through these daily update videos I

would see the endless parade of students that would flow through the geek group, and be taught by Chris and his colleagues. The smiles and delight when he would demonstrate one of the amazing electromechanical devices he used to build was always great. As an educator myself, it was clear as day by the look on their faces that many of these students would have been inspired in these moments to become the next scientists, engineers, and technicians to shape our future. And this was the same impression I got through my interactions with many people who became regulars at the geek group, and this was in large part to those first interactions with Chris and the charm he would bring to education.

Though like all humans, Chris is not without fault, which brings me to the unfortunate circumstances with which I now write this letter. As is my understanding, Chris has pled guilty to 1 count each of Money laundering, structuring, and operating a money exchange business without a license.

Once a week Chris would host a class on crypto currency, specifically, Bitcoin. While I will eschew discussing the technical details of Bitcoin, it is my sincere belief that Chris's interactions with it were largely due to his interest in the technology itself, rather than any sort of malice. Bitcoin as a technological marvel accomplishes many things that various technologists could have only dreamt of even a few years ago, and it has since grown to be a technological and financial experiment the world over. The classes Chris would teach were simply to help everyday people understand the technology and how it had the potential to impact their lives. One byproduct of this is that he would also give out small quantities of it, for the sake of demonstrating how the technology works.

I have since learned that he also experimented with some of the more exotic methods of handling Bitcoin, specifically a process called "mixing". This is where the money laundering charge comes into play. Again, I do not think this was done with malice, but more to simply see how the properties of the coins change through the process. Since Bitcoin is inherently traceable through the entire history of every coin "minted", one side effect of using it is that even if the coins are bought through a legal exchange, a record of the previous owners is maintained as the coins are exchanged between people. This can lead to problems where previous owners can be harassed if future owners were to use the coins maliciously, in an attempt to find the offending party. "Mixing" in theory removes that issue, but in the view of the legal system, evidently it is also viewed as a form of money laundering. It is my belief that Chris now understands the implications of this process, that it is illegal, and wrong, even if he didn't at the time, and expresses his sincerest remorse for the error. What he thought was an interesting technological quirk, unfortunately has now ended in part of the current legal trouble he finds himself in.

The other charges, structuring and operating a money exchange business without a license, I also believe were deeply unfortunate accidents due to a misunderstanding of the laws surrounding Bitcoin and the exchange of it for USD. I've been told that Chris would help interested participants of the classes he would teach, convert some USD to Bitcoin, as he had the technical know-how and unlike today it wasn't always as simple as making the right account on the right company's website. As you may know, Bitcoin's price is extremely volatile, and as an asset is one that has seen spikes in value and popularity over the years. But for the majority of its history getting the coins was quite difficult for those without significant technical computer knowledge and intimate understanding of the technology.

This had a significant effect which I think is noteworthy when considering the actions of Chris. Which is that for those who viewed it as an investment, say if they wanted to give their children something that would hopefully one day gain value, Chris was a unique resource. And for others simply interested in experimenting with it, the same holds true. It is unfortunate that what I believe he simply viewed as a little hobby to help out the locals, was unfortunately sufficient to be classed as a business, and therefore in violation of U.S.C 1960.

As a pillar of the community, I truly believe both that he expresses the most sincere remorse for his actions and the impact it had on those around him, and that he should have been more prudent to check the legal requirements to make sure he stayed within the bounds of the law. I do not believe any of his actions were committed with malice, to aid criminals, or subvert the rule of law, but rather that this was a very unfortunate misunderstanding, and lapse of judgement. He is not without flaws, but he remains one of the most dedicated educators, and kindest man I have ever met, that wants nothing more than to see those around him, and in his local community learn, grow and flourish.

Even after the geek group shut down, and with hardly a penny to his name, he continues to this day, to go out of his way to help those around him, provide any support he can, and do good in an otherwise uncaring world.

I hope this attestation helps to demonstrate the strong moral character Chris regularly displays, show that he remains a pillar of the community and may help guide your judgement of him.

Best regards,

- Justin Atkin