# EXHIBIT 8

Dear Honorable Chief Judge Robert. J. Jonker,

It has come to my attention that a dear friend of mine, Christopher Boden, has found himself caught within the cogs of the federal legal system under some hefty accusations. Although he has indeed plead guilty to these charges, I assure you that the man that stands before you in the courtroom, despite what the prosecution claims, is not a career criminal by any means. He is not some 21st century Al Capone of West Michigan. He is a simple man with lofty goals and an ambition that can get the better of him at times.

My history with Chris began as many have. I found his videos on YouTube. In a small niche of content creators making cools toys that throw big sparks and arcs, I found this little scrawny guy sitting next to this big-ol' oaf by the name of Paul Kidwell. They were sitting at a table both playing with magnets. I latched onto the fun atmosphere and the free spirit of these videos, foul language and all. These videos were what I looked forward to every evening. Informative and educational, yet fun and entertaining. These videos fueled my sincere and passionate desire to learn. This was over a decade ago, and here I am, at the age of 29. I've never spent a night in jail, I am drug free, and I am still learning via the community that Chris has built online with the intention to inspire, educate, and entertain.

This now brings me to the staggering amount of effort and dedication he has put forth to improve the lives of those around him. Between the "computers, not candy" campaigns where his company would give away THOUSANDS of laptops to poor kids on the west side of Grand Rapids FOR FREE to the opening of their doors to homeless during severe weather events, Chris' contributions to his community can be described as immense. It's hard to quantify the number of lives that he and The Geek Group radically improved, but the number is enormous. The effects of his efforts stem far beyond Grand Rapids.

After the raid, our community was devastated. To be fair, there were a multitude of events after which The Geek Group should have thrown in the towel, but Chris, along with his staff, had an enormous willpower to push through just about anything the world could throw at them. Alas, the federal raid conducted back in 2018 was the final nail in the coffin for TGG. The justice system destroyed Chris' life's work over the span of just a few hours.

Despite the adversity of what is going on currently, he continues to push on. To this day, he is still making educational videos. To this day, he is still generously giving less fortunate kids and families the means to improve their lives. He frequently interrupts his day to help stranded motorists on the side of the road to fix their car and get back to their daily life. Despite all the stress of this ongoing legal battle, Chris' commitment to inspire, educate, and entertain has not died. His dedication to his community is unwavering. This is <u>not</u> the kind of person that needs to be locked up. He is not violent, has shown remorse, and the chances of him re-offending are essentially zero.

      We need more people like Christopher Boden in this world. Locking him in a federal prison for the rest of his life does no one any good. He is a simple man that made a few bad judgement calls. Nobody was harmed, and he didn't even benefit himself. He's harmless and, at this point, he's learned his lesson about fooling around with cryptocurrency. He won't be touching it again.

Sincerely,

Joshua Manalo

███████████

Waldoboro, Maine 04572