# EXHIBIT 9

Vicki Bosscher

█████████████

Holland OH 43528

11/26/21

Chief Justice Jonker
Chief Judge of the United States District Court
Western District of Michigan
685 Federal Building
110 Michigan St NW
Grand Rapids MI 49503

Dear Chief Justice Jonker:

I, Vicki Bosscher, am writing this letter on behalf of Christopher A Boden.

I met Chris in 1982, when his parents took me in as a rebellious teenager as their foster child. While Chris was just a child at the time, he was the smartest person I had ever met. Chris never missed an opportunity to teach others what he knew. I think we were one of the few families at the time to have a computer in our home, and he wasted no time learning how to write programs for it. Chris was the child who literally took apart a toaster to see how it worked. I've seen Chris tear apart just about everything, just to tinker with it.

By the time I started college, Chris was well on his way to becoming a "teacher" to anyone who would give him the opportunity to listen to him. Chris shared with the passion like nobody I had ever met. He was always willing to help me with my college courses (he is 7 years younger than me!) and helped me exceed where I otherwise would have failed.

When I started to have children, Chris never missed an opportunity to share with them as well. My kids have great memories of Uncle Chris shooting nail guns in a mainly empty warehouse, watching others learning how to use a lathe, as well as learning about electricity and lightning. One time while at the West YMCA, my son watched for hours as one person was teaching another about how to use the radio broadcasting equipment.

I've witnessed Chris giving laptop computers to anyone who needed one. He took them in, cleaned them up and but on the basic software needed for school. One of those who benefited from one of his donations, was my foster daughter. He didn't help her because of who she was, but because there was a need and he could fill it. This has been a theme for Chris' entire life. To help, to give, to serve.

I spent most of my adult life loving science and trying to pass that on to my children and grandchildren. It is because of Chris' influence that I never shied away from technology or what others would consider to be a male dominated field. I worked for the phone company as a fiber splicer doing cut-overs in rural America in North and South Dakota. While I was in North Dakota, I took a position with my current company installing Dish Satellite. I moved up to my current position as the Operations Manager covering multiple offices in Northern and Central Ohio.

Chief Justice Jonker
11/26/21
Page 2

As a woman in the technology field, I do get some push back, 98% of my employees are male. However, I know my stuff, and my confidence in who I am and what I am capable of came from meeting an 7 year old boy named Chris Boden way back in 1982, who I proudly call my little brother.

The current trouble Chris is in today has nothing to do with malice or trying to make a profit. Chris finds himself where he is because he was trying to share his knowledge and help others. Chris would go without food and clothing to make sure those around them had everything they need. Chris is a giver of knowledge, he empowers others, and takes nothing from anyone that he cannot turn around and use to help someone else.

Sincerely,


*Vicki Bosscher*

Operations Manager
Dish Network In Home Services