# EXHIBIT 10

Elizabeth Stack

██████████████████████

Grand Rapids, MI 49544

616-375-████

██████████████████

November 06, 2021

To the Honorable Chief Judge Robert J. Jonker:

My name is Elizabeth Stack. I am the owner of Studio Make-Do, LLC, a small production company with a focus on educational video. Previous to this role I served as a video professional to various nonprofit organizations since 2010. Starting in 2011 I worked at The National Science Institute (formerly The Geek Group). I stayed with the company until it closed its doors for good in 2019. Initially I was a volunteer, and was later appointed Head of Video Production. It was through this professional role that I first met Chris Boden.

Our relationship over the years has been multifaceted. Chris has been a boss, a housemate, and a friend to me. He was actually the one to interview me for my initial position at The NSI. We sat at a small table in a lobby filled with odds-and-ends that didn't have a proper place in the new building yet, and we talked. It was certainly not an interview like I had experienced up to that point.

While we did cover my experience, qualifications, and career aspirations, Chris was equally just as interested in sharing his ideas. How he wanted to build up an educational facility. How that facility would allow anyone from any walk of life unfettered access to learn what they wanted. To give people a community where curiosity and exploration were encouraged. To help others. His plans were big, and he wanted to include as many people as he could get in them.

As a part of the A/V team I helped shoot educational videos and documented events at The NSI. I would then edit and prepare them for viewing (usually online through YouTube). This work gave me the unique opportunity to witness much of the goings-on within the organization, as well as to interact with many of the people that visited or participated in its programs.

The videos were a major part of Chris's goal to reach more people with an interest in the sciences.  By releasing them for free online, he hoped that even those unable to visit the facility could still learn something from us. The subjects covered were numerous, including high energy physics, vehicle repair, robotics, programming, CNC machining, 3D printing, woodworking, tool/equipment teardowns, and more.

Much of the time Chris was the host of these videos, but often they'd include someone who was an expert or hobbyist in a given subject. Other times it would be one of the latter in the video by themselves. This was very much at Chris's encouragement.

It was (and still is) his belief that everyone has something that they know, are good at, or passionate about that they can teach to others. A valuable knowledge that they can give, if they only get the chance to. The videos gave them that option, especially when a traditional classroom setting was inaccessible to them.

People from all walks of life and professions came to the lab with an interest in helping. Engineers, mechanics, chemists, artisans, teachers, physicists, students, R/C hobbyists, photographers, machinists, and more would become involved. Even more with widely varying interests did as well. Over the years we had volunteers with knowledge in subjects like linguistics, astrophysics, painting, carpentry, electronics, broadcasting, and even paleontology. They gathered around Chris's vision, and he very much considered them 'his people'. Over time, as I helped make videos with them, I came to think the same as well.

With him leading us, we worked over the course of years to reinvigorate the 43,000 square foot building we occupied while also working to serve the wider community. There was always something to be moved, painted, cleaned, or fixed. At the same time, care was taken to guide our members through their projects. While all volunteers had their specialties, it was common that they'd help out with many different types of work, myself included. All those years we had accomplished so much.

People were able to come and learn new things at a pace that was comfortable to them. Some would learn a whole new trade so they could change their career path. Families would use the tools to learn to make something together. Others would use them to research & develop ideas and products that they otherwise wouldn't have been able to afford to. Car owners could work on their vehicle in a safe environment out of the elements. Anyone could come in and experience something new that usually wasn't available outside of a school shop or university lab.

Hundreds of school kids, boy scouts, girl scouts, and community groups were treated to both tours and experiences at the facility that would encourage them to be curious about the world. Demonstrations were often put on to specifically get them excited about science.

Chris offered The NSI's space to any other nonprofit that needed a meeting spot, at no charge, for years. We hosted everything from book clubs to bicycle groups. Chris would show up on Sundays to open the building just so that the model rocket group could meet there, and the Grand River Woodturners Guild grew from a few people to an international audience because we broadcast their meetings live over the internet using our equipment. Thousands of people with a wide array of interests were hosted over the years, and we encouraged it to help build up the community.

