# EXHIBIT 11

Dr. Amy Stratton
████████████
Grand Rapids, MI 49525
616-401-████
████████████

September 11, 2021

To: The Honorable Judge

RE: Christopher Boden (DOB 05/31/1975)

My name is Amy Stratton. I was a board member with the National Science Institute (formerly "The Geek Group") from 2016 to its dissolution. I have a Doctorate in Nursing Practice from the University of Michigan. My specialty is psychiatry. I have known Chris Boden since he moved from Kalamazoo to Grand Rapids in 2010.

I first met Chris Boden May of 2010 while he was doing street magic in Eastown. A small crowd had gathered. He had a small black case from which he pulled various magic implements. People were mesmerized. When he spoke, people listened to him.  He had ideas. He had things to say.

I went for a walk with him, and he told me about where he had been and what he was planning for the future. He had big plans. He wanted to include as many people as possible in his plans. He wanted to make the world a better place. When he walked, he had a spring in his step like he knew where he was going and he was excited to get there.

He had friends from all genres of science: Engineers, physicists, astrophysicists, linguists, robotics, computer science, and even a strange connection with the medical field (which maybe goes back to his childhood roots, sometimes going on calls with his parents, who were EMTs). He fit in with these people. They were his people, and although his formal education was brief, he was constantly learning by surrounding himself with people who helped support his vision.

I started at the Geek Group as a volunteer just after the building was acquired. I was a psychiatric nurse at the time, and I have had a long standing interest in science and technology. My primary science interests are space exploration, physics, infrastructural technology, architecture, and automotive. When not working, I enjoyed spending time at the facility and interacting with the people there. I considered them "my people".

Over the years, I have actively participated in many aspects of building the infrastructure needed to provide the amenities the facility required. I have painted all or a portion of every single room and helped install or apply flooring in almost every single room of the 43,000 square foot facility. Due to the size of the facility, this was a process that occurred over many years. I

helped move hundreds of pallets worth of donated materials into and out of the facility. I helped break down materials into components for resale or scrap.

I have observed the many school groups, boy scout and girl scout groups, and public groups who were treated to tours of the facility and who were encouraged to be excited about science by the many demonstrations that were performed.

I helped with hosting many events for other non-profits who used the facility to help others. I saw all of the hobby groups who used the facility to host their events: the woodturners, the linux enthusiasts, the gamers, the crafters.

I saw all of the computers that were donated from area schools. Thousands of computers were refurbished and given away to kids or students, and  sold to community members who did not have a working computer in their home.

I observed the countless times the facility was offered as a shelter to the community during winter storms and power outages. Hundreds of people were able to use the car lifts and tools and equipment in the automotive department to fix their cars who would otherwise not have access and could not afford to pay someone else to do it.

I saw Art-Prize artists working diligently on their submissions in a facility that had the tools and space to accommodate them.

I saw so many young people inspired by the things they saw and learned at the facility, go into science and technology careers.

I saw the staff produce thousands of educational videos that have been seen and inspiring to thousands of people all over the world.

And yet, I saw the staff struggle, for years, to find funding for the facility. The staff applied for hundreds of grants over the years, and yet there was always a reason why the facility was not quite good enough to be awarded a grant. Chris Boden spent hours on the phone most days personally talking to people trying to secure funding.

The board was constantly trying to come up with new ways to secure funding. Any possible gains were quickly negated by unexpected bills (plumbing, heating, cooling, repairs) or would be used just paying expenses over the course of a few months.

Working in a place that tends to attract a lot of nerds and geeks also means dealing with some people who are on the "fringe" of society. They are willing to volunteer their time, because they can appreciate the vision of the facility. But the volunteers proportionally had problems with social awkwardness, and problems thinking outside of a very focused skill-set.
Having a lot of people who are very good at one thing can be a benefit and a curse. Frequently, people would come from all over the country to volunteer to work, anticipating a future

paycheck. Chris would suggest ways to help build income for them so they could be paid, such as going into the community to offer computer repair for a fee, or to elicit local businesses to recommend the automotive shop to use for vehicle repair. At first, they would be excited about those prospects, but when it came to actually interacting with community members, they just didn't have those social skills, and they would stop participating in activities that could help with the income stream and become disgruntled when they were told they were not supporting the group.

Chris Boden insisted that there had to be a way to fund the facility that didn't make it inaccessible to all people. He was approached by many people who suggested he raise the monthly fee to an amount that would allow only a select few people to use the facility. In his mind, that would not increase the income, but only allow less access.

Over the years, there were periods of time where he was strongly encouraged to close the facility. But Chris Boden always found ways to scrape by, until his last desperate attempt to save the group went horribly, horribly wrong.

He had learned about Bitcoin from a friend and after research and studying how it worked, they came up with a way to earn money for the facility. He started teaching classes on Bitcoin to get people interested. He started offering to sell bitcoin in an attempt to attract other enthusiasts to the facility. He found that he could charge a fee to sell the Bitcoin and that would provide an income stream that would help pay the bills. He researched the legal aspects of it, and I heard him on a few different occasions discuss what was and was not legal.

What he had not thought about, was that people would actually use bitcoin to do illegal things. I truly believe he didn't know that was possible until it had been happening for a while.

From a clinical perspective, trauma has an effect on decision making capacity. It can cause mood swings. It can make people block out important aspects of the decision making process. Chris Boden made some bad decisions, not out of malice, but because he had lost his capacity to make clear decisions.

He was constantly torn between giving up his entire life's work and closing his nonprofit, and disappointing all of the people in the community who have come to depend on the facility and the benefits it provided. Constantly facing both being needed and rejected over and over is a form of abuse. Experiencing this for decades is traumatizing.

I firmly believe that Chris Boden had only a few thoughts in his mind:  He needed to pay the bills, he needed to keep the facility open, he didn't want to let down the staff, the community, himself. Giving up the group was giving up his life, and his identity.  He was experiencing a high level of stress for a long time and when he was approached by people with nefarious offers, he thought "I didn't hear what that person just said to me, I will let this one thing slide so I can pay the mortgage, the electric bill, the gas bill, these repairs' ' and  "This person isn't trying to take advantage of me, I will loan them this money and I will get back more than I gave them and then

I can pay the bills and have some left over for next month", and then one thing slides and another thing slides.

I have never once seen Chris Boden perform any action out of malice. I have never once seen him raise a hand, attempt to harm anyone, or even threaten to harm anyone, unless in self-defense. He may have made some statements out of desperation, but I truly believe they were empty threats.

Chris Boden was forced to close the facility, his life, his dream, and let down a lot of people due to some very bad decisions, but for a very good reason. He wouldn't give up. His mistake was not knowing when to quit.

Since the closing of the facility, he has been working diligently to pick up the pieces and move forward with his life. He continues to make educational videos and interacts with his supporters who live all over the world. He is constantly busy with projects and continues to focus his life on supporting others while they pursue their interests in the sciences and trades. He is surrounded by a very close-knit group of people who care about him deeply and want to see him move forward with his life, in a positive way.

Thank you for allowing me the opportunity to express my support for Chris Boden. Please contact me if you require clarification or more information regarding the above statements.

In Kind Regards,

Amy Stratton, DNP