# EXHIBIT 12

To Chief Judge Jonker,

      This letter is in regards to Chris Boden. Chris is a man who showed up on the West Side of Grand Rapids and made a HUGE change in our lives. At first I would walk past our beloved old YMCA building and wonder what was going on, then one day I saw this post on Facebook about this guy who was doing cool things in that old building we loved. He reached out to the neighborhood and HELPED anyone and everyone who needed it. Your kid needs a computer? Go see Chris! You need warm place to sit when your power was out? Go see Chris! Hot summer weather too much for you to be out in? Chris has an air-conditioned building and bottled water for anyone who needed it. I watched this go on for a bit and decided to go check it out for myself.

One morning I grabbed my nephew, Joey, and we walked up to The Geek Group. A little background on my nephew, my sister was married to a jerk, he was a worthless husband and an even bigger worthless dad. Of course, Chris had no idea who I was, who Joey was or even the life Joey was handed. He saw a kid who was interested in this big old building and what was going on inside of it. So we arrived for the Saturday tour, Joey was super excited and I was worried that he would be "a little too much" and this Chris guy would not have the patience to deal with Joey. I couldn't have been more wrong!! As we were on the tour, Joey (in good Joey fashion) would just blurt out some random question about what he saw, and Chris (the most patient man ever) would stop the tour and answer Joey. This went on for the rest of the tour and when it was over, we went downstairs where there were parts and pieces of anything and everything you could imagine (it happened to be Joeys birthday that day and I told him I would buy him something from the basement area where all the cool stuff was).

Joey spent a good hour looking at everything, picking it up, seeing how it worked and finally settled on a huge gear. We headed upstairs to see Chris and find out how much he wanted for this big thing Joey was going to be toting home with him. We got upstairs and Joey strikes up a conversation with Chris, during this conversation, Joey told Chris it was his birthday. It so happened that they had some cupcakes there that day and Chris gave Joey the gear as a gift and cupcake for his birthday. I thought this was where our day would end, but then Chris asked Joey if he would like to become a member of The Geek Group and of course Joey said yes. He actually said he wanted work there or something like that, again I don't remember his exact words, but that day Joey got his picture taken and a badge with his picture on it and instead of it saying member, it showed Joey as part of their team.

Chris gave Joey a little behind the scenes tour, talked guy stuff with him and really made the day special for Joey. Joey and I went to The Geek Group a few more times before it closed, each time Chris made Joey feel like he was the most important person in the world. Although we didn't get to spend as much time there as I wanted to, Chris made a HUGE impact on Joey. Chris is a special gift to this world, he is one of God's special people, and someone who looked at a neighborhood and saw more than just "The Westside." He saw kids who needed a safe place to

go, he saw single moms who needed help, he saw homeless who just wanted to be treated like a person. I still talk to Chris even though our very loved Geek Group is gone, it is torn down now to make room for apartments.

Despite everything that has happened, Chris is STILL giving of himself; he is still making sure kids who need computers have them. I know without a doubt if I need help, Chris is there. A gift like Chris Boden is a gift that we don't always get in life, I feel lucky to have been able to be a part of this gift. I can only hope that we never lose Chris, that Chris will be here to continue helping kids who don't have what they need to succeed in life. I hope when my soon to be born grandson gets older, I can say "Hey, James (that's what his parents are naming him) we are going to go see Chris and he is going to show you some super cool stuff."

So, to whoever is reading this, did Chris mess up? Yeah, he did, but do I feel it was done with ill intent? NOT AT ALL! Chris sacrificed so much to give to my neighborhood, a neighborhood that he didn't even grow up in. He could've gave of himself out in Coopersville where he grew up, a place where doing this would've been so much easier, where he wouldn't have inner city kids with tough guy attitudes that just needed someone like Chris in their life (even if they didn't know it at the time), with parents who would hand over donations, because there aren't really single parent families out there. Chris chose the Westside of Grand Rapids, an area where he knew he was needed most.

Please when deciding the fate of Chris Boden, think of future generations who need Chris in their lives, the kids who have a mom or dad that can't afford a computer or need to do school project and have nowhere to turn to do it.

Thank you,

Leah Buchanan