# EXHIBIT 13

October 19, 2021

To: The Honorable Judge Robert J. Jonker
Chief Judge of the United States District Court for the Western District of Michigan
685 Federal Building
110 Michigan St NW
Grand Rapids MI 49503

From: Jean Doll

Grand Rapids, Michigan 49525
616-481-

Dear Chief Justice Jonker,

I, Jean Doll, am writing this letter on behalf of my friend, Christopher Boden. (Case 1:21-cr-00040-RJJ)

I met Chris Boden in 1994. Then, I was a Technical Director at WOOD TV8, now retired after 30+ years. The station had donatable equipment and it was with pleasure it went to Chris for his burgeoning lab. WOOD continued this relationship even after I left employment.

Early in his career he didn't have much of anything, but what he did have, I witnessed him sharing – support his parents and to friends – even strangers with a need. Later in life as he attained hard-earned successes, he continued to give and share on an even more monumental scale. Important to him were curious students, nerdy volunteers, and visitors from his community.

That's what revved Chris up.

In the early 2000's, he and his group voluntarily helped install and build my downtown Community Art Gallery and Theatre. He and I were kindred spirits despite the age gap. I, supporting the arts. He, promoting science. We both ran venues that were accessible to misfits and the poor. It is because of these qualities and more, Chris became a most respected and beloved friend. Over the years, he has always checked in on me, just to chat or see if I needed or wanted anything. If I did, he followed through every time.

Most recently, at my home, he noticed that the electrical work in my garage was dangerously unsafe. For free, Chris tore out the old and rewired it, with additional surprise amenities, bringing it up to code with an electrician friend. On top of that, without prompting, he pointed out three other tasks needing attention he would like to do for me. That's just who Chris is.

Countless positive stories can be told by the hundreds of appreciative families who still continue, to this day, to receive free/low cost refurbished computers for their children's education and by the tens of thousands of social media followers Chris helped with their projects. As a leader, Chris insisted on teamwork and instilled motivation in the young and old alike, bridging society's generation gap. Always, his sense of humor made us smile, even during the hardest tasks.

Please understand this about Chris. He has always been **bold** in his approach to his curiosities and the interests of others, even at the risk of being deceived or making mistakes. He built his character in our city with sweat and vision over many decades. Unfortunately, because of his involvement in

this case, his life and good works were sadly ripped apart with incredible swiftness and community sorrow.

Gut-wrenching to me is the significance of his upcoming sentencing. I pray the court will show leniency. Chris has never been in trouble with the law. Chris has never lied to the court or its officers. He is remorseful for his involvement. He truly cares about the people he failed. Even while losing everything, he did not run away, but took responsibility for his actions and apologized publicly, and with humility to the community he let down.

Please consider Chris' life's work and his innate nature to warrant a low sentence. To many he inspired he is simply a science nerd, not a financier. Admittedly he is polemic and a bit "cracked." But please understand, it is those very cracks that let the creative light in which built an organization where thousands found the resources to explore and make inventive passions real.

Never have I known Chris to have ill intentions. He is far more to his community, friends, and family than the offense he pled guilty to. For Chris to be put in a prison populated with predators brings me to my knees with worry. Worry about whether his medical problems will be monitored and resolved each day. Worry that Chris' persona is not cut out for such a violent environment. My only comfort is that Chris will never break completely because I have always known him to tackle all insurmountable odds with commitment and determination.

Thank you, your Honor, for your attention regarding this matter. I trust in the Federal Court to keep Chris' involvement, circumstances, and motivations in perspective.

I truly believe Chris' wrongful actions represent an aberration. If you are gracious enough to give him his second chance, he will never need a third.

Kindest regards,

Jean Doll