# EXHIBIT 14

The Honorable Judge Robert J. Jonker

This letter is regarding to the sentencing of Christopher Boden.

Your Honor,

   I have known Chris Boden since he was an early teenager growing up in Coopersville MI. Chris's Father worked for me at my tool and die shop for a time, and Chris would also often come "hang out" at the small music store we owned in town.

   Chris grew up somewhat "hard scrabble" with parents who were salt of the earth folks, just working to get by. Chris was different from the usual farmer kids you would see there. He was bright beyond the average and curious about everything.

   In his late teens he had moved to Grand Rapids and was living and working on his dream that had been named the "Geek Group". He lived in a nearly abandoned building near the corner of Wealthy and Division, (Not a good area then, by any means!) At that time, he was collecting old computers and either stripping them down to recycle or fixing them to sell cheaply or give away. He had a rag tag small group of like-minded young people that with his direction would help in that project. He always had a knack of convincing others to follow and help him with his vision.

   He eventually ended up in Kalamazoo in a somewhat better facility and was expanding his scope to incorporate teaching and training people in things ranging from computer repair and use to a wide range of physical science related projects. Rather than a set curriculum, his organization was very free form, adopting far more of an attitude of, "If you want to learn it, lets learn it together" with a very hands-on approach. In that facility he basically invented the concept of a "Maker Space" long before that was a buzz word.

   Always struggling to find donations or grants to keep his dream alive, he eventually found an opportunity to acquire the former YMCA facility back in Grand Rapids and his dream seemed to be gaining traction. Many local and regional organizations donated old equipment and I expect some gave financially to help him grow. The new facility became a hub in the city for hundreds of people to come play with things and get their hands dirty. From video and audio production to 3D printing, from auto repair to a wood shop, they pretty much did it all, and all with little to no financial support.

   Chris just loved to learn, and he loved to teach and demonstrate what he had learned. He was completely self-taught, a very natural scientist with a passion for learning in whatever way he could.

   As a busines owner and friend, I have followed his trajectory, often marveling at his ability to keep it all going. He never made money to speak of, pouring every dollar he could muster into his dream. We have kept in touch throughout all these years, and it is heartbreaking that his dream has come to this point.

   I do not know law, and I don't know sentencing. I do know Chris. Chris could be called lots of things, bright, hardworking, crazy, non-conventional, unique, talented, driven... But to call him a hardened criminal would not be accurate in the least. I believe he realizes he made a mistake. I know he has a

regular job now for the first time in his adult life. I have full confidence he will never run afoul with the law again. I hope you will see that for him to spend time in prison will serve no useful purpose and can give him a sentence that will allow him to be a productive member of society and still pay his debt to society.

I am available to comment or answer questions if it would be helpful. Thank your for your consideration.

Sincerely ,

Paul Kuyt.

VP of Manufacturing

RSI Manufacturing


Home address,                         , Ravenna MI 49451. Cell (616) 437         ,

Email