# EXHIBIT 15

Paul John Plusa

Buffalo, MN 55313

October 24th, 2021

Regarding Christopher Allen Boden, case 1:21-cr-40

To The Honorable Judge Robert J. Jonker,

"Hey there guys, I'm Chris Boden, and welcome to today's Captain's Blog" - it is a very average, unassuming, vlog introduction on YouTube.  However, when it is followed shortly by "building's dead, now I want a fire truck" while smoke billows out the roof of an industrial building in the background, it tends to grab one's attention.  This was my introduction to the Captain in early 2014.

My father is a machinist.  The first twelve years of my career were spent in a high-stress manufacturing environment developing and building lifesaving medical devices, around a bunch of "mad scientist" research and development engineers, manufacturing engineers, machinists, and material handlers.  Seeing Chris and the team in action in that video gave a very clear feeling: "one of us".  I began following the daily hour-plus vlogs Chris released detailing how he worked to improve the lives of those around him.  I also started providing donations and support to The Geek Group whenever I could.

The fire - and subsequent months-long closure, cleaning, and rebuilding effort - was determined to be caused by a screw which was a quarter turn too loose.

Three months after that video my first daughter was born.  By two, she had a little sister, and she was "reading" to the tree frogs being printed on the 3D printer, as well as helping to change it over between prints.  At three she had her first model robot - a fully articulated nine-inch tall Kuka KR150, a little brother to The Geek Group's roughly eight-foot tall KR350.  My youngest enjoys tagging along on these engineering adventures but is far more interested in "things she can cuddle" than "things she can build".

Chris has a giant number of contacts, likely a large number are more important than I am, but he always made a point to interact and be supportive of the kids' endeavors into science and engineering.  This is how, in late April 2017, a video started not with "Hey there guys, I'm Chris Boden", but "Today's Captain's Blog is made possible by Lizzy Plusa"[1].  It still makes me tear up, and we had to immediately buy a small level for her toolbox so she could follow along with the video to "master" (re-zero) her little 3D printed model robot.

A month later, end of May 2017, The Geek Group was having a surplus sale, which included some robotics.  Now I can only describe the sound this three-year-old robotics fan made when she heard "a guy called 'Batman' is crating up a robot to send you" as "teenager at a Beatles concert".  We have a long-term project to convert it to run on home electric service, but even now at only seven she can open it up and do basic work on the internals on her own.

---

[1] *Captain's Blog 4 28 2017 Kuka Mastering Basics* https://www.youtube.com/watch?v=5qhf_Vy4B_U – although due to language earlier in his day, we normally skip to https://www.youtube.com/watch?v=5qhf_Vy4B_U&t=23m44s

Perhaps surprisingly, this brings us to the topic that triggered this letter: Bitcoin, particularly as it relates to Chris Boden.  In 2017, buying a robot by sending credit card information or checking transactions via Facebook Messenger was not particularly secure, alternatives were limited, and the physical distance was too large to pay in person.  Bitcoin solved this problem beautifully - faster than checking, more secure than credit cards, and a cool bit of tech which both of us used to boot.

When Chris first got into Bitcoin, I was going through an investment restructuring due to a corporate buyout at work.  He was learning and teaching the technological aspects, and he was a great teacher on them, while I was independently researching the more "real world" aspects of investment, savings, and payments - things like "how is this taxed" and "how do I buy and spend it safely and legally".  As the technology is still new, I understand the portion of the community that is hesitant to give every website claiming to be an exchange their Personally Identifiable Information.  The whole basis of Bitcoin is that you do not need to trust someone to do business with them and sharing PII with an untrusted third party is a good way to get one's identity stolen.  That said, as much as it pains some in the cryptocurrency community, the only way this technology gets adopted and respected in an official capacity is if everything is done "by the book", legitimizing it in the eyes of the government and the general population.  Instead of avoiding Know-Your-Customer legislation, users need to do the research to find regulated, secure, exchanges and embrace it.  Vinegar versus honey, so to speak.

I was disappointed when I learned of the crimes Chris plead guilty to, and while I suspect some of his reasons for committing them are those noted above, they are not excuses and I can only speculate as to their accuracy in his case.  At the time, I fully believed he would be operating within the confines of the law – to paraphrase a comment from Chris, "Building code is the minimum, not the target.  Do it better than code requires."[2]

While Lizzy - and Tori should she become interested - now have a desktop robot of their own to learn with, and a support network to help learn it, it saddens me that they will never get the chance to drive The Geek Group's giant robot; and neither will the children and students of Grand Rapids.  A frankly incredible resource to build real-world skills was lost as a result of these crimes.  Granted, that resource would not have existed without Chris to begin with.

What I do know regarding Chris and these crimes, is that shortly after his plea I received a letter with perhaps the highest concentration of "I'm sorry" I have ever seen.  He is acutely aware of, and - I believe - emotionally broken by, what was lost due to his actions, and the impact it has on both the local and global community.  An apology is not an excuse, but it can help heal, and I believe Chris' is sincere.

There is still some hope at the end of this dark years-long tunnel.

---

[2] This paraphrasing matches the intent of his statement but may not be an exact quote.  Due to Chris' prolific nature with regards to video, I am having difficulty finding the original source.  It was in relation to a volunteer locksmith working on security for a data center in 2014 or 2015.  Any variation in the quote is purely in verbiage, not intent.

When I see "The Captain", I do not see some Cyberpunk Narcos wannabe living on the edge of society and skirting the law.  I see a blue-collar John Keating (Robin Williams) from *Dead Poets Society*.  A man working with the tools he has in order to improve the world - to empower the people around him to do and be better.  Although he sometimes missteps, occasionally to disastrous results, the drive is always to help whatever the scale, and he frequently succeeds.

Providing unique educational videos, from rebuilding a hydroelectric dam, to throwing lightning like a garage band Thor.  Working to fundamentally improve the lives of those around him, such as providing unique audio/video experiences to help people with autism or providing computers with educational resources to those in need of careers.  This is the Chris Boden I know.  This is the Chris I saw in that first video years ago, and nearly[3] every video and communication with him since.

While the crimes committed are serious, and potential punishments severe, I have hope that he can be allowed to continue his work to improve the community, much like he did after that loose screw seven years ago.  I have hope that he can continue to help foster an environment where more children like Lizzy can be encouraged to follow unique dreams and interests to build a better world, or at least a better community.

Thank you for your time.

Sincerely,

*Paul J Plusa*

Paul J Plusa

███████████

Buffalo, MN 55313

---

[3] Contrary to some beliefs, Chris does occasionally have leisure time, so some videos were hanging out with the dog(s), boating, or flying remote control aircraft.