# EXHIBIT 16

Marvin L Jackson

███████████

Bristol, VA 24201

276-494████

████████████████████

October 29, 2021

THE HONORABLE ROBERT J JONKER
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Your Honor,

    I'm writing on behalf of Christopher Allan Boden who I believe is scheduled for sentencing in early 2022.   I haven't known Mr. Boden for more than a few months and had not heard of him when all of this happened.   So, I can't address anything concerning the charges he pled to except one.   After leaving law enforcement I began buying and selling homes.   A couple of times sellers would want cash for their homes.   Every time I'd make large cash withdrawals or deposits bank tellers would without fail advise me how to do it and avoid the Bank Secrecy Act requirements.   It's seen as a banking inconvenience rather than a violation of Federal Law.   And while I complied with the paperwork, finger prints and photos, I would often see people limiting deposits.   They had no real criminal intent but were guilty none the less and were coached by bank employees on how to avoid the law almost as if it were something so trivial as to not merit being followed.   And I can easily see how a person would think they weren't really doing anything wrong while actually committing a very serious federal offense.

I wish though to share what I know about Mr. Boden.   First, he has a spirit of supporting and helping others that is rare to say the least.   Virtually everything he does is to educate, support and help others. From building and donating computers to those in need to helping electricians and engineers with problems and I've seen him have the solution before they even finish explaining the problem.   In his job at the power plants he can do everything from distributing the power to the power grid to getting inside the turbines for maintenance and repairs.   He's almost like a physics professor and garage mechanic at once.   That make him a very valuable person to his community.   But it goes far beyond his community, he touches a community literally around the planet.   And he helps with everything from personal problems, financial problems, computer problems.   And regarding financial and computer problems he literally gives people money and free computers when they need them.   I'm a former deputy sheriff and volunteer firefighter and as such I still carry quite a bit of things should I need to aid stranded or

injured motorists and assist law enforcement who may need support or back up.    While he doesn't carry the weapons I do, he does carry almost a completely filled trunk with medical supplies, a variety of tools, fluids, lighting, flares and rescue gear.    That may not seem important, but it shows he has a spirit of serving others that goes far beyond anything I've seen by an individual in my 63 years.    He is doing good and I sincerely believe everyone loses if he is incarcerated, not just his family and close friends.

Finally, since the raid on his business he has accepted full responsibility for the situation he's in now. His acknowledgement of his guilt, his drive to correct the wrongs done and his complete honesty all have to count for something.    He has proven he is not a threat to the community but instead an asset to the community including the global community this man touches.    I hope and am sure you would already have taken these things into consideration, but I would be doing Mr. Boden a disservice if I didn't take a few minutes to write this.    Should you need additional information I will make myself available at your convenience.    Thank you.

Sincerely

Marvin L Jackson