# EXHIBIT 17

To: The Honorable Judge Robert J. Jonker

From: Michael Stephen Hagans

(916) 581-

████████

████

Lincoln, CA 95648

Hello. I have known Chris Boden for approximately the last decade, and I consider him to be a good friend of mine. I first became aware of him trough a YouTube video that I accidentally came across. In the video he, aka Chris Boden, was doing an experiment with a very large fresnel lens, using the Sun's power to ignite various substances. I was very intrigued by this video, and continued to watch more of his videos and his group of curious people, known as the "Geek Group".

The more I learned about Chris Boden, the more I respected him. He had a purpose, a drive, a NEED to share his knowledge with the world as he himself continued to learn. I contacted Chris, via YouTube, as comments on his videos, and to my surprise I received responses from Chris each time. I continued to contact Chris through direct messages , DM, on YouTube. And we began a friendship. I continued to communicate with Chris as his "Geek Group" moved on from Kalamazoo to Grand Rapids.

I have never had any doubt in Chris's integrity, or his desire to teach the world about science. He always thinks about those less fortunate then himself, which is most. He is responsible for the education of many, many children through his yearly giveaway of refurbished Computers and Laptops. Many children would not have graduated to the next grade, or college, with out Chris.

I have no doubt in my heart that Chris Boden, my friend, would have never intentionally done anything not endanger his ability to continue to educate the children of Grand Rapids, or the many people around the world who follow him on YouTube. With all of his scientific, technical knowledge of the world Chris is still just a man, just another human. As fallible as the rest of us.

Do I believe that Chris intentionally committed any crime? No, I do not. Do I believe that his naive view of the world as a just and true scientifically oriented community with an altruistically pure intent lead him astray? Yes, It is possible. I view Chris not as a man of the world, but as a man of science. A man who would give anything to learn and teach others. A man who would never harm, cheat, or steal. A true man, with honor and respect for the world around him.

As a conclusion to this testimony I will say this:

In my most honest opinion, Christopher Boden is a man that I would never fear to trust. He is an honorable and generous man, that I I know in my heart would never intentionally do anything to endanger his ability to help others, or to teach anyone with a desire to learn. Ever.

Thank you for reading my words.

Michael Stephen Hagans