# EXHIBIT 18

November 6, 2021

Dear Honorable Judge Robert J. Jonker,

Thank you for your time, please allow me to briefly address the character of Mr. Chris Boden. I first met Chris in the early 1990s at an SEI program operated by the Ottawa Intermediate School District, located in their Sheldon Pines facility. I have now been a Special Education public school teacher for over 30 years and it has been my sincere pleasure to remain in touch with Chris! Chris has lived and learned through many growing pains. I've watched him grow from the high school setting where we met, to living creatively (homeless) in downtown Grand Rapids, and finally becoming the founder of The Geek Group non-profit organization which birthed The National Science Institute, not half bad for a kid from Coopersville.

Visiting The Geek Group a few years back was one of the top 10 highlights of my educational career! Listening and watching Chris as he articulated a deeply altrocentric passion for bringing real, relevant, high interest, high voltage, highly engaging, and compelling scientific demonstrations to the K-12 students in and around Metro Grand Rapids was both professionally rewarding and humbling. Sharing the stuff of science in order to make the world a better place while 1.providing workspace and equipment for people to dream, 2.offering low-cost computers to families in and around the westside of Grand Rapids, 3.incubating startups, and 4.challenging mediocrity and complacency, was one of the few times I have seen a person (Chris) fully alive, fully engaged, and fully openly struggling to keep a noble calling afloat.

Did Chris see Bitcoin as a way to keep the Geek Group solvent, I don't know. Over the years, many of my students struggle with justifying the means in order to achieve their ends. I am so proud of how hard Chris has worked over the years! I am amazed by his tenacity, creativity, and altruism. If there is anything we can do to further help his case, we would welcome the opportunity.

Sincerely,



Tom Simpkins
███████████
Littleton, CO 80128
303.495.███