# EXHIBIT 20

November 29, 2021

RE: Christopher Boden

To the Honorable Judge Robert J. Jonker,

My name is Edmund Resor. I am a mechanical engineer, originally from New York, currently working as a CMM Operator at Die Tech in Grand Rapids, MI. I became a member of The Geek Group in 2012 while I was pursuing my Bachelors of Science in Mechanical Engineering at Worcester Polytechnic Institute. I first met Chris when I came to volunteer at the Geek Group in the summer of 2013. I worked under Chris's direction to make improvements to the Geek Group facility and saw firsthand his passion for the Geek Group and a hands-on approach to STEM education. Working at the Geek Group made me feel like I could make a difference in peoples' lives with my engineering skills.

After graduating from WPI, in 2018, I moved to Grand Rapids so I could be a full-time volunteer at the Geek Group. During this period I learned about Chris's commitment to the West Side community. He led projects like donating computers to low-income families, and opened up the Geek Group facility during power outages so members of the community could come in and warm up and charge their phones. Being part of the Geek Group community made me feel connected to Grand Rapids and even helped me find a job. Three months into my volunteering, the executive director, Liz Bokt, introduced me to my current employer.

Chris and his wife have remained good friends of mine over the past few years that I've been in Grand Rapids. During the pandemic they have been some of a few friends I've been able to see in socially distanced settings, like their backyard. A few months ago Chris organized myself and a few others to help move a friend's belongings from Grand Rapids to Lansing. This is just one more example of Chris's role in bringing people together to help out another friend and have fun in the process!

I am aware that Chris has pleaded guilty to three felonies and sent a letter apologizing to the community affected by his actions. I hope that this letter helps illustrate how he has also had great positive impacts on many of those around him, including myself.

Respectfully yours,

Edmund C. Resor,

, Grand Rapids MI, 49503
| 646-831-