# EXHIBIT 21

**Jessica A. Tardiff**
Newbury, VT 05051
(351) 322

28th October 2021

**Honorable Judge Robert J. Jonker**
United States District Court
Western District of Michigan
685 Federal Bldg.
110 Michigan St NW
Grand Rapids, MI 49503

Your Honor,

      I first encountered The Geek Group on Youtube in February of 2013. I'd recently started collecting old civil defense radiation survey meters, and my research led me to a video of Chris Boden and Paul Kidwell hooking their own meters up to an Arduino microcontroller. Visiting The Geek Group's channel led me down a rabbithole of videos on all different subjects, and I spent my free time in the next few days watching any one that caught my fancy and poking around on their website. The Geek Group (TGG) maintained an Internet Relay Chat server, and I made a number of friends in my years talking there who I still talk to to this day, including Chris Boden.

      At the time, I wasn't doing very well. I was never exactly the best at making friends at school, and by my senior year, I was pretty much a social outcast. It was easier to dive into books, the internet, and old tech than to waste time and effort trying to make myself someone I wasn't to fit in. When I joined that IRC channel, I met numerous people who were just as 'weird' as I was, in hundreds of different ways. *And nobody cared.* In fact, our individual weirdnesses were celebrated. We all wanted to know more about our individual interests, and Chris and the other staff wanted to help us as well as everyone else watching on the Youtube channel or able to visit the building in Grand Rapids, MI learn too.

      In addition to being a sanctuary for nerds and geeks of all types, TGG also participated in a wide variety of community outreach activities, including tours and demonstrations for schools and other youth groups, providing free or budget refurbished computers for local families who needed them for school or work, and opening their doors for free as a sanctuary during periods of extreme heat or cold. After Chris Boden purchased an old fire truck and donated it to TGG, it was refurbished and used to give rides to families, along with providing welcome relief from hot summers. TGG also operated a high school in the basement of the building called Open Doors, which catered to

students with nonstandard learning styles that made other schools a poor fit. At the time of the Lab's closing, they had around twenty students.

  By the time TGG, now renamed to the National Science Institute, closed to the public in 2018, I could probably have navigated the building easily without ever having set foot there. There were many rumors on the internet about exactly what happened, but anyone who actually watched the videos or talked to the staff knew that the NSI had enough trouble keeping the bills paid that if they *were* secretly a crime ring as some of the rumors claimed, it certainly wasn't an effective one. Chris Boden may have committed the actions required to fall under the felonies he is charged with, but it was not out of any sense of malice or purpose. The man I know, who went out of his way to talk to the parents of teens who vandalized the lab building and arranged volunteer work where they might learn something instead of just calling the police, is not the kind of selfish person who would deliberately and with forethought commit these offenses for personal gain. The Chris Boden I know is honest, kind, and wants nothing more than to keep helping the world. I humbly ask for your leniency in sentencing so he is able to continue doing so.

  Sincerely,

          Jessica Tardiff