# EXHIBIT 22

December 5th, 2021

To The Honorable Judge Robert J. Jonker .

My name is Ran Baumwollspinner. I am an audio restorer, mastering engineer, and an inventor.

I would like to share with you my acquaintance with Mr. Christopher Boden.

I first came to know Mr. Boden in the early 2000s while I was searching the Internet for knowledge regarding Tesla coils. I come across an article and photos by Chris Boden and a group of very intelligent people showing the different stages and science behind the concept of a Tesla Coil; originally designed by Nikola Tesla.

I immediately became intrigued by this person, Christopher Boden, because of his sincere approach to teach and simplify complex scientific knowledge into simple language that every child and adult could understand.

I had contacted Christopher Boden via email, and we started to communicate regarding Tesla coil's, music, and science. As I got to know Christopher Boden, I found a very interesting person who was very honest with a true passion to teach others, especially the younger generation, about science via demonstration that are both entertaining and fact-based.

Over the course of our acquaintance, we became friends. When there was a war in my country (I live in Israel), Christopher Boden offered me his house, his personal house, to come with my family and stay with him. He didn't ask for anything in return. I never took him up on his offer, but he moved me deeply.

As the head of an organization called the Geek Group, Christopher Boden and his team donated hundreds of computers to children from families that could not afford to buy them. I truly believe that because of his and his friend's efforts many children have a future and were saved from life of poverty and crime, by having the ability to study.

I personally see Christopher Boden as a role model for an entire generation of people that care enough to bring light, knowledge, and acknowledgment to the society where he lives.

Sincerely yours.

Ran Baumwollspinner

Kiryat - Ono
Israel
Zip: 5521218
Phone : +972-54480
Email :      @brkm.co.il