# EXHIBIT 23

Daniel Rolfe
███████████████
Holland, MI 49424
███████████████
(616)901-███

11/17/21

Re: Christopher Boden

To: The Honorable Judge Robert J. Jonker


The first time I took notice of Chris Boden he was animatedly explaining, with illustrations, the essential workings of an internal combustion engine. He had everyone in the room's attention. It was concise and brilliant. We were eight years old. I cannot say in all the intervening years that I feel his drive to inspire and educate has much changed.

I've never experienced a time when he was more than a phone call away. I returned to college in my mid-thirties and Chris availed himself, without reservation, to any project or assistance I needed. Sometimes this was as casual as a phone call, often enough it meant hours spent in the Geek Group education/builder space on Leonard Street. For me, that place was a living example of what *community* actually could be.

I saw the informational videos being filmed and edited, the computers being re-fabbed, and the countless donations being sorted for use and reuse. Under Chris's guidance and drive many of these things would be sent back out to the surrounding neighborhoods to improve people's lives and their access to technology. There are many families on the west side and throughout Grand Rapids that wouldn't have a computer if not for Chris and his group of altruistic friends. Likewise, that space was as open for students, neighbors, and strangers as it was to me.

In no small way I found Chris and his group of volunteers inspiring.

Several years ago I began to see Chris offering educational seminars on the use of Bitcoin. Shortly thereafter I learned of the raid on the Geek Group. Only lately did I learn of the specifics in regards to the raid.

Chris didn't talk about the resulting charges until recently. He told me he pled guilty without much delay. He understands he broke the law. I can offer nothing in way of excuse for this lapse of judgement regarding his dealings with bitcoin. It was an unfortunate decision on his behalf- for himself certainly, but also for the people who volunteered for him, worked with him, and most of all the people in the surrounding areas who benefited from his outreach and programs. Typical of Chris, it's the loss of his ability reach others more than the threat to his freedom that disturbs him so deeply.

Chris, despite the lack of more than a shared house to work out of, is still filming technological videos, creating free educational content, and rebuilding computers to donate to families in need. He's working on a series of sensory videos targeted at people who suffer from Autism and depression. He's constantly writing, creating, and editing. Most of these episodes and clips will find their way to YouTube where they can be viewed for free by anyone at any time. As Chris might say- "Isn't technology awesome?!"

I've only known Chris as a boisterous friend who finds intoxication in both learning and teaching new things to those around him. I've seen him handle adversity and challenges that would stop many of us in our tracks. It came as no surprise to me that Chris is accepting responsibility and pleading guilty to the charges.

I hope this letter has given some small insight into the person I know and call my friend. In all the time I have known him he has been a reliable and decent human being with an interest in both technology and helping others. I'd never seen anything so perfectly/imperfectly paired together as his ideals and the Geek Group Non-profit.

Thank you for taking the time to read this letter.

Sincerely,

Daniel Rolfe