# EXHIBIT 24

Ben Wilson
▬▬▬▬▬▬▬▬▬
Papatoetoe
Auckland 2025
New Zealand
Cell: +64 21 251▬▬▬

31 October 2021

To the Honourable Judge Robert J. Jonker.

Your Honour,

My name is Ben, and while I have not met Chris Boden in person due to living in New Zealand, I have supported him and closely followed his efforts in science education as the CEO of The Geek Group/National Science Institute since I first came across him in 2011.

Chris has spent a large amount of his life providing science education and helping people develop job skills through easy access to tools, equipment, and classes at The Geek Group lab. This can be seen through many thousands of hours of videos on the "Chaotic Good" YouTube channel (formally The Geek Group channel) and his own personal channel "Chris Boden".

Over the years that The Geek Group was open, Chris himself conducted public demos and ran tours every week for school kids and the general public through the different labs at the facility. Given the sheer number of these demos and tours, there is no doubt that his work has inspired thousands of people to have an interest in STEM and formed many new tech companies.

These public tours always ended in a sit-down live-broadcast question and answer session where anyone could ask Chris anything about himself or the company with absolutely no rules. This is important because company CEOs rarely open themselves up to live public criticism or questions in this way. It shows how Chris genuinely wants to provide an honest and transparent company which goes to his character. [1]

The Geek Group non-profit always operated on an extremely tight budget with the utilities cut-off regularly due to not being able to pay the bills. This was difficult for Chris because the geek group hosted various events and classes such as the "open doors for teens" program [2] which required a usable building with heat and power.

Chris made a serious legal mistake trying to keep the company running and providing services and he will have to pay the consequences for it.

However, Chris has not given up trying to help educate people and continues to make videos about science and engineering even after losing the company he built and with this court case pending. This demonstrates that Chris has the drive, desire, and determination to keep helping and educating people in the community.

I thank you for your time reading my character letter.  My hope is that by imposing a lenient sentence, Chris will have the opportunity to continue providing STEM educational videos.

Respectfully submitted,

Ben Wilson

[1] https://www.youtube.com/watch?v=GfP9rlIq0v4

[2] https://vimeo.com/181253346