# EXHIBIT 25

December 5th, 2021

Dear Honorable Chief Judge Robert. J. Jonker,

I met Chris in the summer of 2010, when he first moved to Grand Rapids to relocate his nonprofit from Kalamazoo. This was before the purchase of the old YMCA building on Leonard, before he made headlines for distributing used laptops on Halloween, before opening his doors to his westside neighbors without power and heat, when to Grand Rapids he was just a funny looking man with a leather jacket and a ridiculous car.  Chris performed magic tricks at the coffee shop down the street and gave a business card to anyone interested in the pursuit of knowledge. He said he was building an empire, a place where the losers of the world could not only belong, but thrive. I wasn't really interested in any of that because at that time in my life, all I needed was a friend.

When I met Chris, I was freshly out of a physically and emotionally abusive relationship and drinking a fifth of Jameson each night to avoid the truth of my own life choices. Chris is not a perfect human being and made it clear that he thought I was attractive - but despite this, when he discovered that I had been sexually abused, he did everything in his power to disrupt the patterns I insisted on repeating. For nine months, while we never touched, he would message me daily to remind me that I was beautiful, I was loved, and that I deserved better than what the world had offered me. For an angry, insecure, transgender college kid, those words were a lifeline.

His care for me did not end when I moved out of state for college, nor did the opening of the lab on Leonard Street cause him to abandon individual need in favor of his greater dream. Chris understood relationships and the power of bringing people together, but his vision was never about what the community could do for him and The Geek Group. The question driving Chris was always, what actions, small or not, could he personally make to create a positive change in someone's life? And how might those positive changes ripple throughout the community? To that end, Chris offered his home when I needed a safe place to sleep (as I know he did for countless others), and even a decade later he was always a phone call away if my car broke down on the highway. He did this as a friend, and he did this because he knew that sometimes you just needed a leg up.

Chris gave internships to people within the criminal justice system so that instead of picking up trash along the highway, they could say they had worked at a national science institute and have a better shot at re-entering society. When I returned from college, Chris allowed me to bounce around from one project to the next, testing the waters in grant-writing, editing, graphic design, as well as welding, cable running, and general construction, until finally I settled into my love for teaching youth at the Open Doors Center for Self-Directed Teens. The connections I created while working at the lab led me to the job I have maintained for the last three years, as a

community school coordinator connecting students and families with the resources they need to resist barriers to education. And it all, for me, began because Chris Boden told me, again and again and again, that we are made of stars.

I have been asked to write about specific instances in which Chris made a positive impact on my life and the community, and one of the difficulties of doing so is that Chris was trying to bring justice into a world that lacks even basic decency, a world that is now trying to criminalize him for that very optimistic goal. What I want to say is that he had my back, even if I never quite broke free of the patterns that placed me in dysfunctional and codependent relationships. When I found myself trapped in a house with a mentally-ill alcoholic who used everything short of physical aggression to get me to stay, Chris personally got this man out of my house, gave him $50 for expenses, and put him on a bus back to his hometown. Countless times he put himself in danger, both physically and, as we see now, legally, in order to protect me and everyone else he considered a friend. He cares deeply about his chosen family, and understands that oftentimes the systems of our world hinder people from reaching their potential. Chris set out to change that system, and in the meantime used the resources he had to benefit the people he loved.

He gave me a safe place to stay when an ex-boyfriend of mine had begun stalking me and harrassing my younger sisters through social media. He gave me a platform on which to share my story of sexual assault and encouraged other men to hold each other accountable to respecting people more vulnerable than them. He dedicated an entire radio series to teaching the public about safe, sane, and consensual sex. He specifically employed people from marginalized communities and loudly advocated for the equal rights and protections that everyone deserves. He offered the free use of his facilities to an alternative school for queer misfit teenagers, where they learned to empower each other and take ownership of their own destinies. Chris saw people, he saw me, and he used whatever privilege he had to protect and project our voices.

I would never have found my community if not for The Geek Group, and The Geek Group would never have existed without Chris Boden. For whatever controversial and questionable decisions he has made, the one thing I know to be true is that he made those decisions selflessly. Chris saw a real need in the world, and took it upon himself to meet it.

Sincerely,

Michelle Steffens

Grand Rapids, MI 49506
616-328-