# EXHIBIT 26

Dear Honorable Judge Robert J. Jonker

My name is Daniel Eakin. I currently reside in California, but I am a long time Michigander. I had a life like most country kids in Michigan - farms, animals, country roads, and way too much freetime. Carrying that carefree attitude into adult life, I became a college dropout and had very little direction in my life despite years of odd skills and talents discovered along my meandering path. Despite that, I am an Eagle Scout, having received my reward from Troop 299 in 2001; with it, came experience working with our government to affect beneficial change in local communities. During this time, I had the distinct honor of using these skills to improve the lives of many. Through this work, I eventually found my way into nonprofit work with VISTA programs, which during my college days, ultimately led me to The Geek Group and an odd, eclectic man named Chris Boden.

It goes without saying that College didn't challenge me nearly as much as I needed to keep me engaged. I found myself seeking extraordinary challenges and the right kind of people to support achieving awesome things outside of what most people would consider "normal". Sometimes, I would find these unique inspirations in the people I surrounded myself with on a day to day basis, but I found myself using the internet more and more to discover the world we live in. I discovered the Geek Group years before I even realized it was in my own backyard. The very same day I realized it was so close, a few of my friends and I immediately changed our plans for the day to run to Kalamazoo, Michigan to see if this was the type of place that supported the kind of growth we were all looking for.

That day I was truly blown away by the sheer scope of Chris's vision. The old ink factory they were in showed its age, but Chris has an uncanny knack to inspire people to make the most of nothing - and that specifically was what I was looking for. I immediately became a volunteer. I worked alongside Chris, not only on projects, but to pull the veil back on new technology and incredible science for other students, volunteers and the public. The impact we had was amazing, and my time volunteering during that time is the part of my life I am most proud of so far. The time I gave to the lab and working to inspire (and be inspired by) the people at the lab paid itself back in dividends. I would go on to become an engineer at a firm working with Chrysler, the Administrative Manager at a Data center, a security engineer at an annuity firm, a Vice President at a bank specializing in Governance Risk and Compliance, and amusingly, after all of the events that have played out and created the need for this letter, directly responsible for designing the system that performed the BSA/AML functions - Bank Secrecy Act and Anti Money Laundering. In my own way, I was an old ink factory full of color and promise but stuck in an out-of-the-way place, but due to Boden's influences, I rose to heights that frankly to this day still shock me.

I was far from Boden's only project though. Every person who came through the doors was someone who would leave better than when they arrived. I distinctly remember one of the most impactful moments at the lab involving a terrified mother and her son who was vastly in over his head. They had come in randomly, she walked up to the first geeky person she could find and told them she needed help. There's a thing about Boden - if someone specifically asks for help

he's right there, knee deep in it, doing whatever needs to be done. In this particular case, she couldn't have come to someone better suited. Her son had started to learn sciences and was fascinated by radioactive things. The fact he came into the lab with a small radioactive sample wrapped in a makeshift foil box really didn't surprise any of us - such odd events were frequent. I was standing with Boden discussing some long forgotten tech project so I was still standing there when the kid took it out of his pocket. Silently and swiftly, without question or condemnation, Boden scooped the sample up with a sample container - a tube shaped thing filled with lead to hold suspect materials - sat the kid down and proceeded to spend the next few hours educating him about safety, procedure, and how to specifically bring a bit of calm his his single mom's existence. All other actionable items at the lab became instantaneously meaningless - he had folks like me to handle the operations so he could help this kid and his mom. He had purposely created this place as a shining beacon of geekery and nerd culture - it was there to serve people exactly like this mother. It was never about punishing curiosity but instead encouraging it, fostering it, and making sure it was safe.. By the time the kid left, 'mom' was infinitely more at ease and the young man, I believe he was barely 12, had a new shiny geiger counter and sample box of his own to take with him free of charge - only for a promise to come back immediately with any new questions.

While educating and inspiring people were the main purposes of the lab, they were certainly not the only things to come out improved. . Mr. Kidwell (The chairman of the board at the time) and I routinely spent many late evenings building fantastical machines from discarded parts and tech. One such thing we created was an Impulse Generator. Commonly used to magnetically form the ends on high pressure hoses so they do not leak, we built a massive version that could quite literally turn coins inside out. We went through a number of iterations of the design, Mr. Boden would routinely stick his head in to see if we were being relatively safe and let us proceed. We were successful within a number of weeks - not just turning things inside out with it, but specifically and measurably making them smaller. During this time, I spent every waking moment, as did Mr. Kidwell, at the lab making this thing do the trick. The very first time we achieved it we had a classic, 'EUREKA!' response, and called everyone to the lab space to see what was accomplished. We gave the result to Boden, who stared at it silently for a moment, and then immediately went into the common room to announce the victory of a long-time goal of his to see the lab create such a thing. He even promptly gave the trinket produced from the impulse to a random kid in the crowd with the hopes of inspiring them to chase their scientific goals.. I've never been prouder to see something the size of a dime - a distilled concentration of a multitude of hours of effort and learning - given away.

I was actively involved in the lab and dream for a decade. I met hundreds of people, touched the lives of orders of magnitude more with the videos and content created, and ultimately set my own feet on a path of personal success that prior to meeting Mr. Boden would have never been possible. I was at the lab a fraction of the time, it was his life, not mine, but never once did a day go by where I was there that I didn't get to witness extraordinary acts of selflessness and charity by Mr. Boden. I regret not being able to be there every day as I loved every minute I spent there, and I often found other people who he kept close to him were also inspired through his acts to do the same in their own way. Regardless of every theme of science that happened

in that space, I can quite confidently say that 1+1=3; wherein an act of charity will propagate into a net gain more than the sum of its parts.

I carry a scar from that impulse generator project. I knew enough to get a result from it... but not enough to know how it might harm me. Despite that, scientific curiosity and a drive for knowledge and experimentation drives the intellectual into the dark corners of a room regardless of threats known or unknown. This business with cryptocurrency is riddled with such dark corners, and it is my genuine opinion after knowing Mr. Boden for years, that never once did a nefarious intent cross his mind. The lab and the things it created were universally for the sake of learning and exploring, both one's self and world, and cryptocurrency was but one of many facets of technology we strove to better understand and bring to the general public. I hope that the same grace and kindness shown to an enthusiastic student of radioactive physics might be able to be reflected here. At the same time, I know that had that young man not willingly surrendered to the process of learning how to be safe and responsible, Boden would have seized and never returned the sample the kid had brought in. That would also have been the right thing to do If the child wasn't willing and able to demonstrate a readiness to be better about such things. However, bringing the analogy back, Mr. Boden has consistently proven himself a person not only willing to teach, but one willing to learn, and especially from his own mistakes.

Despite the looming worries of the consequences of actions, Mr. Boden has continued to, even without the lab, demonstrate that same charitable spirit. Educational videos continue to roll out regularly, and he has organized an active community of people who are kind and helpful to those with questions and curiosity about science and technology. I've kept myself up to date on the proceedings as I'm concerned with the ability to sustain even this small part of what the lab was. I do not wish to see this incredible force for good and knowledge be lost.

Sincerely,

Daniel Thomas Eakin

Address ▮▮▮▮▮▮▮▮ Lansing MI 48906
Cell 517 667 ▮▮▮▮
Email ▮▮▮▮▮▮▮▮▮▮▮