# EXHIBIT 27

To Honorable Judge Robert J. Jonker,

I believe the true character of a person can be determined by how he impacts the lives of those around him and I can say that Chris Boden and by extension the Geek Group have had a lasting positive impact on mine. I stumbled across Chris and the Geek Group on YouTube shortly after their move to Grand Rapids, sometime in 2010, and when I moved to Grand Rapids in 2014, I was able to visit the group and meet Chris for the first time. Since that time, I would stop in periodically to purchase surplus servers, equipment racks and other network equipment to setup my own home lab to play around in and make the academic stuff I was learning in school real. No matter how short on cash I was at the time Chris always worked something out with me and it was clear to me that his goal was inspiring people and getting equipment into the hands of those that would appreciate it and use it, and because of that my workshop is still full of equipment that I will use for many years to come.

Chris and the Geek Group helped me accelerate my career advancement and I am very grateful for that and while I do not know any of the legalities involved in this case I am sure that what Chris and the group where trying to do with Bitcoin was to get people excited/inspired about and have access to, new technologies; which is in line with Chris' character and motivations.

Thank you for your time.

Sincerely,
Brent Goodman

███████████

Cadillac, MI 49601

616-295-