# EXHIBIT 28

Honorable Judge Robert J. Jonker,

My first visit to The Geek Group on Leonard St NW was Sep 21, 2013. I stayed about 5 hours. I was not sure what to expect. I learned about the maker space through their YouTube channel and livestreams. Some years later I dropped my membership when I was assigned off-shift hours at work, but have maintained contact with Chris Boden over the years, even meeting up with him from time to time to enjoy techie nostalgia. I was attracted to The Geek Group for a number of reasons ranging from sociological studies, development of professional skills, too engaging in personal hobbies.

The first reason had to do with sociological studies. Since around the year 2000, I had been involved in an inner city evangelistic outreach and food pantry at 642 Bridge St NW named The Evangelistic Center (now defunct). We consistently served the under privileged on the West Side of Grand Rapids with spiritual guidance, food commodities, and financial assistance. Financial assistance would consist of helping with small recurring bills or rent to avoid shutoffs or evictions. On Sunday nights we would have a church service that included live music, preaching, and distribution of food commodities. The food commodities were donated by chain grocery stores in the area, businesses, and by private individuals. In 2004 I became an Ordained Minister of Christ through The Evangelistic Center and remain in good standing with the current church I attend in Rockford, New Hope Community Church, and am currently serving on the Board of Elders. During my time serving on the West Side of Grand Rapids at The Evangelistic Center, and even now, I remain bi-vocational, retaining a regular day job while serving the community through various nonprofit organizations. None of the people who served at The Evangelistic Center drew a wage (and still I do not draw a wage from any non-profit I am associated with). It was a labor of love, as unto the Lord, serving those in need. At that time, Sep, 2013, I had just completed a degree program attending night classes at Cornerstone University while maintaining a full time job as a communications technician in the secular work force.

My wife and I, having carefully budgeted, were able to pay-as-you-go, and I earned a bachelor's degree "summa cum laude" in Business Sciences Geared Toward Ministry Leadership without loans or debt. In college a particular research paper of mine titled, "God and Mammon: The Addiction to Power and Affluence", touched on topics such as "Personal Power", "Personal Social Power", "Personal Economic Power", "Poverty", "Income Poverty", "Non-income Poverty", "Affluence", "Social Success", "Income Success", "Devotion", "Effects Of Devotion", "Objects Of Devotion", "Subordination", and "God's Faith and Constancy". Having recognized the desperation of poverty, not only through study and research, but also in context of those experiencing it on a day to day basis, I came to recognize that many families we served on the West Side were on their third or fourth generation of government assistance. And, another related dynamic I experienced was during my day job. I was a technician who visited many people in their homes and businesses to repair or install phone lines in the greater Grand Rapids area. I made that job a study of people, having brief glimpses into the lives of tens of thousands of people in many economic statuses over the course of my career. A paragraph from the research paper I wrote sums up the first reason I was interested in The Geek Group, "Through analyzing personal power, poverty, and affluence, patterns emerge as to how individuals fit within groups, how groups fit within communities, how communities fit within the big picture, and how the big picture fits within the meta-narrative. One pattern that emerges is man's devotedness to his particular purposes or needs and whether those purposes are derived from an arbitrary humanistic philosophy, or a God fearing Christian consensus."

My interest in The Geek Group started because I saw Chris Boden on YouTube with passionate devotion to the people within The Geek Group, things (all things science), and the community. He did not have "Personal Economic Power" to make every vision become reality, but he did have "Personal Social Power", which he used to make the greater community, the West Side, a better place. He and the The Geek Group made the West Side a better place through several community outreach programs, and consistency of how conflict was handled. With my experience at The Evangelistic Center, I know first hand that the West Side of Grand Rapids can be a very rough place. I've personally seen Chris deal with very difficult people in very clear and concise ways, by degrees of escalation, negotiating solutions where dignity was maintained for both sides. Because of the organization he ran, the community was positively affected, even for people who attended The Evangelistic Center. In a general sense both organizations had the same goals, wanting to see people healthy, whole, and free from oppressive poverty. People were being positively affected and inspired by The Geek Group for example through education. Not education for education's sake, but inspired to learn and nurture intense curiosity and ideas, inspired by the intense curiosity and personality of Chris, having a "rockstar scientist" in their own back yard. At The Geek Group, on YouTube, and from time to time on local TV news, he would inspire and challenge people to at least get a working knowledge of how "X-Y-Z" technology worked, or how to do, build, or fix "X-Y-Z". While visiting The Geek Group I didn't mind that they didn't have the latest and greatest innovations, tools, or programs, because, as an organization they were doing their vision, and getting better as they went. People were shown the lab areas related to their interests, given a rundown on dangers, what not to do, and given free reign within reason to work on their personal projects with the tools on hand. Claiming zero

rights to anything invented by members or visitors, Chris and others from time to time would make the rounds and take a look at the projects, give opinions, ideas, and talk about related stuff.

