# EXHIBIT 29

To The Honourable Chief Judge Robert J Jonker,

My name is Sean Donnelly, I am 39 years old, and I am a carpenter by training. Currently, I work as a salesperson at Lowes. I have known Chris Boden for several years, primarily through his online community. After discovering Chris's YouTube channel via The Geek Group's machine autopsy videos, I have become a loyal member of this community and enjoy watching his videos and his nightly live shows.

Having connections to other people who are also interested in electronics and woodworking has made me feel a sense of belonging I have struggled to find my entire life in my home state of Pennsylvania. Chris is extremely inclusive in his community and has made sure I felt included despite my learning disability. In being a part of this community, I have found lifelong friends and resources for many of the projects I work on.

Recently, I needed resources of different sort and turned to Chris and the online community he built for help. I was having some serious money troubles, was on the verge of being evicted, and despite being embarrassed, I thought I would ask my friend, Chris Boden, for some help. He said he knew what it was like to struggle with funding, and that he didn't have the money himself but would try to help me. He decided to do a fundraiser on his nightly live show which is broadcast on his YouTube channel.

I had no idea how it would go or what to expect. I was extremely anxious being behind on the rent and having to put myself in a vulnerable personal position. I also knew in asking Chris to help with this fundraiser that he would likely be giving up many of the personal donations to his channel. I needed to raise about $1300, which was actually more than he makes in a typical month. Chris almost never does a fundraiser for the viewers on his channel, and I was so grateful for his personal sacrifice and help.

I was amazed how well it went and how Chris helped me feel comfortable with the whole process. It took only thirty minutes to raise all the funds from all the donors; I was so relieved that we were not going to be evicted. I feel incredibly lucky to be a part of his channel and online community.

Chris has shown that he is not just my friend, but that he is a great person to call on in a time of need. I trust him. He is a light-hearted, kind, dedicated to his mission of education. He continues to put out educational content and entertaining shows despite all that is going on in his personal life. Sometimes, his nerdiness comes out, but he is an all-around a great person.

While Chris is not without fault having admitted guilt to several charges, I believe he also does far more good in the world than most people. It seems that having him serve prison time would be counterintuitive, and that society would benefit greatly from having him as an active participant. I ask, Your Honour, that find it in your heart to be lenient in sentencing.

Sincerely,

Sean Donnelly

Coatesville, PA 19320

484-523- ███