# EXHIBIT 30

To The Honorable Chief Judge Robert J Jonker,

My name is Andrew Cole, I am 31 years old, and I am currently an electrician. At the moment I'm working 2 jobs (part time as an electrician at T.K Electric Ltd and a full time AV installer and salesperson at Healey Visual Inc.). I have known Chris Boden for four years, primarily through his online community.

After discovering Chris's YouTube channel via the TGG (The Geek Group) videos, I have become a committed member of this community and also a patron subscriber on Patreon - meaning I help support Chris with monthly donations. Being part of this community has given me a sense of belonging I struggle to find in my own hometown of Winnipeg, Manitoba, CA. I have also found friends and resources for many of the projects I have worked on over the last four years and been inspired to start other projects in the next few.

Chris Boden is one of those guys who is there if you need to talk (even though he's in a different country). I have had troubles with my girlfriend in the past (couldn't connect), and he talked with me and provided suggestions to help sort things out. I am grateful for his outside view into a low part of my life, and I am happy he was there to help me walk through the fact that it's ok to have problems and there's always a way to get around them. He also convinced me it's time to take a big step, and on Dec. 10th I will ask my girlfriend of approximately 10 years if she will marry me. This will be a big step in my life and I owe a big thanks to Chris for mentoring me.

Chris is a lighthearted, kind person who is always willing to lend an ear. Sometimes he might be a bit weird, but he is an all-around good person. Being a part of his community, I have watched his generosity many times while he does fundraisers for those in need or, as in my case, is willing to lend an ear or a helping hand to solve a problem.

I believe Chris is not without fault for the crimes he committed and has, on several occasions, admitted his guilt and shown remorse for his actions. With all the good Chris does for society, I believe sending him to prison would take away a mentor, problem-solver, and giver from people who need him. He brings things to the world we could all use a bit more of right now.


Sincerely,

Andrew Cole
███████████, Winnipeg, Mb.
            Canada