# EXHIBIT 31




October 24, 2021

The Honorable Judge Robert J. Jonker,

I am writing regarding the case of United States vs. Christopher Boden. Having read the narrative of the case and the charges brought against him. Being a federal employee myself (Department of Veterans' Affairs), and I have a good idea of how things work, and it seems to me that the agencies involved did not do their homework before moving forward here. I have known and interacted with Mr. Boden for almost 11 years now, and even though we've never met in person, I've never known him to even remotely consider breaking the law. There was an incident several years ago, where the staff at the Leonard Street Lab bought some 2-way radios from Amazon, not realizing that the way they were programmed would result in illegal use in the United States. The lab was visited by an agent of the FCC, who informed Mr. Boden what the issues were and how to mitigate them. Mr. Boden then contacted me, as I am a licensed amateur radio operator and work with 2-way equipment as part of both of my jobs, and myself and a couple of other radio operators got the radios reprogrammed and legal. In my opinion, this is how the bitcoin issue should have been handled. I'm not interested in bitcoin and it's numerous "cryptocurrency" spinoffs, as the math involved makes my head hurt, but I have watched several classes taught by Mr. Boden, and this was, in my opinion, geeks playing with new technology without realizing the legal ramifications of doing so. The SEC or whoever has jurisdiction, should have done the same as the FCC, and had someone explain the problems that were being caused, and I'm sure they would have been solved with no fuss.

As stated above, I never interacted with Mr. Boden in person, and the reason is that I'm legally blind and cannot travel by myself. I have spent my entire life being told that I can't do something because I can't see very well. I never received that attitude from Mr. Boden. He was the teacher we all wish we had growing up, as he didn't pull any punches and told it like it was,



Columbia, MO 65201
(573) 443-
http://www.uplace.com/




but he never put anyone down, no matter what. I never heard "how did you do that, you're blind!" from Mr Boden, it was always "Way to go, that's awesome!". He kept my spirits high during some pretty tough times, and I know I'm not the only one.

I really hate to see an experiment with new technology and the desire to teach others about it destroy the good work he has worked so hard to achieve over just the past decade that I have known him.

Thank you for your attention, Your Honor.

Sincerely,

Brad Wilmot

Building Systems Engineer

University Place Apartments – Columbia, Missouri

/

Communications Operator

Harry S. Truman Memorial Veterans' Hospital – Columbia, Missouri

Columbia, MO 65201

(573) 443-

http://www.uplace.com/