# EXHIBIT 32

### Juliea Paige, llc
CBE, CBD, Minister
██████████████: Allendale, MI. 49401
231.260.██ ▌ ████████

To whome it may concern,

I have had the pleasure of knowing Chris Boden for many, many years. I have witnessed his growth as a human and as a community leader over the years and was incredibly saddened to see the Geek Group close its doors after years of incredible service to the community. A gap no one has been able to fill since, and, the building still stands empty. A haunting reminder to us all of what we once had. A void of life where there was once a thriving heartbeat of the West Side of Grand Rapids. You see, this space not only provided free/affordable laptops and technology classes and services to underprivileged community members who would otherwise not have access – it was an physical space people, especially youth, could go and get INSPIRED. I witnessed the faces of children stunned and wowed by the awesome power of electricity, by science and technology and all that we as humans are able to control and contribute. Chris was always getting people excited about knowledge and empowering them to understand that that knowledge is for everyone, despite circumstance or social status.

I know with all certainty Chris never intended to break the law. That he would never jeopardize not only himself in this way, but, this incredible space and community service. He knew what it meant to us all. His attempt to help people understand this new form of money was never a way to make himself or the establishment richer or to end up in the hot seat like he did – he simply did what he always does....try to inform and empower his community with the knowledge and tools to succeed.

It honestly blows my mind that this could even happen the way that it did. That someone could be doing something illegal to the scale that it required such force to blow it open and never once be given the common courtesy of a simple warning. Especially considering this form of currency couldn't have even been thought of when the laws in place were even written. With the boom in technology, products, services, etc – you would think that we would expand and revise our laws to keep up with all these changes so things like this do not happen. Because ultimately, the truth is, Chris never hurt anyone. He only ever wanted to help. But, turning him into a felon and shutting down a community center that an entire city relied on and was inspired by hurt many. It's situations like this that make us as a collective loose absolute faith in our system and fear being victimized rather than protected by it.

I am writing you today in hopes that you can take these things into consideration and remember that even a parent will seek to understand the motives behind the actions, that even they will give one (or often many) warnings of the behavior before taking extreme measurements for punishment. What Chris did may have been a crime, but, what was done to Chris and ultimately us all did far more damage than that crime ever could have. I hope you find it in your heart and sensibility to consider that when sentencing Chris.

Thank you for your time.
Juliea Paige