# EXHIBIT 33

*Character Statement for Christopher Allan Boden*
*(USA v. Boden et al Case # 1:21-cr-0040-RJJ-1)*

Mark Edward McGough
███████████████ West Perth, WA, Australia
October 10, 2021

To the Honourable Chief Judge Robert J. Jonker,

My name is Mark, and I have lived all my life in Australia. I have known Chris Boden for more than 10 years, most of which were volunteering remotely at The Geek Group. I'm writing to express to you my opinion on Chris Boden's character as I have observed it.

Over the years, I have seen Chris demonstrate passion and kindness, even outside of the public eye. I have seen him pour his heart and soul into the Grand Rapids community, and indeed the international community too. I have seen him give so much that he's had to worry about how he will pay the bills. This man is the most generous, kind-hearted individual I have met and is deeply passionate about education.

Chris is an excitable individual. And while his excitability has gotten him into tight situations in the past, it has never been out of malice. Chris can be an idiot, but he's not an evil idiot. I have seen him act the fool to get a laugh from people. Chris is the sort of person to catch someone's eye, smile, and walk up to them saying, "Hey, want to see a card trick?" as he pulls a deck of cards from his back pocket.

Chris was a pillar of the local community. I have seen him bring so much to the west side of Grand Rapids, from providing shelter to those without power to giving away refurbished laptops for free. He brought a resource, a community, to the people that needed it most and who are so often overlooked. When The Geek Group was raided it was such a devastating blow, not just for Grand Rapids, but for people all over the world in the inclusive and education-focused communities he had created. Chris has been involved in providing education to less fortunate people, helping people start and grow their own businesses, and helping people get jobs. Chris' impact on the world has been a positive one, to a much higher degree than the average person. I don't want to see that positive influence disappear.

Personally, Chris has given me the chance to learn and grow in ways that I had never thought possible. With Chris' help, I have learned how to build and run a live internet TV broadcast station. I have learned how planetarium laser systems work and had the opportunity to get hands-on with the components of one in a dedicated environment. The opportunities that have been presented to myself for personal betterment and advancement, as a direct result of Chris, have been numerous.

Chris has made such a great impact on my life for the better, so much so that I travelled from the exact opposite side of the planet, traveling over 11,000 miles in 36 hours, to volunteer at The Geek Group. I spent all three weeks of my vacation interacting with Chris and can

definitively say that Chris is the same generous, kind-hearted man off camera as he is on camera.

Please, don't take that away from the world.

Sincerely,

Mark E. McGough
Senior Software Engineer
+61 405 722 ■