# EXHIBIT 35

**Ryan Schulte**

▇▇▇▇▇▇▇▇▇▇
Alpena MI, 49707
(863) 209-▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

October 26th, 2021

Dear Honorable Judge Robert J. Jonker,

I am writing this to express my concern and opinion on behalf of Christopher Boden. I'll do my best to keep this short, but as informative as possible. The first time I met Chris in person (2/9/19) was when my mother, sister, and I took a 5-hour road trip up to his now former science center (the National Science Institute), shortly after it began closing down. This was during their going out of business sale. Chris and I shook hands, talked about high voltage projects, and he got an idea of what I was interested in. I told him I had $600; despite that he gave me so much equipment that my mother's pickup truck nearly split in half - it turns out the equipment was worth nearly $20,000. Chris was extremely generous to me, not only with equipment, but also with his time, and I am thankful that I can work on so many projects that would have otherwise been out of reach - all because I expressed an interest in science and had a desire to learn.

Though our visit was very short, the drive was very worth it. The best part about my visit, however, was being able to meet Chris and his staff. They were all very down to earth, humorous, and held themselves together somehow while their jobs were dissolving away. I've been watching Chris on YouTube since I was in Junior High, (I'm now a college graduate) and every day, he had content on what he did and how that day went. Most of his daily activities were entertaining while teaching people about robotics, high voltage, computers, moving heavy power supplies, building and wiring, making sure that all safety measures are in place, and the list goes on. Through nothing but a screen, he influenced me to pursue my lifelong career as a power Lineman.

What I have seen over the past several years, both through his videos and in meeting him in person was his passion to educate people, to teach people about science, engineering, and his dedications to provide a workspace and equipment to those who have a passion for tinkering, learning, designing, inventing, and for an affordable monthly membership subscription. He also made a YouTube account to educate and entertain those who lived too far away. He still strives to educate and entertain people to this day, despite what he has gone through.

On that note, I believe that Chris Boden is an honest gentleman who I think jumped into dangerous waters that he wasn't familiar with and not fully aware of. As is with human nature, we all make mistakes. I believe Chris deserves leniency in sentencing, as the world is a much better place with him as a productive part of society.

Sincerely,
Ryan Schulte