# EXHIBIT 36

James M Luck

████████████

Lansing Ill. 60438.

708-541-████

Oct 13,2021

The United States vs. Christopher Boden

To The Honorable Judge Robert J. Jonker

    Your honor it is a privilege to be able to write to you today upon the character, and impact Mr.Boden has had on myself. Your honor I first became aware of Mr.Boden through the Geekgroup Youtube channel around the year of 2013. At that time I was still in my early teen years, but exploring the world of engineering. Seeing the group he formed through his own commitment and the commitment of many of his friends whom he treats with respect, gave myself hope and the understanding that I was not alone in learning. Through years that followed I followed as a onlooker through the educational videos the group put out. These videos showed nothing less than respect and patients for all of those Mr.Boden encountered. I wished to one day make the journey up to Grand Rapids to meet Mr.Boden in person and view the group that captured my attention. Ofcourse your honor that is no longer possible, but that hasnt hindered my spirit that has already formed.

Shortly after my eighteenth birthday I learned of the criminal investigation of Christopher Boden, around this time I began talking on internet based voice channels with the group and importantly Boden himself. Such as the man and the group I saw on in the videos on YouTube, I was welcomed in as a the nerd that I was. Since than many of the group that he managed to collect and Mr.Boden himself has helped me with both projects I've worked on and with resources for the knowledge I wanted to learn. This group was brought together with the help and passion of Mr.Boden, but this group isnt just about Mr.Boden. It is about the pursuit of knowledge and the pursuit of teaching others. I sat on voice chat with Christopher many evenings, with a few evenings of I teaching Christopher what I've learned in my pursuit of learning Nuclear Physics and Engineering. Never did I expect to have the ability to teach many, let alone the Elders that lent me a hand, and knowledge, and continue to do so.

To I your honor Christopher is just another Nerd, polite but not always well mannered. A man that can try to be patient but does better working towards his goals versus waiting for them to come. Although importantly a man with great passion for his community and great determination for the pursuit of teaching the next generations to come. Just as all Nerds, we cant know everything, but together we can get close. I say with great certainty that my pursuit in the interests i carry would likely be years behind if i never found the group he created. Mr.Boden has taught Me one great thing, no matter how far your dreams and interests may seem out of your reach, pursue them. No lack of funding can kill the desire to learn if backed up by a strong commitment to pursue that path, but carry with you down that path great kindness and a open mind.

Today your honor I am a young adult, only twenty years of age. I am looking into education for Nuclear physics and Emergancy response / Managment. Mr.Boden has been kind to Me, and has helped Me to know that education isnt out of reach, no matter how small or how big. The crimes Christopher has commited hasnt changed this. Even after the dissolve of his group I still witnessed a man dedicated to learning and teaching with a solid stature. A man who's attitude never shifted from the path decided to take long ago and to guide others to take.

Thank you The Honorable Judge Robert J. Jonker for taking the time to read my writing. I asked that you look at the character of Christopher Boden, and the impact he has made into the lives of many, My life aswell. Mr.Boden did the best he can in guiding Myself and many alike to pursue science, engineering, and the topics alike.

Sincerely,

James Michael Luck.