# EXHIBIT 37

Honorable Judge Robert J Jonker,

Early in 2011, I saw Chris Boden on YouTube for the first time. I was an average twelve year old kid on the internet, I was looking for YouTube videos to see fun explosions and cool science experiments. As soon as I found The Geek Group's YouTube channel, I was hooked. It was different from all of the other science - oriented content I had seen before. It was like *Mythbusters*, but with swearing.

Chris Boden made some of the most interesting, obscure, and entertaining videos of my childhood. They inspired me to attempt making a Tesla coil in the 7th grade. I followed a video tutorial Chris Boden had uploaded step by step, and after a few months of work, I had a fully functioning Tesla Coil. At school, I was able to show my friends the results of my work. I explained how I had conjured the power of lightning with my own two hands, and the device that had brought this small dream to life was built with Chris Boden's instruction. I was able to explain how transformers and capacitors worked in a way that kept my teenage friends interested. The feeling of accomplishment that I gained from this experience inspired my continued interest in science and technology, and today I am pursuing a career in that field. I wouldn't be where I am today if it was not for Chris Boden.

**2019 Visit to the lab**

After almost 8 years of watching The Geek Group and Chris Boden on the internet, I finally made plans to visit the lab. While I had aspired to volunteer there after I finished school, or take a long vacation from work to see everything in its glory, the shut down of the lab changed

those plans. I had to hurry to see the place I had watched be built throughout years of online videos before it would be gone forever.

Before taking my trip to Michigan, my mother gave me some advice. The gist of what she said: never meet your heroes. She was worried that the man I grew up watching would not be the same without the cameras rolling, and that the stress of trying to sell the equipment of the lab would lead to a bad experience for me. I considered her advice. I thought that I would only see Chris for a minute or two at most, and I fully expected all of the staff to be busy closing everything down.

However, when my brother and I arrived at the lab and met Chris for the first time, he greeted us excitedly. While we were exploring the robotics room, he came in to help someone with a question about one of the robots. I introduced myself and was thrilled to hear that he remembered me from comments on his YouTube videos and was excited to see me there. He took a break from focusing on business to give me and my brother a personalized tour. I was ecstatic, because unlike my mom said, my hero had been better than any of my expectations.

 We explored the lab further, and he allowed me to fire a Tesla coil; blasting lightning across the room in a display that was a far cry from my tiny coil at home. He then took us on a behind the scenes tour, and I was the first person to see the recording studio he and his team had completed right before the closure of the group. I felt honored to be experiencing this, and it is a memory I will always hold dear.

As the tour continued, I told Chris about my interest in high voltage physics. To my absolute delight, he gave me a high voltage transformer, an extremely useful and relatively hard to get piece of equipment. Not only did he give me this item, which would have been generous enough on its own, but he also gave me his lab radio. This yellow radio was one he had carried

on his belt every single day for years. Everyone in the lab had one in order to communicate with each other, and it was featured in hundreds of videos. He gave me this precious item because he knew how much it would mean to me. Even as it seemed like his world was falling apart, as Chris was dismantling the lab he had spent *years* constructing, he still continued his mission of inspiring  and educating others.

  By the end of my visit, I came to realize that Chris Boden acted exactly the same in "real life" as he did on camera. He was exactly as genuine and energetic a person as he appeared in his YouTube videos. The "never meet your heroes" saying could not have been more wrong. My brother and I were in Michigan for about three days; helping sort supplies and equipment, preparing laptops for sale, and general cleaning.  On the  last day of our visit before returning to Florida, I thanked Chris Boden for taking the time out of his very busy days to show us the lab. I said, "I thought you would be too busy to show us around". He said, "I was".

  Chris Boden was unbelievably busy shutting down the company he had spent the last 14 years of his life building, and yet he still went out of his way to hang out with a random nineteen-year-old fan and make at least one more impact on my life.

**Impact On My Community**

  In August of 2020, Chris Boden posted a video documenting tools which he kept in his car: *"Car EDC - My Serious Roadside Emergency Kit For 2021"*. He gave details on the emergency equipment, tools, roadside safety gear, and also explained his simple philosophy- we are all in this together. At least in terms of driving, we all share the roads. Every time Chris had seen a driver on the side of the road, he stopped to offer help. In the video, Chris said this: "I like to stop and help people out, I think more of us should do that". (Boden 2020). How many times

have I passed by someone and only thought, *Oh man, they're having a bad day*? I realized that I see it every week, yet have very rarely stopped to help. After watching Chris Boden's video, I decided to adopt his philosophy. I am a newer driver, so I only had a few basic supplies in my car. I went to the store and purchased a battery powered car jump starter, some safety triangles, a basic socket set, a good quality flashlight, and a few screwdrivers, zip ties, tape, and pliers, all with the intention of being able to help the next person I saw. Now, I am proud to say that I stop each and every time I see someone on the side of the road.

On May 8, 2021, I was driving home from a recycling center, and passed by a car on the offramp of the highway. It was parked with hazard lights on, but was about a third into the lane where oncoming traffic would hit the car if the driver did not see it in time. For the briefest of moments, my thoughts were focused on annoyance. Why would someone stop on the side of the road like this? But then, another thought replaced it: "What would Chris Boden do?"

At the end of the exit ramp, just a few hundred feet away from the highway, I pulled into the parking lot of an auto parts store. I put on my hat, grabbed a water bottle that I had in my trunk, and began walking up the shoulder of the road. Inside the car was a middle-aged woman, and two kids that were around six or eight years old. She did not speak English very well, but she put the car in drive, stepped on the gas, and nothing happened. She pointed to her cellphone and explained her husband was on the way, but he was maybe an hour away. I am not a mechanic, I was not about to diagnose her car for her. But I could help her get out of the lane and into a safer position. After asking her to put the car in neutral, I began to push her car. Though it was hot and I slipped on a giant puddle of transmission fluid, I was able to get her into the striped area right at the end of the ramp, where she and the children were much safer from the traffic.

I would not have done this if it were not for Chris Boden's video. I do not think of myself as an uncaring person, but I would normally assume that people who were stopped on the sides of roads had cell phones to help them out. Chris Boden made me reevaluate that mindset. I wish I had more exciting stories of saving someone's day with a zip-tie fix, or an epic tale of pulling someone out of a ditch so they would get to a job interview on time, but I don't. At least not yet. Since outfitting my car with some of the tools recommended by Boden, I have jump started several cars in parking lots, and helped two people change flat tires. It only takes a few minutes to stop and help someone, but that can save their entire day.

**Conclusion**

Chris Boden lives over one thousand miles away from me, but has had a tangible, positive impact on my life and the community that I live in. To date, one thousand two hundred people have watched *"Car EDC - My Serious Roadside Emergency Kit For 2021"*. Who knows how many of those viewers now think about helping others, like myself, and how many motorists have been inspired to help each other. This is just one of several examples in which Chris has changed the way I see the world, and the way in which I lead my life. He has inspired me, educated me, and motivated me to ask questions, think critically, and continue my education. I am confident I would not be the person I am today without Chris Boden's influence, and for that I am eternally grateful.

Jack David Singer

[redacted]

Clearwater, FL 33759

[redacted]

(727) 244-[redacted]