# EXHIBIT 38

*Character Statement for Christopher Allan Boden*
*(USA v. Boden et al Case # 1:21-cr-0040-RJJ-1)*

1 July 2021

To the Honorable Chief Judge Robert J. Jonker:

My name is Rebecca Takacs-Britz, and I am a current nonprofit professional in Grand Rapids, Michigan. I have worked in nonprofit fund development since 2007, and I am involved with several nonprofit networks in West Michigan. Prior to my current role as Development Manager of SLD Read,  I served as the Director of Institutional Advancement at The National Science Institute (formerly The Geek Group National Science Institute, henceforth referred to as TGG/NSI). It was through this professional role that I became acquainted with Christopher Boden. I am writing this letter today to vouch for Chris's character, morals, and integrity.

I have known Chris for over four years. My earliest interactions with him were through our neighborhood facebook group, where I noticed that he frequently promoted TGG/NSI as a warming and cooling shelter for low-income neighbors during inclement weather.

The TGG/NSI was located in a neighborhood with severe economic disparity, and many individuals in the neighborhood relied on this gesture of goodwill in order to stay safe during the hot Michigan summers and frigid winter evenings. This selfless gesture of radical hospitality piqued my interest, and I offered my assistance to the TGG/NSI as a nonprofit professional shortly thereafter.

I interviewed for a voluntary position as a grant writer in June 2017. At this time I was heavily pregnant and had been unemployed for over a year after being discriminatorily terminated from my prior nonprofit job.  I was welcomed heartily by Chris, and when discussing my needs for childcare after the birth of my child, he simply told me to bring the baby to work with me. In the months leading up to my son's birth, I quickly moved from a voluntary grant writing position to being promoted to senior staff as the Director of Institutional Advancement upon my return from maternity leave. This accommodation allowed me to re-establish myself in the nonprofit sector while also spending the first six months of my son's life with him every day.

When my son was hospitalized over Christmas 2017, and we were stranded out of state, Chris immediately offered to keep our driveway and sidewalks shoveled, and always made sure that there was someone available to help care for my son during the workday if I had meetings or other professional obligations. Chris's willingness to not only accommodate, but to welcome a child in the workplace has helped me to advocate for similar accommodations at my current place of employment.

*Character Statement for Christopher Allan Boden*
*(USA v. Boden et al Case # 1:21-cr-0040-RJJ-1)*

Chris worked incredibly hard to build a diverse and welcoming workplace. As of the final staff/volunteer demographic survey, ¼ of the staff openly identified as members of the LGBTQIA community, and 10% stated that they had one or more disabilities that impacted their ability to work.

These people were welcome at TGG/NSI because of, not in spite of, their differences. In a predominantly conservative community, Chris created a haven for people to live authentically without fear of judgement. It was in this environment that I learned to be a better version of myself, and a better mother to my neurodivergent child.

Because of Chris's commitment to inclusion, my child spent his formative months in an environment with endless opportunities for learning, exploration, and developmental stimuli.

Chris was always the first to offer to buy volunteers a meal or to help secure housing when a staff member or volunteer found themselves homeless. After the theft and destruction of TGG/NSI's gay pride flag, he found the largest Pride flag available on amazon and proudly displayed it from the roof of the building, signifying that hate was not welcome at TGG/NSI.

Chris operated TGG/NSI in a spirit of education, transparency, and community.  With hundreds of cameras both inside and outside the building, he was frequently tagged in our neighborhood facebook group when a crime was committed in the area. When a staff member's dog was let out of the dog yard at TGG/NSI, instead of pursuing criminal charges, after the perpetrator was identified he simply requested that they come speak to him and volunteer at TGG/NSI. His belief in community, restorative justice, and second chances is unparalleled in my experience.

 During my time at TGG/NSI, we partnered with the courts to provide a place for people to perform their court-ordered community service. Chris built a program that allowed people to put their skills to use, and to be treated with dignity and respect.

Because of the way we welcomed these people who were assigned to us for restorative justice purposes, not only did many stay on as volunteers after their court-ordered time was complete, but we also had the lowest recidivism rate of any community service site in Kent County. This fact can be attributed to Chris's leadership and his willingness to give others an opportunity to right a wrong without passing judgement.

Chris has dedicated his entire life to making education accessible, engaging, and enjoyable for people from all walks of life. To this day he makes a living and a life from teaching others via educational videos and community-building. Since the closure of TGG/NSI, Chris has continued to film educational videos, providing them to learners worldwide at no cost on open-access platforms including Youtube.

*Character Statement for Christopher Allan Boden*
*(USA v. Boden et al Case # 1:21-cr-0040-RJJ-1)*

In closing, I ask that you consider the measure of Chris's character and the impact that he has had not just on the West Michigan educational community, but on the 60,000+ members from over 70 countries around the world who participated in learning activities of TGG/NSI over its 25 years of existence. Also consider the thousands of eager learners he has equipped with knowledge in the two years since the closure of TGG/NSI, and the multitude of individuals who haven't discovered the resources he creates yet.

I do not say these things to make light of the crimes he has been charged with. However, in the conversations that I have had with him in the two years since the NSI closed after the incidents related to the current case, he has shown genuine remorse for the decisions that led to the federal investigation. **Chris has given so many people in this community a second chance, and I hope that in the same sense of charity that you will also give him a second chance and exhibit leniency and a downward departure from the sentencing guidelines related to the indictments.**

Should you have any questions, or need any clarification, please do not hesitate to contact me directly.

Respectfully submitted,

Rebecca L. Takacs-Britz

Grand Rapids, MI 49504
(219) 241-