# EXHIBIT 39

To the Honorable Chief Judge Robert J. Jonker,

   My name is Vivian Berry. I have volunteered at a number of local nonprofit organizations throughout the years. I have known Chris Boden for about five years and at one time I worked beside him regularly every week while I volunteered at the National Science Institute.

   I came to Chris looking for help for someone that couldn't afford to fix her vehicle. Once I saw the safe haven he had helped build I knew I had to get involved. I was a single mother leaving an abusive relationship and the NSI provided free job training and a quiet place to use the internet to job hunt or decompress with other people. Boden himself put tools in my hands and helped me learn about how things work and how to fix them when they don't. Through helping with tours and seeing my own work being used as an example to others, I was able to find my self confidence and I saw a lot of others find theirs as a direct result of Boden's educational videos, energetic pep talks or other direct actions. I also saw him help a lot of people that needed someone and had no one else.

   I am a first hand example of the good Chris can help accomplish. An accident at the apartment I lived in suddenly left me and my toddler with no place to stay for a short time and Chris offered us a safe space when I didn't have the means to access another. Again, when I had a housing crisis during the first months of the COVID pandemic, Chris reached out to me and helped me and my family avoid homelessness. Chris really made an impact on the lives of the people in our neighborhood. I've seen him get groups of people to clear fallen trees for the elderly and handicapped after storms. I've seen him give kids a safe place to study, play games or learn new skills in a neighborhood where the pastime for their age group was grafiti and petty crime. I never saw him turn away anyone that asked for help and saw him often seeking out solutions to help the people and businesses nearby. His was one of the first businesses I saw publicly defend and welcome members of the LGBTQ+ community, as well as being the first place I had ever seen offer shelter during inclimate weather to the homeless or those affected by power outages and heat advisories.

   Even now that his life is quieter and he is out of the public's eye, he does so much for the community. When our family had COVID and had to quarantine, Boden made sure we had medicine and friends of ours I met through NSI helped us get groceries until we were well enough to leave. He asked me recently to help a family move across state. He dropped what he was doing one day and helped my friend with a very involved household repair and most importantly, he is still focused on helping others by putting out videos to teach others about things they can't easily access. He can still help people learn new skills and better themselves.

   I do not write this letter to make light of the crimes Chris Boden hs been charged with. I only want to express that since meeting Chris, my life was changed for the better and not only was I given a chance to meet new people and learn new things but to use that knowledge and those resources to help others. I could not remain quiet about how Chris was and sometimes still is the catalyst for so many things that helped me or those around me. Thank you for taking the time to read my words and I hope they help you make a decision in the sentencing of the indictments.

   Vivian Vincent