# EXHIBIT 40

To:         The Honorable Judge Robert J. Jonker

From:       Kenneth Meyer

Re:         Chris Boden

Sir, my name is Kenneth Meyer, I am 71 years old, a former Police Officcer and have known Chris Boden for over 30 years.

In all the years I have known Chris, he has always been honest and straight forward with people and through his transactions with the community.  He is a highly self motivated person who has dedicated himself to the Grand Rapids community (primarily the NW side) with providing educational training, in person and video taping science related topics. I understand these training videos have been viewed all over the world.

When he had his science lab on the NW side, it was always open to the public for their use and he was always there to assist them with their projects at minimal costs to them.  He was highly dedicated do the right thing and providing service to the community especially in hard times. He provided shelter to those who needed it during the winter months when power outages forced the neighbors out of their homes with no heat and summer months when the temps forced them out because of no AC.

When his lab received a large donation of used laptop computers, Chris and his crew (mostly volunteers) refurbished them and offered them to the community for pennies on the dollar and in many cases gave them out at no charge to families who could not afford them. There are dozens of stories like this which I'm sure you will be reading about.

 Since I've known Chris he has never had fancy clothes, cars or places to live.  The reason for that is Chris has put all of his money into what he believed in.  The Science Lab was what he believed in and unfortunately that didn't make it.

If anyone wishes to contact me they can do so at the address or number below.


Respectfully submitted,

Kenneth Meyer

██████████████████████

Wyoming, Mi 49509

616-581-████