# EXHIBIT 41

To the Honorable Chief Judge Robert J. Jonker.

My name is Marcie Potts, I am a Supports Coordination Broker in Grand Rapids, Michigan. I have worked in Mental Health for 30 years, prior to my current position I was a Life Skills Coordinator for a short time and prior to that I was a Group Home Supervisor for a home of 6 developmentally disabled ladies.

I have known Chris for 12 years, during our friendship I have witnessed Chris help the community in many ways, from giving away computer during Halloween to offering warmth/cooling during power outages in the area, as states above I ran a home for 6 ladies with developmental disabilities one of which loved to play games on her laptop computer, one day het computer stopped working, this caused great anxiety for this young woman as she used her computer as a coping mechanism to calm herself down when she was upset, she has very limited income and could not afford to buy a new computer or have it fixed at a computer repair shop, I called Chris to ask if he had any ideas and without hesitation he told me to bring it to him, he had his team fix the computer at no charge and it was returned to the young lady the next day, Chris will never understand what it ment to this young woman to have her computer back so quickly and in full working condition.

I ask that when you are sentencing Chris you consider his character and what he has given and wants to continue to give to the community around him, Chris is an amazing teacher, he is kind, compassionate and is always figuring out new and different ways to help those around him. I honestly believe he is remorseful for the mistakes he has made and has learned from them so as to not make these mistakes in the future.

Thank you for your time, if you have any further questions or clarification, please do not hesitate to contact me.

Sincerely,
Marcie Potts
█████████ .
Casnovia, MI 49318
████████████████

616 209 ███