# EXHIBIT 42

October 21, 2021

The Honorable Judge Robert J. Jonker,

Your honor, I cannot say I've been friends very long with Mr. Boden. I met him months ago because of my fascination with hydroelectric power and electricity. He has been an incredible help in filling in the gaps I've had for years with regards to this topic. He's also been helpful in a personal way aiding us with everything from computer problems to our heat pump that's lasted about 3 times as long as it was designed to.

I find his videos informative, entertaining, and educational. I've yet to read any of his books but am about to order my first one. Basically, he's just been someone that I've truly enjoyed getting to know.

I've also seen how he is constantly helping others. He builds computers for people who can't afford them. He freely shares his vast knowledge on a range of topics to help others. Even his car is a rolling automotive garage. He carries medical equipment and supplies, tools, fuel, jacks, parts just to assist motorists he encounters stranded on highways.

He is someone who to me is special. My husband is former law enforcement and he also carries tools, fire extinguishers, flares, medical gear, but only a fraction of what Mr. Boden carries. They share a desire and need to be able and willing to serve those they encounter. My husband's is a carry over from his years as a police officer. Mr. Boden shares that spirit in a way few others do. As I said, he is a unique individual and a person who aids everyone he encounters whatever their need may be. In his job with a hydroelectric plant, he fills a role that very few people are trained or intelligent enough to do. He has a gift for seeing problems and resolutions faster than anyone I have ever known and that makes his role there hard to fill should the need arise.

Regarding his situation in your court. I honestly still don't really know what Bitcoin or crypto currencies are. So while I hear him speak of it often it frankly isn't something I really understand or have any desire to. But throughout countless videos I've watched where he addresses his situation one thing has been uniform going back to the time of his arrest, he's been adamant about his guilt, he's blamed no one but himself, and has been expressing remorse the entire time. That is something very rare in our age. Most people are screaming about their innocence, blaming others, or somehow justifying and excusing their actions. I honestly find his attitude refreshing and impressive.

I can see going back in time watching older videos how this whole thing has changed and aged him. I have seen him on the verge of a breakdown. But the stress, fear and anxiety are all things he blames on no one but himself.

I would ask you to consider his actions since his arrest, his honesty and forthrightness in accepting full responsibility for the situation he's currently facing. I sincerely hope this counts for something and would lead you to be merciful. In an age where few accept responsibility for anything they do, he I think has clearly shown remorse and a clear determination to make the most out of his life and to

concentrate on helping others.

Thank you for your time and consideration. My contact information is below and I would be thrilled to discuss this further with you, your staff or anyone else who wants additional information.

I remain sincerely yours,

 Patti Lynn Jackson

Bristol, VA 24201 HOME: 276-494-CELL: 276-696-EMAIL:

