# EXHIBIT 43

**Theodore R. Barnes III**

Dallas, TX 75287
(772) 480-▮▮▮▮
▮@cinematechnician.com

28th November 2021

**Honorable Judge Robert J. Jonker**
Character Statement for Christopher Allan Boden
(USA v. Boden et al Case # 1:21-cr-0040-RJJ-1)


To the Honorable Chief Judge Robert J. Jonker:

My name is Theodore Barnes. I'm a Cinema technician and travel the country fixing theaters. I found Chris online while looking at equipment videos and instantly saw an educator, an innovator, and someone ahead of his time.

Christopher Boden has provided a constant example of how to conduct yourself in a public space, how to lead others, and how to help them do better than they can on their own.  He has shown consistently that he knows how to organize people and how to help them achieve their goals. This ability to bring people together and show them how to work as a team is something I admire about Chris.

I have watched his presence online daily for the last six years. During this time, I picked up many ideas and was inspired by his actions to help myself improve my education and situation in life. I was so moved that about four years ago I even made a trip up to visit Chris and the whole team at "The Geek Group". During this visit, Chris showed nothing less than perfect generosity and grace; I was refreshed to see that he conducted himself in real life as he did online.

After my visit, we stayed in contact and have become close friends. I believe in the time I have known him that he has demonstrated that he is a good man with good intentions and that he may not always know or make the right move, but he has no bad intentions and learns from his mistakes. Chris also frequently holds up his mistakes and uses them as a teaching example to help others to not fall into the same mistakes he has. It is my belief that Chris may have made a mistake, but his intentions were and continue to be good. I believe that he has learned from this experience and, I believe that he has grown from the experience, has shown remorse, and will continue to use it to teach others.

Sincerely,

**Theodore R. Barnes III**