# EXHIBIT 45

October 15, 2021

The Honorable Judge Robert J. Jonker
United States District Court
Western District of Michigan
685 Federal Bldg.
110 Michigan St NW
Grand Rapids, MI 49503

RE: Character Reference for Chris Boden

Your Honor:

My name is Dax Berven. I am over the age of 18 years old and I am not related by birth or marriage to Chris Boden. I am a registered Professional Engineer in the state of Washington and work as an electrical engineer at a utility company in Eastern Washington state.

I started watching the various Geek Group/National Science Institute (NSI) media (blogs, production videos, and livestreams) around May 2010. In approximately March 2019 I was asked onto one of the Chris' evening livestreams to have a discussion/audience Q&A on Electric Utility equipment and practices as this is my field.

Since then, beyond participating in most of the evening shows I have continued to do a weekly show on Fridays continuing the Q&A format. I have also become the head administrator for the Discord server associated with Chris Boden's YouTube channels. This Discord was organized by Chris to allow the audience to more directly participate in the shows, help with project research for the topics that interest them, and foster positive relationships and new friendships with each other. Over that same time period I have developed a good personal and professional relationship with Chris.

While I have not discussed the particulars with Chris, via publicly available information I am aware that Chris is pleading guilty to operating an unlicensed money transmitting business, money laundering, and structuring. I have seen Chris express deep remorse over his choices and actions numerous times. I have also seen Chris accept responsibility for any consequences associated with those choices and actions.

Chris is a key employee at several small hydroelectric facilities and works to maintain and improve installations that are approaching or are over 100 years old. He brings knowledge and a project approach that others at the plants do not have. He has also recently developed a channel dedicated solely to producing content aimed at providing a calming effect for people with autism.

Chris is the type of person who is always driving others to be the best they can be. He will give you the shirt off his back if that's what it takes for someone to make that next step to being a better person. The entire main concept of the NSI was to create a space where everyday people would have access to tools, be exposed to concepts, and be able to gain useful skills they never could have anywhere else as long as those people were willing to put in the time and effort to learn. While the NSI was the main vehicle for Chris' to educate, inspire, and entertain those in his local community and around the world, the NSI was never the main driver for Chris' mission.

Despite the NSI shutting down, Chris has continued to educate, inspire, and entertain people locally and around the world via YouTube. The topics are varied, but that is in line with a mission focused on pulling people who have a sincere and passionate desire to learn along their interest paths instead of trying to push a one size fits all approach.

Sincerely,

Dax Berven
███████████
Pasco, WA 99301
509-366-████