# EXHIBIT 46

Victoria Campbell

███████████

Toronto, Ontario

M9C 4W6

To: The Honorable Judge Robert J. Jonker

This letter is in support of Christopher Allen Boden. I have known Chris for more than 15 years. He is one of the most interesting and generous people I have ever known.

I met Chris online and the first thing we talked about was this non-profit organization he was trying to get off the ground. It was a maker space of sorts for people who were interested in learning hands on. It was a concept I found resonated with me, as my first undergraduate degree was through a program of independent learning outside a faculty and structured course schedule. I also realised that not many people had the opportunity to learn outside a standard curriculum and many more had no financial means to do any type of continuing education. I also recognised that Chris, although he had the drive and the passion, was ill equipped to run a business. He had little financial acumen, he was abrasive and anti-establishment, and he really liked to play with dangerous toys. I have met some members of his family and have a good idea of his background; I am sure his personality and actions have been skewed by the environment in which he was raised and his efforts to escape that lifestyle. That said, he is very smart and had a core group of other smart people around him so I thought this might be an idea that should come to fruition. A free hands-on learning and social center where people could come to learn and explore and build things that they would never be able to do on their own with a group of likeminded people.

He had been working on this idea for a number of years before we met and had an online forum. He had tried to set up a brick a mortar space a few times and had failed. This is where what might be described as pure stubbornness or maybe even delusion kicked in. Chris simply would not give up. Over the years I saw him trying anything and everything to get funding, to pay bills, to keep the lights on where everyone outside his small circle thought he was many things, but not worth backing. But I saw the kids he would never turn away, the number of computers he refurbished and gave away to the community, the hours he made himself available to help people with anything, even when he got nothing in return except goodwill. He exaggerated the success of the group to try to make people interested in supporting it. This would often give people the impression Chris was making money, sadly not true.

Others might tell you this as well, but I think it is important to note that Chris is socially inept. It might be autism, it might be a bad upbringing, it may just be a mind that doesn't work the way the majority of society works, but if there was a situation where putting your foot in your mouth would run your life, Chris could fit in both feet at the same time. There was no training him out of it, he simply never understood what was offensive or inappropriate. People who did understand him and did support him tried to damage control, a lot. Chris is his own worst enemy. So here is this guy that will literally give you the shirt off his back and a place to sleep and food to eat, but he can't get anyone to understand the importance of what he is trying to do because they can't stop being offended long enough to listen.

Now, I am not an American but I have the greatest admiration for your country and its peoples. A country built on hard work and ingenuity with passion and hope for the future. What I have seen however is also a country that is in crisis. So many jobs sent overseas, a greater separation of social classes, a rise in violence, and an anger that threatens the fabric of your society. Chris has been trying to do something about that from before I met him. In those early days I looked at the statistics around graduation rates from high schools and colleges in the sciences. The numbers were pretty dismal. Chris made changing this his life's mission.

We all have jobs, and I hope that we get some degree of satisfaction from what we do with our lives, but as much as I love my job and feel it improves the world in a small way, I still have an end of my work day, a weekend. Chris worked every moment towards sharing knowledge and educating people in any way he could. You will be aware of his prolific YouTube videos. He has been making those for decades. He openly shared any equipment he had. He took time to give instruction to more young people than most formal teachers. I think it is easy to judge people by your impression of them. Chris is easy to judge and he makes it easy for you to dislike him. He rarely filters his speech, he believes that most people are not going to like him, and frankly he is right. Despite the always uphill battle he has fought, his faith in the idea that people can learn and share and make the world smarter has never wavered. He kept fighting when everyone told him it couldn't be done. I would love to have the storybook ending to this perseverance, but sadly that is not where it ends. Chris has pled guilty but I know his only aim was to try to keep the doors open for as long as he could. It was all he could do because it is all he is.

I would request that you consider that Chris' actions outside of those you considered to be so egregious you need to lock him away from society, and see the good he has put in this world and the good he could still offer.

My thanks for your consideration,

Victoria Campbell