# EXHIBIT 47

Matthew D. Deming
████████ East Charleston, WV 25311
29 September 2021

To whom it may concern:

I have had the privilege of knowing, and working with Mr. Chris Boden for over 20 years. During that time, I watched his dream of a non-profit science center where ordinary people could come and learn by doing, grow from a dozen or so young people dedicated to science and technology learning into the block-long Headquarters Building that they and the city of Grand Rapids could be proud of.. For years, Chris and the other founders never took a dime's worth of salary. Every nickel, and piece of equipment he could get donated, every nominal membership he could sell, went into the organization, known as "The Geek Group". Even when group achieved 501-C-3 status, he and the other members of the board still served without pay. When the money from his other jobs exceeded the minimum he needed for very modest food, shelter and clothing, he put the excess into the group to help pay the operating costs. Chris Boden never used any of the funds to enrich himself, although in my opinion he had earned the right, but instead plowed every available donation back into keeping the bills paid and the membership costs low enough for families of low to moderate means.

Because the headquarters building, which had been a defunct YMCA, needed massive renovation, to meet safety and other building codes, most of the work was done by volunteer labor of the members, including board members. Chris himself often worked 12 to 16 hours a day, painting, repairing, cleaning, etc. and then giving demonstrations in science to school kids and making quality technology videos. For two decades he dedicated his time and resources to making this dream a reality. Under his leadership, The Geek Group collected, refurbished, and donated hundreds of computers to schools and low-income families, and provided inspiring internships to many young adults many of whom had all but given up on education.

Unfortunately, it seems the city of Grand Rapids and the surrounding area did not have the population density, personal, commercial, or industrial, to sustain the donation level to meet expenses. Even with local full-access memberships, part-time memberships, and world-wide remote memberships, there was constant shortfall on expenses, as utilities and insurance costs rose.

Mr Boden may have at that time engaged in some improper financial arrangements, but I believe they were done to keep the dream alive, to which he had dedicated half of his life, and which had benefited so many children and adults, and not to make himself wealthy. While he is a great science teacher, engineer, tinkerer, and dreamer of a better future for humanity, he may have been woefully lacking in a deep understanding of financial law, but acted, I believe out of ignorance rather than avarice.

It is my hope that the court will take into account the good he has done and the personal loss of his dream, which was a devastating blow to him, to the community, and the country, when judging him on any improprieties he may have committed. I do not see the community or the country benefiting from his incarceration.

Sincerely,

Matthew D. Deming
Engineer (ret.) and Comm. Coll. Physics Teacher, (ret.)