# EXHIBIT 48

Melissa Kay Drenchen

Rockford, MI 49341

October 7, 2021

Re: Christopher Boden

To the Honorable Chief Judge Robert J. Jonker

I have known Christopher for almost 9 years. I was troubled and surprised to hear about the raid on his business as Chris has always been a pretty solid person. It is for this reason that I am happy to write this letter for him. I understand the seriousness of this matter set before you and I hope, however, that the court will show some leniency.

I reached out to Chris when my son was having trouble adjusting to a divorce that I had recently gone through. Tyler, my son, was introduced to Chris via his daily blog, it was then and there that Tyler expressed an interest in wanting to meet Chris in person. When I reached out to Chris regarding my son and his issues, Chris never hesitated to invite me to bring Tyler out and spend time with him. Over the years my contact with Chris grew. Tyler and I eventually moved to the West side of the State to be more involved with the "lab". I have never regretted my decision and the positive impact Chris had and continues to have on my son has done nothing but help my child grow into the amazing person that he has become today. Tyler learned from Chris to be who he wanted to be. That confidence has led Tyler to become a United States Marine.

I have, over the years, sought counsel in Chris on many things in my life. I have always valued and appreciated his input on decisions that I have needed to make for myself and my child. Christopher's friendship has been invaluable to me. I have had the honor of helping Chris make a difference in the neighborhood that we both once worked in. In that time and working side by side with Chris has given me the opportunity to see the person that he really is and can be. While I was surprised to hear of his misconduct, it really comes as no surprise to me that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge as a better person. Chris has expressed remorse for making such a serious mistake and I believe in his ability to make amends for his misdeeds.

It is my sincere hope that the court takes this letter into consideration. Despite the current case, I believe Christopher Boden to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,
Melissa K Drenchen