# EXHIBIT 49

Honorable Judge Robert J. Jonker

While I have never met Chris Boden in person, I have been fallowing him and his work and adventures since about 2012/2013. I can only speak to what I have seen of him online and the differences he has made through The Geek Group and his online community.

I feel like from watching his projects and things he has gone through, I have learned a lot of things about science, technology, skilled trades, life, etc. Seeing him tackle projects that seem intimidating when you know very little helped me learn new skills and that you must start somewhere even if you do mess up a few times. He also got me more interested in expanding my current interest in electronics/electrical to things like variacs, tesla coils, etc. Some things in this realm I may have heard of but seeing him work with, explain things, and use/apply these in a real setting helped me understand these things better.

Through Chris's "Geek Group" community, I ended up connecting with another member and after some time we discovered that we lived very close to each other. This other member and I have now become very good friends and do a lot of things together. I have learned even more and gained new interests because of my friend too. It was also a long-time since I had a friend like this that can really do things with and we can help each other out too.

A few times I had a problem trying to figure out something on my own, so I asked about what I was struggling with in Chris's group. I could then get help from Chris or other members of the community. In one instance, I got connected to another member that had a lot of experience with what I was having trouble with. We then got on a VOIP call and talked about my project and I learned enough so I could at least go to the next stage in my project thanks to this other member.

Chris Boden, for a time, did a segment about relationships, dating, social interactions, etc. Being on the autism spectrum myself having relationships and dating always scared me due to fear of not working out, so many unknowns, the fear or rejection, etc. Chris discussed some of these things many times such as fear of rejection, etc. Chris would often tell us if you want to pursue something all you have to do is ask, "no's are free" and then you move on. This helped me to face some of these fears and try and push myself out of my comfort zone and try dating for the first time in my life. I was very nervous asking, but I kept thinking of what Chris said and all the things I may miss out on if I never try this, I ended up getting a yes though from the person I asked out. I feel like this is now the happiest/most exciting thing I have done in my life!

I have also used some of the same thoughts when asking people for something whether at work, a business I patronize, or even striking up a conversation with a stranger that works for the power company and asking them about a project, etc.

I feel that while what he was doing was questionable, and it appears illegal, from what I understand Chris never had malicious intent. It seemed they tried their best to do it in a legitimate and safest way to protect all the parties involved which, from my understanding, was

themselves, "The Geek Group", and the Bitcoin service provider they were working with. From my understanding they did ask for advice from people that would seem to be reputable sources on what to do and not do with their bitcoin activity. To me, it seems like they were doing their best to mitigate risk to everyone involved however also ended up breaking law(s) in doing that too. I feel like while some bad decisions were made, from what I can tell Chris and the others all regret their decisions and actions. From what I have seen, Chris is now trying to continue with a similar style of education/entertainment type work like "The Geek Group" was known for.

I am hopeful that he will continue to be able to do these things and hopefully help others kind of like how he helped me.

Jesse Huizenga

Alpena, MI 49707