# EXHIBIT 50

Max Christopher Hunt

Dublin, CA 94568

November 30, 2021

Re:Chris Boden

To:The Honorable Judge Robert J. Jonker

I am a commercial fisherman based in San Francisco, CA. I discovered The Geek Group on Youtube in 2012 and found Chris's Captains Log videos shortly after. As an avid science geek I found the Geek Group videos to be highly educational as well as entertaining but Chris's almost daily blog videos I found more interesting. It allowed me to get the experience of being there not in the sense of a tour but that of a fly on the wall. I will never get to play with giant tesla coils or 12 foot industrial robots but watching Chris work on his projects and helping others with theirs made me feel like I was right there in the room with them. When Chris started doing a live stream I joined the conversation. I had always watched what happened at the group on a time delay so these live streams felt special. I had already felt like I was there but now I was actually having my questions answered in real time. Chris was fascinated with how I made a living on the ocean and I was fascinated with how he could use standard 120 volts from an outlet and turn aluminum cans into vapor. Over the years we have built a friendship that I am proud of.

When the group shut down after the FBI raid I was heartbroken. I would never have that chance to visit the lab in person but worse was all the other people involved at the group. Having followed along for years, I felt I knew a lot of the core staff and members and I could only just watch their world collapse. Amazingly Chris didn't disappear but rather started over. I watched as he built a small workshop in his basement and started making videos just like at the group only on a smaller scale. When Chris explained why the group was raided by the FBI and the charges he has pleaded guilty to I was shocked but also understanding. I saw for years how the group was just getting by financially so Chris accepting a large bitcoin transaction without getting a license for large transactions is something I would have done in the same situation. Desperate times lead to desperate measures and I believe Chris to be the guy who lights himself on fire to keep others warm.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Chris Boden to be an honorable individual, a valuable member of his community, and a good human being. He may have a nickel head but his heart is full of gold and would help anyone willing to accept.

Sincerely,

Max Christopher Hunt