# EXHIBIT 51

Emily Lynn
████████████
Grand Rapids, MI
49507

September 29th, 2021

Dear Honorable Judge Robert J. Jonker,

I, Emily Lynn, have known Chris Boden as a close friend for 10 years.

Your Honor, I'd like to take a moment of your time to tell you a little about Chris and why he deserves your leniency in his sentencing. How he's not only influenced our Grand Rapids, MI community, but my own life as well.

I met Chris Boden in late March of 2012 and was immediately introduced to his life and blood: The Geek Group. To understand The Geek Group, you must first understand who Chris is.

Chris is one of the most highly driven, intelligent, individuals that I have the pleasure of having in my life. He has a vision to educate and change the community that we live in. To touch people's minds individually. It doesn't even end at a local level. Chris reaches out to people in other countries through his videos, writings, and teachings. It is simply not possible to have a time with Chris without learning something new. 20 minutes of a genuine conversation with him will tell you that.

The Geek Group is an organization that I volunteered at the moment I knew about it in 2012 to the day it closed down in December 2018, totaling 6 years. The Geek Group filled a void that Grand Rapids didn't know it had. It allowed people to come in and tinker with the equipment that these geeks provided. Offering training courses in any STEM field you can think of, including the arts. Have deep conversations about the most passionate topics people are interested in.

That's just scratching the surface.

Chris lead a team of people who paid attention to those that you and I ignore, without discrimination. They provided hundreds of laptops to those in low-income communities so that they can succeed in their lives. Gave volunteer opportunities to individuals who were incarcerated and building a new life. Created a safe space for those going through unimaginable hardship, yet pushed them to succeed .

Chris Boden created a community through anyone that would listen, by welcoming all, regardless of their background and history, into the doors of The Geek Group.

Chris Boden created a home for all of us, including myself.

When I first stepped foot into his life, I didn't know what would be in store for me. He presented a world of opportunity and ways to succeed outside of the societal norm. Chris is a man that I can depend on in the toughest situations I dealt with. We formed a friendship through shared experiences and the silliest of conversations.

In 2016 I was in a bind trying to find a good internship opportunity that fit within Ferris State University's requirements. The professors were unsupportive in guiding me to an opportunity that fit my needs and situation. Chris understood where I was at and provided a place within the company where I could extend my education within The Geek Group.

Due to my 400 hours of internship experience there, I was able to understand the business side of the organization, how they seek out sponsorships, par-take in marketing and research, and create designs that they could use as they saw fit. My time there has played a role in my career by recognizing key elements in how businesses are run and expanding my portfolio within the design industry.

And through this time I got a first hand look at the state of The Geek Group. How it was struggling to keep up with the endless amount of bills. The high-volume of outreach to sponsors and grants for support. What the staff and Chris had to do to get community involvement in crowd-funding only to decide which of those bills and projects to pay.

This went on for YEARS.

I've watched the sacrifices that had to be made because of Chris's passion for this organization and what it meant to him. How he had to put his personal needs after those of others. The amount of scrutiny he had to endure while still keeping his head held high in order to move forward.

My time with Chris didn't stop after the raid on December 2018. After the closing of The Geek Group, I continued to be a part of Chris's life and watch him grow to be the person that he is today. He's found new outlets and continued ways to develop our community and himself.

The laptop program that I mentioned earlier? Chris Boden still continues to get them into the hands of those who need them. I even handed him a laptop that's been sitting around in my closet so that Chris can get it into the lives who need it most.

I have watched his YouTube channel grow in exponential ways, still teaching people like you and I. This can range from high-voltage electricity in our water dams to the personal projects he's been working on. Just recently he's even experimenting with Autonomous Sensory Meridian Response (ASMR) videos targeted to those with Autism.

I've learned to appreciate the smaller joys in life, even down to a microscopic level because of Chris's obsession with micro-photography. Who would have thought that our phones, that we

carry with us every day, can get photos of life in a rain puddle or the blades of grass that we step on?

A lot of my fondest moments in life were because of Chris. Through him, with his influence, I am the person I am today.

10 years is a long time to know a person.

Stupidity knows no bounds and that extends to Chris as well. He's a good man, a dependable friend, and a leader who made mistakes. BIG mistakes. Chris did what he had to do to make The Geek Group live. To always be there for us. To educate the world in a way our education system lacks.

I ask again, your Honorable Judge Robert J. Jonker, for your leniency on his sentencing. Cryptocurrency is a new concept that is still in the works of being understood and how it all works out with our current governing system. Common people like Chris are educating themselves in a field that they themselves do not know the rules and regulations like that of a bank.

I ask that you understand the man he is and why he did what he had to do. His actions were not done for malicious intent of greed like other individuals of similar crimes, but to keep an organization and community alive through struggling times.

The world needs people like Chris Boden.

Sincerely,

Emily M. Lynn