# EXHIBIT 52

To:             The Honorable Judge Robert J. Jonker

From:           Johann Thomsen

Date:           October 21st, 2021

Subject:        Character Testimony of Christopher Boden

To the honorable Judge Jonker,

I am writing this letter to you to testify to the character of Christopher Boden, defendant in the case *The United States vs. Christopher Boden*. My letter will disclose the nature my relationship with Mr. Boden and my consequent experiences in making his acquaintance. It is my understanding that Mr. Boden has been charged with operating an unlicensed money transmitting business, money laundering, and structuring. It is also my understanding that these charges carry felonious penalties. I am not writing this letter to argue for one decision or another, rather it is to attest to the good will and nature of Mr. Boden.

I first encountered Mr. Boden in 2012 when I was recommended one of his "blog" style videos on YouTube. After watching this video, I found myself looking for more, taking interest in this behind-the-scenes look at The Geek Group's work as an organization. At the time, I was in junior high school, living in a small town in southern Nevada with a population of approximately 15,000 people.

Growing up, my class of peers consisted of, at most, 120 students. Through my elementary years, I was often cast aside because of my unorthodox interests in electronics, life safety systems, emergency vehicles, radios, and other scientific topics. These interests did not coincide well with my peers, who primarily focused their interests on sports. I spent much of my time on the playground alone, thinking to myself that I had no place in the world since my peers made no effort to understand my interests nor I theirs.

Mr. Boden's videos, both his "Captain's Blog" laboratory notebook and The Geek Group's production episodes, provided me with a different answer to the question that I had in my mind: "Where do I belong?" The Geek Group showcased the individual talents of specialists in various fields of science and technology, and I instantly felt that there is a place for me. Through his work, Mr. Boden gave me a sense of belonging and taught me that my interests in technology were not as uncommon as I thought, and that it was not wrong to be interested in different things.

His blog made for daily entertainment, documenting the underlying operations of The Geek Group, often taking the viewers along in watching cables be run, surveillance cameras be hung, classrooms be painted, lasers be lit, Tesla coils be fired, quarters be shrunk, and robots be programmed. In this blog, Mr. Boden was candid and showed his true nature. While his personality is somewhat coarse on the surface, these videos underscored the sincere desire that

Mr. Boden possessed to invest in others by providing them with a safe environment in which to experiment. His group and his laboratory created that space in which learning was fostered.

I am reminded of a quote written by television producer Aaron Sorkin. "Education is the silver bullet. Education is everything. We don't need little changes, we need gigantic, monumental changes." Mr. Boden's efforts to develop a platform for people like me to learn and to grow exemplified the argument made by Mr. Sorkin. Mr. Boden often said that the laboratory was the place to learn about the things that public school science classes could never touch upon. Putting this into a digital format expanded the impact that these teachings had. The Geek Group was a place for those with a "sincere and passionate desire to learn" where few limits existed as to what people could learn. It was a childhood dream of mine to visit that laboratory and learn in such a place, one which most unfortunately never came to fruition.

After years of viewing his videos and occasionally interacting in his comment sections, I made a connection with Mr. Boden on Facebook. In 2017, he wished me a happy birthday and sent me a pair of signed drum sticks as a present, which hang on my wall alongside other sticks from my previous years of playing in high school. For the child that had been outcast by his classmates for over a decade, this had a deep impact on me. This small display of well wishes solidified my opinion that Mr. Boden is invested in the people he teaches.

As I finish my undergraduate business education this semester at the University of Nevada, Reno (UNR), my focus has been on investing in people. My graduate school application statement of purpose testified to this, and I continue to invest in my team at work. I am employed as an assistant slot shift manager, tasked with leading a team of nearly 50 key people in a casino environment and maintaining a gaming floor of nearly 1,400 slot machines. I have found great strength in investing in the professional growth of my team members, as Mr. Boden taught me through his work. When one of my team members exhibits a "sincere and passionate desire to learn" about something that I am doing when repairing a slot machine, I take pride in walking them through my repair process and allowing them to learn. When a person displays that want to learn more, it is imperative for a transformational leader to fulfill that need.

Dr. Daniel Jones, associate professor of management at UNR, declares that transformational leadership is the gold standard in organizational development. Transformational leaders strive to invest in the education and development of their team members, and Mr. Boden is no exception. I, and others, will attest that much of Mr. Boden's work is that investment. I believe that you will find that Mr. Boden is the transformational leader that our education system needs most.

All the best,

Johann M. Thomsen

Carson City, NV 89706