# EXHIBIT 53

## Links to Videos of Statements in Character Letters

Compilation of Highlights Created By Mr. Boden's Friends – 27 Minutes

- "A Look Back, And Towards The Future" - https://youtu.be/3oOR6F2agas

Laptop Giveaways

- https://youtu.be/7LFm1FCZWq8
- https://youtu.be/E24_fk69a_k

Mr. Boden's Saturday Tours of the Geek Group -

- https://www.youtube.com/watch?v=0x3wUM2q01I
- https://youtu.be/WqZ5-F84Vu4?t=48

Mr. Boden inspiring a young mind - https://www.youtube.com/watch?v=3pY_yZVtnFs

More fun with high-voltage/high-energy physics and engineering projects

- The World's Largest Newton's Cradle: https://youtu.be/u4S7exchwsE
- A 144-megawatt high-energy impulse generator: https://www.youtube.com/watch?v=K85W3JeOUPs
- A 1.8-billion-watt electromagnetic quarter crusher:
  - First test: https://www.youtube.com/watch?v=4teseTOMWZM
  - Final version: https://www.youtube.com/watch?v=vxWgqRA0868
  - Educational video of its creation: https://youtu.be/C_5myKEarfg

Mr. Boden's Roadside Assistance Kit - https://youtu.be/p0kAKF4p92E

Mr. Boden as a problem-solver – https://youtu.be/s5nNpeEj28s

Mr. Boden's Post-Search Warrant /Post-Indictment Career:

- https://youtu.be/xGQxSJmadm0
- Lifting a thirty-ton generator - https://youtu.be/OFk8hVA4fBQ?t=10

Educational video series produced in Mr. Boden's lab:

- "Your Dinosaurs Are Wrong" - https://youtu.be/09wn5R0Lrpk
- Mr. Boden's Atmosfär Project: https://www.youtube.com/channel/UCQjtnQbukuDUnsf0UkBbiFA

Mr. Boden's Published Books - https://amzn.to/3bnaDYN