The building was a place of safety and refuge to the community. During power outages or extreme weather, people were able to visit to cool down/warm up as needed and charge their phones. Cots were offered to anyone who was in a dire enough situation with nowhere to go to stay overnight and use the showers in one of the old locker rooms (the building was a former YMCA). Members of the LBGT+ community could safely come and use the gender-neutral restrooms without needing to be a member or volunteer.

Tons of discarded electronics were processed from donations, and parts that could be recycled were saved from landfills. Hundreds of old computers were refurbished so they could be put back into use. A nontrivial amount of these were given away for free to area students so they could keep up in their classes. Yet more were sold to families who otherwise wouldn't be able to afford one for as cheap as possible.

Working with the courts, our facility was able to give people a place to serve their court-mandated community service, with flexible hours and free from judgement.

Several people have credited Chris or The NSI for inspiring them to pursue a career in science and technology. Some from knowing Chris directly, others from volunteering or visiting the facility, and still others from watching the thousands of videos we put out.

Even with all of the things we managed to do, it was very much a struggle. We were operating on less than a shoestring budget from month-to-month. Extra funding for the facility was scarce even though the staff applied for many, many grants over the years. Once I moved into my position as the head of the A/V Department and began to sit in on the morning meetings held with senior staff, it became all the more clear just how strained things were.

This was reinforced during the times that I was asked to film the monthly meetings of the Board of Directors as a part of record keeping. Though they were also working as best they could to come up with funds, there always seemed to be something that led most efforts to fall short. Any time that the organization did finally secure some sort of financial gain it was immediately used up between the unexpected expenses that can come with an older building, or by general bills over the course of a few months.

During the last few years of The NSI's existence, I cannot recall a month where there wasn't at least one utility calling and threatening to shut something off. The power. The heat. The water. Trash pick-up. Mortgage. At times Consumer's Power would send someone out in the middle of the workday to turn the power off without prior warning, ruining the work the people were doing inside. We had autumns/winters where DTE would come to shut off the gas at the first sign of a freeze, causing all facility activity to halt so we could work together to figure out how we were going to keep the water pipes from freezing that night before they burst and created an even more expensive problem.

Such events created a constant strain on the whole staff. It's one thing to not know if you'll be open next month or not. It's another to also be sitting in the dark with no ability to work or shivering as you try to help a member, or do the day's general tasks. It was often demoralizing, as we felt that we were simply trying to do something good for others.

In spite of often overwhelming issues, there was a core staff that appreciated the potential and the vision of the facility that stayed regardless of these challenges. We wanted it to work, and were unwilling to quit even if it was arguably logical to.

Chris, for his part, worked tirelessly both to try and raise money for the lab and support his staff. His typical day at that time started in the early hours on phones trying to secure funding and needed equipment. It ended well past the normal work day where he would live broadcast several hour talk shows for fans of The NSI. Often these shows included small fundraisers to help fund the bills of the month, the emergency of the day, or upcoming projects and demos.

More than once he was given the well-meaning suggestion to raise the membership prices to increase revenue. He was adamantly against this, even if it might have worked. To him, to do so would mean that we were cutting off access to some of the people who most needed it by pricing them out. If we could not be as accessible as possible, there was no point.

Knowing the physical and emotional hardship working at the facility could bring, Chris sought to be supportive of staff and volunteers any way he could. It was common for him to listen, give advice, or be a shoulder to cry on. He would work with staff of the different departments on ways that they could generate extra income. If someone couldn't find daycare or a babysitter for their child, he encouraged them to bring them along with them to work. More than once he helped a volunteer or staff member secure safe housing or buy them meals when they were facing circumstances that could potentially leave them homeless. If someone needed help moving to a new living space, he was the first to offer it, and then he'd gather a team of people and bring them along. It mattered to him that we worked to lift each other up.

He did his best to remain an overwhelmingly positive force for others to gather around. The NSI was built up as a place where nerds and geeks could congregate. This included many people that would be considered to be 'outsiders' in society for many reasons. Chris invited them in despite any shortcomings they felt they had or exhibited outwardly, and encouraged staff, volunteers, and members to be their most authentic selves. With staff in particular he demonstrated a unique patience with those that may have failed at a task or project, or were finding that they weren't fitting into a particular role at the facility, or even committed some social misstep.

Even on rare occasions where a staff member may have done something that would have justified being let go from the organization, Chris was generally reluctant. He believed strongly in giving a person a second, sometimes even third or fourth chance to do better. Whether that meant finding them a role that was a better fit for them, helping them seek outside help for any issues they were having, or working over time to address job-specific problems, he was willing to try anything to help. It was simply against his nature to not try to assist someone in becoming a greater version of themselves. I experienced this personally when I was having mental health issues over a period of several months that had me dealing with extreme bouts of anxiety and depression. To make a long story short, I was not easy to work around for that stretch of time, and even said things to Chris and others that absolutely should have gotten me fired.

Instead Chris worked with me to get down to the source of the problem. He allowed me to use time during the work day to seek outside help from medical professionals. I was able to explore solutions without worrying about judgement from my superiors or peers. I could step away from my duties without fearing that I might be replaced. He would check in on my progress and how I was feeling often. Chris made it clear to me that it was worth it to him to risk my productivity dropping for a bit if it meant I got better, because he valued me as a person and knew I loved my work. He wanted me to be able to eventually come back to it with healthier coping mechanisms, instead of kicking me out to Lord knows what fate and forgetting about me just because I had been getting difficult to be around.

I believe it was this nature of his that may have inadvertently contributed to the crimes that brought him to your bench for judgement, among some of the issues I've already touched on above.

Bitcoin was a subject that Chris had gained an interest in sometime during the general running of The NSI. Always into learning about new technology, he had decided to look deeper into it and how it

worked. He decided that there was an educational value in it, and that it would be a good thing for others to learn about too. And so he began to teach classes on what it was, how it worked, the legalities of it, etc. Eventually he learned that if he sold Bitcoin, he could charge a small fee for the service. By doing so he could create a new revenue stream with which to help keep the organization afloat.

For a while it did help. But even when using it in conjunction with the other revenue generated by the lab's gift shop, membership fees, small donations, and selling of raw materials or redundant equipment, it never did completely alleviate the month-to-month struggle.

As time went on and the hardships only continued with no financial relief in sight, I believe Chris was finding himself in a more and more stressful position. More than once he'd been advised that it might be best to close the organization down, but he refused. He was determined to keep helping the members and community that had come to need The NSI's services. I also believe he feared failing his staff and volunteers too, especially after they had given much of their own selves to his cause--his life's work.

The morning meetings with senior staff, as well as the Board meetings, had become much less about planning for the future and what we could do to just survive the next month, the next week, and sometimes just the day. And our anxiety was Chris's anxiety. The difference is that he was ultimately the most responsible for figuring out a solution to its cause.

My own experiences in dealing with runaway anxiousness have taught me that the longer someone endures stress, the less clear they think. I firmly believe he began to act out of desperation due to the situation, and it led him to make decisions that he otherwise would not have. He chose to ignore when someone with possible ill intentions was seeking to purchase Bitcoin, and sold it to them.

These decisions were the wrong ones, there is no denying that. However I do not think they were ever made with malicious intent. If it meant paying the bills, keeping the facility open and helping people longer, and not letting his staff--or himself--down, I can understand him wanting to let something slide that he otherwise wouldn't have.

Regardless of the intent, the events that followed made it impossible to continue The NSI's operation. The things he feared most came to pass, despite his efforts to circumvent them. The facility closed down, the staff and volunteers moved on, and the community is no longer served as it once was.

I'm comfortable musing on Chris's motivations with regards to the crimes he committed because of events that followed. I stayed on as a staff member through the lengthy process of officially shutting the organization down. Our main task was emptying the facility of everything inside it so the building could be sold. I witnessed much of what Chris did during this time as we shut the book on this part of our lives.

As he slowly dismantled the pieces of his life's work, he did everything he could to look out for those around him. He tried to ensure tools, materials, and supplies went to places or people who would benefit from having them. More than once I witnessed him spending hours in a single day hanging out with teens who were fans of The NSI and their guardians. They had come to see the facility before the chance was gone forever. In spite of his broken emotional state, he gave them undivided care and attention. For the kids that came in to buy things, Chris would send them home with thousands of dollars in stuff when they had only a few hundred in hand. He could have easily made much more selling it on eBay, or as scrap. He sent people off with their pickup trucks packed solid on a daily basis. He wanted them to keep learning, and at the time he felt this was the best chance he could give them to do so.

He worked to make sure that staff members were going to be safe and secure in the days to come. This involved different things depending on the person: checking in to make sure of their plans and assuring they were carried out, helping others to search for work in a field relevant to their skills, making sure they had a place to live, and being a reference on people's resumes.

I was one of those that he helped out. He knew that steady work in video production could be hard to get due to a competitive market. Before I had even brought up what plans I might have, or what I maybe wanted to do, he made me and one of my coworkers (Steven Bellettini) an offer. Whatever we wanted to pursue, he wanted to support it. We'd have a place to live with him and Leesa Vogt, and the space to figure things out as we went.

Steven and I decided we would try to branch out as our own small studio, with intent to continue producing educational video. We now have a YouTube series about paleontology that we've been slowly growing our audience for ever since. True to their word Chris and Leesa have been far and beyond supportive of this. Starting out with very little equipment or money to call our own, we've now grown to establish a fledgling business for ourselves that we otherwise could not have without taking on debt through business loans.

We were able to keep the computers we used at The NSI and use them to do our work on. Chris lent us his video equipment so that we could make our videos until we made enough money to buy our own cameras, microphones, lights, etc. I was given access to a number of machines that Leesa bought for her own Etsy shop that would allow me to print merchandise to sell online for our fans and generate more revenue. Such machines would have been too prohibitively expensive to purchase myself. Because of their generosity, Steven and I are safe, secure, and just starting to really see our efforts flourish into something great.

I mention all of this in the hope that it helps demonstrate that Chris is the same man now as he had been before he committed his crimes. That his motivations, morals, and character are all built upon acting in the name of Good and helping others.

The life he's chosen to build for himself after The NSI shut down is also a testament to this. When he would have been completely justified in withdrawing into a private life and keeping to himself, he instead decided to continue to try and live for the benefit of others. He's slowly built up his own small workshop, from which he continues to produce his own educational videos that he makes available via YouTube. Most of it is still based in scientific subjects, with a focus on high energy physics, robotics, using tools, how things work, emergency preparedness/'everyday carry' videos, etc.

Many of these videos come into fruition because Chris remains an open and earnest person. Viewers are repeatedly invited into facets of his life that he uses as teachable moments. Home improvement projects, building/organizing a workshop, vehicle repair/refurbishing, exploring often unseen areas, and even getting to see the inner workings of hydro-electric power plants are often featured. If he sees some value in something in front of him, he still wants others to experience and learn from it as well.

His videos have not been limited to just those that were similar in nature to what we produced at The NSI. Chris has also begun to produce a completely separate series called the Atmosfär Project. It is a YouTube channel with the goal of producing videos primarily for people on the autism spectrum or suffering from anxiety. The idea is to make content that helps a person focus and calm down when they are becoming stressed or overwhelmed. Like his other videos, they are free to anyone who needs them.

To this day there is a small online community that remains gathered around Chris. Some are friends and fans that he came to know while The NSI was still operating. Others are newer, having found his online content after the organization had shut down. He interacts with them daily, doing a live online show/hangout session where they gather to talk and have fun, as well as help each other with personal projects and problems.

Together they've helped coach a young adult with a very rough home life through the beginning steps of 'adulting' so that he can eventually learn and achieve independence for himself. They recently helped a person going through a particularly rough month make their mortgage payment so he and his mother had one less worry to deal with. As of the writing of this letter, Chris recently spent one of his nightly shows trying to help an older couple that he barely knows (and live several States away) try to fix their home furnace over the phone. When it turned out that getting it fixed was impossible, he and the rest of the group started working on getting them a new one and finding someone to help install it. Some of the group have taken on doing their own teaching during these shows, basing it around their expertise at Chris's encouragement. The list of his influence on (and with the help of) this community could go on, these are just some of the examples I personally witnessed in extremely recent memory.

Outside of his work involving the internet and videos, Chris has been writing books meant to just make people laugh. He's been working part time as a consulting engineer with three different hydroelectric plants, with the intent to refurbish them and improve their energy output. And between all of that he still finds time to find ways to help people in small and not-so-small ways.

One more than one occasion I've been riding along in his car to go somewhere with him, and witnessed him pull over at the sight of someone stranded with their vehicle at the side of the highway. He equips the trunk of his car with a multitude of different tools and materials for no other reason than to help in this kind of situation at a second's notice. He's met random people in the middle of the day out in the world, struck up a conversation, realized they needed some sort of help, and immediately set out to do so without knowing anything else about them.

For example, there was a young woman who happened to stop and help him pick up litter on a bike trail one day. While talking he found out she was working at a nearby hotel, but had dreams to go into welding as a trade career. Without knowing anything else about her, he went home, found and updated an old laptop, and got a friend to write a document with resources that would help her more easily pursue her dream. And then he gave it all to her. No strings attached. While knowing little more about her than she'll stop and help clean up a mess. And that was just the first time in the last few months he's done that exact thing for a person.

He recently met up with an old friend he hadn't talked to in years and happened to see the state of the electrical work in their garage (it was bad). He took it upon himself to not only fix the issues, but make it generally better than that. Then he fixed the garage door. Days later he happened to see a brand new garage door opener on clearance, thought of his friend, and bought it for them.

I could go on.

I've been as comprehensive as I have with this letter not to make light of the crimes of which Chris has been found guilty, but rather because I recognize the gravity of them. I firmly believe Chris does as well. In the time since The NSI was closed down, he's revealed to me through words and action that he truly feels deep remorse for the decisions that have brought him before you and the Justice system. On more than one occasion he's even said that he's never touching Bitcoin again. A few weeks prior to me writing

to you, he told me of an email he received from a website that exchanges and sells cryptocurrency. They informed him that they were going to close his account due to it being inactive for too long. It has now been years since he last touched it. He sincerely wants to move forward with his life, as well as atone for his mistakes. It is my fervent hope that he can.

It is my opinion that there are people in the community, and across the world, who would be harmed in at least some small way if Chris were unable to keep working as he has for the last several years. He continues to dedicate himself to the service of others as best as he can in spite of the changes in his circumstances. My wish is that he may be shown the same charity and kindness that he strives to show others.

I do not believe that Chris sitting in a prison cell would benefit anyone. But I also recognize that laws exist for a reason and that crimes should be paid for. I ask that you consider a sentence that would satisfy such payment, but also allow Chris to do as he does. To teach, guide, help, and make a tangible difference in the lives of others.

I am grateful to be allowed an opportunity to express my support for Chris Boden. Thank you. If you have any questions, or require clarification, please contact me.


Respectfully submitted,

Elizabeth Stack