Recognizing the influence of The Geek Group, and the intensity of passion exerted by Chris toward realizing the vision he cast, I saw both his lifelong friends surround him in support, and enemies try and disrupt the vision. Recognizing leadership qualities, some raw and others refined, just as many good leaders are, I saw him as a polarizing figure. Not all of his opinions and decisions were popular, some were very unpopular, and some were wildly popular. Leadership can be a very lonely place. He had many critics, but also gave much criticism in area's he was passionate about. Personally, I thought in the area of spirituality and organized Christianity he made some very critical points, inwardly I knew some of those points were earned, but not all. I, however, was not scared off or offended because he did not believe or hold the same religious values as me. In fact, I often say my favorite class in college was Philosophy because it taught me to discern and articulate what I believe and why I believe it. In Chris I found someone who had little to no filter on his ideas or outspoken personality. He often would talk on his channel about what he believed and was very articulate with internal consistency on those principles he put forth. He would challenge people to think for themselves, and would challenge people to change his mind on his opinions they disagreed with. This challenge would cause people to dig down and consider why they believed what they believed. In a sociological sense it helped people discover they had a worldview, a particular perspective or lens they viewed the world through, and ask if certain things within that worldview were based in concrete reality. He had a very public platform and high visibility within the arenas he operated.

The second reason I was attracted to The Geek Group had to do with technology. On my day job I have been a communications technician for over 20 years. I no longer visit homes and businesses, but on any given day my duties include working on equipment that is older than me to working on the newest cutting edge equipment. I and many others found somewhat of a kindred spirit in Chris in areas of technology. For example, I remember when I was very young, for Christmas my grandmother had purchased a remote controlled monster truck for me. Much to her displeasure, within a week I had taken it apart to "figure out how it worked". On YouTube I saw Chris tear down decommissioned or broken stuff in an "equipment autopsy" segment. He, like me, would analyze by deconstruction. Analysis is just one half of a whole though. The other half is applying those engineering ideas and concepts and putting them together in new and unique ways to solve problems. Where many engineers or teams experience what is called "paralysis by analysis", I saw Chris as a problem solver in his element, breaking down problems to their constituent parts with the aim to solve them. And, at The Geek Group, Chris would move tangible projects forward as resources allowed that were to either solve problems or present some type of physics phenomenon. At The Geek Group he had an innate ability to get people excited about solving problems, even if the solution required hours of tedious discipline, or literally moving tons of equipment piece by piece by hand to make room for a project. The goal was always toward particular decided ends of solving particular problems. Some projects would end abruptly if an engineering impasse was met. Other projects would be put on hold waiting for the right parts to be donated, or the right person to come along to lead the particular lab the project fit into. Overall, though, what would really inspire people was seeing progress. It seemed to me that the type of people I met at The Geek Group, members, volunteers, and employees, enjoyed the journey of working on projects just as much as the completion of them. I think that came from a sort of paradigm shift that happened when entering the doors. People would sense that it was a place where they "get to" do the stuff they love, as opposed to a career or job where a person would "have to" do this or that to remain employed. It was a place where people could dive deep into their hobbies. Chris was instrumental in facilitating a place like that to exist with doors open to the public, always keeping the conversation open to the West Side community.

Professionally, I learned a lot about project management by observing Chris in his element, supplemented externally, which proved to reenforce my observations. And, I learned a lot about what inspires volunteers to be volunteers even when the work was sometimes daunting and pure drudgery, which challenged my idea of "normal", seeing intelligent yet socially awkward, misfit, oddball people acquire a sense of belonging and identity as members of The Geek Group, finding reward in making progress happen together.

Shortly after the raid on The Geek Group and charges filed, I learned in general what the charges were concerning Chris and Bitcoin. Based on my personal interactions with Chris Boden, which started as a Geek Group visitor, and continued as a member, volunteer, then friend, I do not believe his actions were intentionally nefarious. I believe he was attempting to navigate unknown waters out of a sheer sense of curiosity of where they would take him, utilization of ingenuity, and an attempt at problem solving. I believe his technical sense attracted him to the science behind the blockchain algorithm, and he saw that as part of a solution after almost a decade of terms like "quantitative easing" and "government printing money" had been in the news cycles, and just like any other project, curiosity, or problem solving attempt at The Geek Group, I believe he was attempting to promote Bitcoin as a piece of the solution puzzle.

Since the raid and charges, Chris has been the first to admit that he screwed up, that he was wrong, that his actions destroyed the organization that so many loved and were a part of, that ignorance is not an excuse, that bad advice is not an excuse, and that there were legal ways and proper channels to do what he was attempting to do. He has continued his personal mission of trying to make the world a better place via YouTube through exploring projects and home improvements at his home workshop. One of the first projects was piecing the workshop itself together from the ground up, giving insight gained through experience mixed with his unique personality and taste. He is still inspiring people to think for themselves. And, he has extended his personal mission to a new type of YouTube channel. One that is dedicated to helping people with Autism and Anxiety. Some months back he had reached out to me for any type of equipment that he could record that had rhythmic sounds and visuals for the Autism channel. At the time I was unable to accommodate, but that let me know he was still on the radar, actively and tenaciously pursuing ways to solve problems for people, build community, and make the world a better place.

Thank you for considering my comments,
Steven Winterhalter

Grand Rapids, MI
49505

mobile: 616-706-
email: