# EXHIBIT 1

**Body**   I now has 1.8 BTC

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:14:05 UTC
**Body**   YAY! :)

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:14:13 UTC
**Body**   And what do I owe you sir?

**Author**   Daniel Reynold (1127333787)
**Sent**   2017-03-04 01:15:05 UTC
**Body**   2340

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:15:41 UTC
**Body**   ok :)

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:17:50 UTC
**Body**   This will be cleaned?

**Author**   Daniel Reynold (1127333787)
**Sent**   2017-03-04 01:18:00 UTC
**Body**   it is already clean.

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:18:09 UTC
**Body**   um....sir

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:18:19 UTC
**Body**   If you wash it, and then send it back to your wallet, it is no longer
clean.

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:18:45 UTC
**Body**   Unless you have a new account and a new address in your wallet
that has only ever seen clean coin

**Author**   Daniel Reynold (1127333787)
**Sent**   2017-03-04 01:18:47 UTC
**Body**   it is sitting in my post-bitmixer wallet in mycellium

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:18:56 UTC
**Body**   ahhhhhhhhhhhhhhh Excellent.

**Author**   Chris Boden (1158854557)
**Sent**   2017-03-04 01:18:59 UTC
**Body**   Good job

**Author**   Daniel Reynold (1127333787)
**Sent**   2017-03-04 01:19:41 UTC
**Body**   I know you want it free of coinbase's clutches, as do I. So it's just
my thing to automatically send them through bitmixer :)

**Author**   Chris Boden (1158854557)



**Author** Chris Boden (1158854557)
**Sent** 2017-03-23 15:36:15 UTC
**Body** I am happy to sell you as much as you like. Or, if you buy it from somewhere else, I am happy to anonymize it for you.

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2017-03-23 15:37:22 UTC
**Body** ok thanks , those ATMs cost to use as well , you are 2 minutes from my shop , I get there a couple days a week

**Author** Chris Boden (1158854557)
**Sent** 2017-03-23 15:37:54 UTC
**Body** We base all of our pricing on the Coinbase website.

**Author** Chris Boden (1158854557)
**Sent** 2017-03-23 15:38:47 UTC
**Body** https://www.coinbase.com/join/5861c3cae1764864a1798dbf

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2017-03-23 15:39:07 UTC
**Body** that was a question I had , so by creating a new account clean account in that same app , it isnt connected any way with the main app, I was IDed with

**Author** Chris Boden (1158854557)
**Sent** 2017-03-23 15:39:34 UTC
**Body** They already have you ID'd, that one's dirty no matter what.

**Author** Chris Boden (1158854557)
**Sent** 2017-03-23 15:39:45 UTC
**Body** The only thing you have that's totally clean is the clean account in your wallet.

**Author** Chris Boden (1158854557)
**Sent** 2017-03-23 15:40:47 UTC
**Body** You can buy there though, I can make any coin anonymous.

2

**Sent** 2017-03-25 13:23:22 UTC
**Body** We will see

**Author** ████████████████████████
**Sent** 2017-03-25 13:23:37 UTC
**Body** Less if it goes up to much

**Author** Chris Boden (1158854557)
**Sent** 2017-03-25 13:24:10 UTC
**Body** It's your call, the simple rule is "buy the dip" This is a hell of a dip.

**Author** ████████████████████████
**Sent** 2017-03-25 13:24:53 UTC
**Body** I can buy at Coinbase

**Author** Chris Boden (1158854557)
**Sent** 2017-03-25 13:25:05 UTC
**Body** Yes, you can.

**Author** ████████████████████████
**Sent** 2017-03-25 13:25:14 UTC
**Body** Then clean but really don't want trails either

**Author** Chris Boden (1158854557)
**Sent** 2017-03-25 13:25:44 UTC
**Body** It's up to you. I sell clean. That's why people buy from me and not CB

**Author** Chris Boden (1158854557)
**Sent** 2017-03-25 13:30:38 UTC
**Body** I have 4 coins in stock right now.

**Author** Chris Boden (1158854557)
**Sent** 2017-03-25 13:40:12 UTC
**Body** I can *maybe* do 5 by the time you get here. I'm buying in bulk.

**Author** Chris Boden (1158854557)
**Sent** 2017-03-25 13:40:35 UTC
**Body** I'm going to get mobbed today with prices this low.

**Author** Chris Boden (1158854557)
**Sent** 2017-03-25 14:20:39 UTC
**Body** ok, I have just about 6 coins, they will go to the first people that show up today. Once I'm out it will take a few days to get more.

Facebook Business Record                    Page 11188

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:06:59 UTC
**Body** You can't. I would have to clean it first.

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:07:17 UTC
**Body** When you get a setup like that, the whole point is that it's safe,
secure, and anonymous.

**Author**
**Sent** 2017-04-28 13:07:26 UTC
**Body**

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:07:29 UTC
**Body** You have dirty coin.

**Author**
**Sent** 2017-04-28 13:08:12 UTC
**Body**

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:08:27 UTC
**Body** ok, where did you buy it from?

**Author**
**Sent** 2017-04-28 13:08:43 UTC
**Body**

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:08:55 UTC
**Body** Did it ask for any ID of any kind?

**Author**
**Sent** 2017-04-28 13:09:37 UTC
**Body**

**Author**
**Sent** 2017-04-28 13:09:53 UTC
**Body**

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:09:54 UTC
**Body** Then you have dirty coin.

**Author**
**Sent** 2017-04-28 13:10:24 UTC
**Body**

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:10:39 UTC
**Body** If you buy coin from a place that requires ID, it's not anonymous.

4

**Author**
Chris Boden (1158854557)
**Sent** 2017-04-28 13:10:51 UTC
**Body** If you put it into a wallet, that whole wallet is now not anonymous.

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:11:03 UTC
**Body** Any money you put into it AFTER that is also no longer anonymous.

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:11:07 UTC
**Body** It's "Dirty"

**Author** ███████████████
**Sent** 2017-04-28 13:11:13 UTC
**Body**

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:11:14 UTC
**Body** Which means, it's useless.

**Author** ███████████████
**Sent** 2017-04-28 13:11:32 UTC
**Body**

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:11:36 UTC
**Body** yes, the wallet is a know address sequence. You have to establish a new wallet, with clean coin.

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:11:45 UTC
**Body** And only ever put clean coin into it.

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:11:56 UTC
**Body** It's not hard, but it's easy to fuck up if you're not paying attention.

**Author** Chris Boden (1158854557)
**Sent** 2017-04-28 13:12:12 UTC
**Body** I only sell clean coin, and I only sell it anonymously.

**Photo Id:**

10212381597472553

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-03 16:46:39 UTC
**Body** Yeah.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-03 16:48:24 UTC
**Body** This graph spans my lifetime.
https://www.firstrepublic.com/finmkts/historical-interest-rates
**Share** **Date Created** 2017-05-03 16:48:24 UTC
**Summary** Our seasoned bankers tap their specialized
industry knowledge to craft customized
solutions that meet the financial needs of your
business.
**Text**
**Title** First Republic: Historical Interest Rates
**Url** https://www.firstrepublic.com/finmkts/historical-
interest-rates

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-03 16:49:20 UTC
**Body** first 5 years don't count; but Dad opened a saving account for me
at the very credit union I'm still using, back when I was like 12.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-03 16:50:55 UTC
**Body** "BECU has over $12 billion in assets and over 850,000 members,
making it the largest credit union in Washington and fourth largest
in the United States."

**Author** Lis Bokt (776530299)
**Sent** 2017-05-09 18:18:36 UTC
**Body** Not sure if you knew, but we can deposit to chase without being on
the acct

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 18:20:02 UTC
**Body** Ok. I just worry about too many questions too :P

**Author** Lis Bokt (776530299)
**Sent** 2017-05-09 18:20:20 UTC
**Body** Yeah they don't really care

**Author** Lis Bokt (776530299)
**Sent** 2017-05-09 18:20:31 UTC
**Body** I have Jeri do my deposits and they've never raised an eyebrow

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 18:21:03 UTC
**Body** ok

**Author** Lis Bokt (776530299)
**Sent** 2017-05-09 18:21:17 UTC
**Body** Lis sent a sticker.
**Attachments** sticker (823251597693818)

6



**Photo Id:**

10212251551820442

**Author** Lis Bokt (776530299)
**Sent** 2017-05-09 22:02:40 UTC
**Body** Lis sent a sticker.
**Attachments** sticker (823256754359969)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=823256754359969&mid=mid.%2
4gAAQ9_kyqNHBiIlGcTFb7zxT4-8GW&uid=1158
854557&accid=1158854557&preview=0&hash
=AQBNJZIIFRvV-
V3fesoahuS51u6GRhGqnJZU3a261Y37Uw



**Photo Id:** 823256754359969

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 22:03:00 UTC
**Body** Please deposit Chris's Bitcoin purchases here

**Author** Lis Bokt (776530299)
**Sent** 2017-05-09 22:03:49 UTC
**Body** Will do!

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 22:04:54 UTC
**Body** Also, Both of you are preauthorized to  register as joint account
holders, should you so wish. (you have until 6-30-2017 to sign up)

**Author** Lis Bokt (776530299)

**Body**
We'll endure, and get to where we have a smooth operating system with a nice safety net and we can both win a little.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:37:30 UTC
**Body** Oh fuck yes, thank you :) That's a hell of a nice start.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:37:43 UTC
**Body** 2.7 arriving now

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:37:52 UTC
**Body** yep. we're square.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:38:03 UTC
**Body** ok, so I have a question for you.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:38:12 UTC
**Body** shoot

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:38:26 UTC
**Body** I have a gentleman that wants to come in a buy 10k.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:38:32 UTC
**Body** How should we handle this?

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:39:03 UTC
**Body** Because, I'll have to have it on hand to give it to him. And I won't have the cash until after.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:39:19 UTC
**Body** He'll buy 9k, I'll keep one for my 10%

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:40:44 UTC
**Body** I assume that since I regularly trust you with thousands of dollars, you would be fine with it. But it's respectful to ask and be sure.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:40:51 UTC
**Body** :)

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:41:01 UTC
**Body** I only worry about that magic 10k

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:41:15 UTC
**Body** I would send it to you in pieces, we can't cross the line.

**Author** Chris Boden (1158854557)

9

**Sent**
2017-05-09 01:41:31 UTC
**Body** New rule, no transactions over 5k

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:42:00 UTC
**Body** though they apprently have algorithms that look for transactions that are trying to skirt the 10k rule too.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:42:12 UTC
**Body** Thoughts?

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:42:19 UTC
**Body** There's google wallet

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:42:35 UTC
**Body** There's FeEx overnight and a cashier's check

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:43:38 UTC
**Body** Or a join bank account at chase

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:43:43 UTC
**Body** I like that idea

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:43:47 UTC
**Body** I'm totally ok with that.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:47:58 UTC
**Body** You should go to Chase tomorrow :)

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:51:56 UTC
**Body** maybe i will.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:52:10 UTC
**Body** Sort details with Moose

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:54:32 UTC
**Body** Do you want her, or you on it?

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:55:00 UTC
**Body** Moose is fine. I trust her like I trust you.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 02:16:57 UTC
**Body** So, we now have no idea on when the rest arrives do we, lol

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 02:17:12 UTC

10

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 00:50:14 UTC
**Body** i'm mixing now

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 00:50:35 UTC
**Body** please provide me with an address.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:13:09 UTC
**Body** YAY! My friday Bitcoin has all arrived, and the first slug is already
mixed!

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:27:11 UTC
**Body** YAY!

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:27:18 UTC
**Body** Fuckyeah awesome :)

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:28:07 UTC
**Body** 1D8jME9zUnJ3MUEUJpq69XMsTi1vBH1LM2

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:29:12 UTC
**Body** If you send me $12k I can likely have it sold in 48hrs and be in
need of more, it's like that.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:31:55 UTC
**Body** So, what happened?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:32:19 UTC
**Body** Hell if I know.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:33:01 UTC
**Body** lol

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 01:33:15 UTC
**Body** Once I have the BTC, my turnaround can be quite quick

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:33:35 UTC
**Body** I just consider this growing pains. We'll get to where we both have
a solid buffer.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:33:56 UTC
**Body** Until I hit 10BTC I'm just going to roll mine over immediately. IF I
have 10 and you have 10 we should be fine.

**Author** Chris Boden (1158854557)
**Sent** 2017-05-09 01:35:54 UTC

11

**Sent** 2017-05-09 22:05:19 UTC
**Body** Ohhhh I will explore that

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-09 22:07:03 UTC
**Body** Moose, You are listed as 'Lis Bokt'

**Author** Lis Bokt (776530299)
**Sent** 2017-05-10 22:01:44 UTC
**Body** I have 10k, and Chris wants to take care of it asap. The bank has already close today, what would you like me to do?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-10 22:02:39 UTC
**Body** I'm not sure how night deposits work and such; so just hold till morning.

**Author** Lis Bokt (776530299)
**Sent** 2017-05-10 22:02:59 UTC
**Body** Will do

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-10 22:03:40 UTC
**Body** and because it sounds like it's exactly 10k, maybe send a few k by paypal?

**Author** Lis Bokt (776530299)
**Sent** 2017-05-10 22:04:10 UTC
**Body** 3 sound good?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-10 22:04:15 UTC
**Body** sure

**Author** Lis Bokt (776530299)
**Sent** 2017-05-10 22:05:00 UTC
**Body** Lis: 👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24gAAQ9_kyqNHBiJaod3Vb9GTUhtset&uid=1158854557&accid=1158854557&preview=0&hash=AQCMVOoMqsH3K5rbOvimLDs5itZ3AqS0efz5VBrL0pPH1A



**Photo Id:** 369239263222822

**Author** Lis Bokt (776530299)

for my own sake. (My math has a minor issue) -- what is the outstanding amount right now as per your notes?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 18:58:35 UTC
**Body** I will look it up after Work item at noon.

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 18:59:08 UTC
**Body** Lis: 👍👍
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attach ment.php?aid=369239263222822&mid=mid.%2 4gAAQ9_kyqNHBii_8hq1cWrnZKCAYb&uid=1158 854557&accid=1158854557&preview=0&hash =AQDYS-d9Zs_qJq8ekR2fXYpr08NplUg- nE7nSTaJwvIEAg



**Photo Id:** 369239263222822

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:37:01 UTC
**Body** I just sent over 5. I have some more to send but I didn't want it to be too big at once.

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:37:09 UTC
**Body** NOTE: 2 of this is specifically part of the mortgage payment.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:38:18 UTC
**Body** Weird, just came through as an "echeck"?!?

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:38:31 UTC
**Body** Grrr, it told me it wouldn't!

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:38:54 UTC
**Body** It recently let me link it straight into a bank account for 0 fee but it said it would be an instant payment. O.o

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:40:20 UTC
**Body** hey, if it clears, $5k is 5k :)

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:40:28 UTC
**Body** them's the truth

**Author**
　　　　Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:41:17 UTC
**Body** I'll pencil it in as 5k paid :)

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:41:23 UTC
**Body** :)

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:41:40 UTC
**Body** I am expecting the remaining mortgage money to arrive tomorrow.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:42:04 UTC
**Body** I can't buy any coin with it until it clears anyways.

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:42:33 UTC
**Body** In the interest of expedience  I suppose I'll use the old method on
the next payment.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:43:15 UTC
**Body** I also take google wallet :)

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:43:30 UTC
**Body** OOOoh

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:43:32 UTC
**Body** same address?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:43:41 UTC
**Body** Yes'm

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:43:47 UTC
**Body** cool

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:52:41 UTC
**Body** Ok, by my rekkonking, that 5k brings us to me owing ~.16btc, and
you still owing 1700

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:53:04 UTC
**Body** does that jive?

**Author** Lis Bokt (776530299)
**Sent** 2017-05-30 21:53:21 UTC
**Body** I have another $2k waiting to go in to you, but I didn'T want to do a
big one and flag something

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 21:53:27 UTC
**Body** Lol

**Author**
    Lis Bokt (776530299)
**Sent**  2017-05-30 21:53:36 UTC
**Body**  (Chris has expressed a fear of this)

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-30 21:53:45 UTC
**Body**  I understand, and appreciate

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-30 21:54:15 UTC
**Body**  So I have that, and then tomorrow I should have about $3k which will finish the amt owed on the mortgage loan

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-30 21:55:14 UTC
**Body**  which will bring us back to me exclusively owing bitcoin.

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-30 21:55:28 UTC
**Body**  hoorah

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-30 21:57:23 UTC
**Body**  Okay, I did that remaining $2k as a google wallet payment.

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-30 21:59:08 UTC
**Body**  got it, and transferred.

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-30 21:59:20 UTC
**Body**  Wooo

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-30 21:59:36 UTC
**Body**  we are now square, and I owe you 300 in bitcoin.

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-30 22:00:16 UTC
**Body**  ok, we passed square.

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-30 22:00:30 UTC
**Body**  Well, sort of.

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-30 22:00:44 UTC
**Body**  I am assuming that echeck will clear.

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-30 22:00:46 UTC
**Body**  We may be square in sheer up/down but only $2k of today's payments actually went towards the short-term loan.

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-30 22:01:58 UTC
**Body**  Boo Paypal, it won't even let me try to cancel the echeck to try differently!

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-30 22:16:49 UTC
**Body** Prb because, like a check, it doesn't count until it's fully processed.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 01:45:41 UTC
**Body** Google wallet is the way to go for transfers under 3000.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 01:45:44 UTC
**Body** Daniel sent a photo.
**Attachments** image-10212459100609032 (10212459100609032)
**Type** image/jpeg
**Size** 95044
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=10212459100609032&mid=mid.
%24gAAQ9_kyqNHBijXNilFcXC4R9f7r5&uid=115
8854557&accid=1158854557&preview=0&hash
=AQB85hAxN5n4LYVZSyMqWA3q_52XvwwOtcJA
WTuWFyvMwQ

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Pending ⓘ | POS CREDIT GOO*WITHDRAW VISA DIRECT CA | Misc. credit | $2,000.00 | — |
| Pending | ONLINE WIRE TRANSFER VIA: METCOMMBK I ▮▮▮VC: COINBA...Outgoing wire transfer | | −$6,500.00 | — |
| Pending | ORIG CO NAME:COINBASE.COM/BTC CO ENTRY DESCR ▮▮▮EC...ACH debit | | −$100.00 | — |

**Photo Id:** 10212459100609032

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 01:45:57 UTC
**Body** Noted!

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 01:46:02 UTC
**Body** it is even faster than an atm, or personal deposit.

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 01:46:06 UTC
**Body** That's amazing.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 01:47:52 UTC
**Body** (I don't know the exact limit, but I seem to recall chris doing a 1k tx a while back and it worked flawlessly, whereas 3k didn't.

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 01:48:15 UTC
**Body** *nod*

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 01:48:24 UTC
**Body** (I still got the money, it just went via ACH instead of as a PCI credit)

16

**Author**
    Lis Bokt (776530299)
**Sent**  2017-05-31 01:48:43 UTC
**Body**  Well for the next couple of smaller ones we'll try that and see if we can find its happy spot

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-31 01:48:59 UTC
**Body**  Sure, if you don't mind.

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-31 01:49:10 UTC
**Body**  I enjoy the scientific method.

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-31 01:49:59 UTC
**Body**  we just did 2k, so double check 3k, next? then splt the diff?

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-31 01:50:08 UTC
**Body**  Works for me

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-31 01:54:42 UTC
**Body**  Daniel sent a photo.
**Attachments**  image-10212459184171121 (10212459184171121)
        **Type**  image/jpeg
        **Size**  95044
        **URL**  https://attachment.fbsbx.com/messaging_attach
ment.php?aid=10212459184171121&mid=mid.
%24gAAQ9_kyqNHBijXuX6FcXDZL6Uo6D&uid=1
158854557&accid=1158854557&preview=0&ha
sh=AQCHMdrOVfmBhvOPmUuxaYV6Iv_JwpILaIB
V9nQGS6MeMg

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Pending ⓘ | POS CREDIT GOO*WITHDRAW VISA DIRECT CA | Misc. credit | $2,000.00 | — |
| Pending | ONLINE WIRE TRANSFER VIA: METCOMMBK ▮▮▮▮ VC: COINBA...Outgoing wire transfer | | −$6,500.00 | — |
| Pending | ORIG CO NAME:COINBASE.COM/BTC CO ENTRY DESCR▮▮▮▮ EC...ACH debit | | −$100.00 | — |

**Photo Id:** 10212459184171121

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-31 01:54:51 UTC
**Body**  grr. wrong

**Author**  Daniel Reynold (1127333787)
**Sent**  2017-05-31 01:54:56 UTC
**Body**  clipboard

**Author**  Lis Bokt (776530299)
**Sent**  2017-05-31 01:54:59 UTC
**Body**  Lis sent a sticker.
**Attachments**  sticker (144885315685735)

**Author**
    Lis Bokt (776530299)
**Sent** 2017-05-31 18:23:57 UTC
**Body** Damn banks!

**Author** Chris Boden (1158854557)
**Sent** 2017-05-31 18:24:07 UTC
**Body** YAY BITCOIN!

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 19:22:35 UTC
**Body** I just sent over 3.3k using a tried and true method.

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 19:22:50 UTC
**Body** Fun fact: I managed to flag Chris' account today as fradulent. It's better now.

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 19:23:02 UTC
**Body** At any rate, this payment makes me square on the small loan and we should be good to go.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 19:24:26 UTC
**Body** Cool

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 19:25:08 UTC
**Body** I managed to get my account flagged today too

**Author** Chris Boden (1158854557)
**Sent** 2017-05-31 19:25:45 UTC
**Body** You're both flaggets

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 19:25:49 UTC
**Body** But we're cool now, and I doubt we will have *that* flavor of trouble again

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 19:31:52 UTC
**Body** yeah we'll just find new ones

**Author** Daniel Reynold (1127333787)
**Sent** 2017-05-31 19:31:52 UTC
**Body** Based on the questions the rep ask me, I think we will be in good standing in regards to coinbase wire transfers for the foreseeable future

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 19:32:02 UTC
**Body** Cool

**Author** Lis Bokt (776530299)
**Sent** 2017-05-31 19:32:12 UTC
**Body** Yeah, the first time I did a couple of coinbase purchases on my own account I also flagged it

18

**Body**     we do... I am not doing any math this evening.

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-06-02 01:44:24 UTC
   **Body**  I have 5 just sitting here, waiting to be loved.

**Author**  Lis Bokt (776530299)
   **Sent**  2017-06-02 01:44:49 UTC
   **Body**  I am expecting a payout to clear in the morning anyway, so I will
             check it then and send something over

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-06-02 01:45:09 UTC
   **Body**  I am also expecting that 5k to clear tomorrow :)

**Author**  Lis Bokt (776530299)
   **Sent**  2017-06-02 01:45:18 UTC
   **Body**  oh yes it's Friday

**Author**  Lis Bokt (776530299)
   **Sent**  2017-06-02 01:45:30 UTC
   **Body**  I forgot about that because they took the money from me already.

**Author**  Chris Boden (1158854557)
   **Sent**  2017-06-02 01:47:58 UTC
   **Body**  I have 5k more coming?

**Author**  Lis Bokt (776530299)
   **Sent**  2017-06-02 01:48:17 UTC
   **Body**  No, I sent over 5k and the banks were dumb and decided to hold it
             for a few days.

**Author**  Lis Bokt (776530299)
   **Sent**  2017-06-02 01:48:23 UTC
   **Body**  From... Tuesday?

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-06-02 01:48:26 UTC
   **Body**  yes

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-06-02 01:49:06 UTC
   **Body**  the thing is, I am not 100%sure if I owe you or not.

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-06-02 01:49:15 UTC
   **Body**  hence why I'm auditing

**Author**  Lis Bokt (776530299)
   **Sent**  2017-06-02 01:49:40 UTC
   **Body**  I don't know what you've sent over but last I heard I sent more
             than I owe.

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-06-02 01:50:25 UTC
   **Body**  THere is at least $700 that I can't prove I have repaid.

**Author**  Lis Bokt (776530299)

19

**Author**
    Daniel Reynold (1127333787)
**Sent** 2017-06-03 21:57:21 UTC
**Body** Nice.

**Author** Lis Bokt (776530299)
**Sent** 2017-06-03 23:31:42 UTC
**Body** Okay before I send any over, I want to clarify. Can I send 4 over at once in google wallet, or would you prefer it in smaller pieces?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-03 23:32:51 UTC
**Body** the 2500 limit is on the auto deposit.
send over whatever you have.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-03 23:33:16 UTC
**Body** it will be fine as a single depost

**Author** Lis Bokt (776530299)
**Sent** 2017-06-03 23:33:21 UTC
**Body** Cool

**Author** Lis Bokt (776530299)
**Sent** 2017-06-03 23:33:30 UTC
**Body** Just wanted to check before I did something The System didn't like

**Author** Chris Boden (1158854557)
**Sent** 2017-06-03 23:34:21 UTC
**Body** #fuckbanks

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-03 23:34:34 UTC
**Body** ^^^

**Author** Lis Bokt (776530299)
**Sent** 2017-06-03 23:36:28 UTC
**Body** Alright sent that over

**Author** Lis Bokt (776530299)
**Sent** 2017-06-03 23:36:34 UTC
**Body** I will have more tomorrow but I hit the limit on the daily ATM

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-03 23:36:52 UTC
**Body** LOL!

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-03 23:37:01 UTC
**Body** #FUCKBANKS!

**Author** Lis Bokt (776530299)
**Sent** 2017-06-05 01:59:46 UTC
**Body** Sent over 1.6

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-05 02:02:21 UTC
**Body** Ack'd

20

**Sent**
2017-06-06 16:18:55 UTC
**Body** Buy the crash

**Author** Lis Bokt (776530299)
**Sent** 2017-06-08 00:35:08 UTC
**Body** 3.4 ---> 🎸🎸

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 00:36:05 UTC
**Body** Daniel sent a photo from GIPHY.
**Attachments** image-10212537525769612 (10212537525769612)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=10212537525769612&mid=mid.
%24gAAQ9_kyqNHBitmaAOVchSE1KMhx5&uid=
1158854557&accid=1158854557&preview=0&
hash=AQBNbu-
hKqoRHcZygDJHb3j_w0e3tXXNgEL3267BmWll7g



**Photo Id:** 10212537525769612

**Author** Lis Bokt (776530299)
**Sent** 2017-06-08 01:35:35 UTC
**Body** Google just cancelled my transaction. how about you?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 01:35:49 UTC
**Body** Yes :(

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 01:35:57 UTC
**Body** #FUCKBANKS!

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 01:36:03 UTC
**Body** paypal?

**Author**
    Lis Bokt (776530299)
  **Sent**  2017-06-08 01:36:07 UTC
  **Body**  yep

**Author**
    Lis Bokt (776530299)
  **Sent**  2017-06-08 01:36:29 UTC
  **Body**  Ive had a whole day of #FUCKBANKS but half of it was my fault

**Author**  Daniel Reynold (1127333787)
  **Sent**  2017-06-08 01:36:57 UTC
  **Body**  would you have made those mistakes if the banks were not so byzantine?

**Author**  Lis Bokt (776530299)
  **Sent**  2017-06-08 01:37:22 UTC
  **Body**  Today... yes.... my mistakes today were made because I made the mistake of talking and writing at the same time.

**Author**  Daniel Reynold (1127333787)
  **Sent**  2017-06-08 01:37:29 UTC
  **Body**  Lol.

**Author**  Daniel Reynold (1127333787)
  **Sent**  2017-06-08 01:37:42 UTC
  **Body**  #morecoffee

**Author**  Lis Bokt (776530299)
  **Sent**  2017-06-08 01:38:42 UTC
  **Body**  PP sent

**Author**  Daniel Reynold (1127333787)
  **Sent**  2017-06-08 01:39:07 UTC
  **Body**  I feel your pain. I never took notes in school because it was always write notes XOR listen to lecture

**Author**  Lis Bokt (776530299)
  **Sent**  2017-06-08 01:39:56 UTC
  **Body**  I am a professionally trained translator and that's what I studied in school which means all of my notes in school were me writing stuff down and immediately forgetting what I wrote.

**Author**  Daniel Reynold (1127333787)
  **Sent**  2017-06-08 01:39:59 UTC
  **Body**  i have a VERY single threaded brain

**Author**  Lis Bokt (776530299)
  **Sent**  2017-06-08 01:40:02 UTC
  **Body**  It's a habit I still carry..... >.<

**Author**  Lis Bokt (776530299)
  **Sent**  2017-06-08 01:40:26 UTC
  **Body**  I have a very multi-threaded brain but not with spoken word. That just goes POOF.

**Author**  Daniel Reynold (1127333787)
  **Sent**  2017-06-08 01:41:43 UTC
  **Body**  Lol.

**Author**
　　　Daniel Reynold (1127333787)
**Sent** 2017-06-08 01:42:06 UTC
**Body** one would think we would remember these things about ourselves?

**Author** Lis Bokt (776530299)
**Sent** 2017-06-08 01:42:58 UTC
**Body** You would think....

**Author** Lis Bokt (776530299)
**Sent** 2017-06-08 01:45:14 UTC
**Body** My second mistake at the same time was not paying attention to
　　　my handwriting, which caused a LOT of grief at the bank
　　　apparently.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 01:45:29 UTC
**Body** le-sigh

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 03:39:39 UTC
**Body** did we ever get that sublimation press back to the dude we got the
　　　CNC table from?

**Author** Lis Bokt (776530299)
**Sent** 2017-06-08 11:26:21 UTC
**Body** I'm not sure if he picked it up... I will have to look

**Author** Lis Bokt (776530299)
**Sent** 2017-06-08 13:17:57 UTC
**Body** Did you get an email from google asking to outline the
　　　transactions?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 15:14:00 UTC
**Body** Nope

**Author** Lis Bokt (776530299)
**Sent** 2017-06-08 19:14:03 UTC
**Body** 3.7

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 19:15:19 UTC
**Body** Daniel sent a sticker.
**Attachments** sticker (499671206782049)
　　　　　　　　**Type** image/png
　　　　　　　　**Size** 0
　　　　　　　　**URL** https://attachment.fbsbx.com/messaging_attach
　　　　　　　　　　ment.php?aid=499671206782049&mid=mid.%2
　　　　　　　　　　4gAAQ9_kyqNHBiumcuT1ciSHlV-QAD&uid=1158
　　　　　　　　　　854557&accid=1158854557&preview=0&hash
　　　　　　　　　　=AQCKP-ZlYdBxWHEXHY7e1yiWKu05jr2SRL76Fh
　　　　　　　　　　U5qIYSDw

Facebook Business Record                                                    Page 6677

**Author**
    Daniel Reynold (1127333787)
**Sent** 2017-06-08 22:33:04 UTC
**Body** I call it the "and a diet coke"

**Author** Chris Boden (1158854557)
**Sent** 2017-06-08 22:59:11 UTC
**Body** LMFAO

**Author** Chris Boden (1158854557)
**Sent** 2017-06-08 23:08:41 UTC
**Body** Got any coin in stock?

**Author** Chris Boden (1158854557)
**Sent** 2017-06-08 23:08:46 UTC
**Body** Did you get the drops today?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 23:09:27 UTC
**Body** I have 1.6 mixed, and another .5 waiting to be mixed.

**Author** Chris Boden (1158854557)
**Sent** 2017-06-08 23:09:32 UTC
**Body** yay :)

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 23:09:52 UTC
**Body** and I do owe you 1.2

**Author** Chris Boden (1158854557)
**Sent** 2017-06-08 23:10:27 UTC
**Body** lol

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 23:10:54 UTC
**Body** so, gimme an address.

**Author** Chris Boden (1158854557)
**Sent** 2017-06-08 23:12:07 UTC
**Body** 1CLTZmvTu5aXxuBCvHBTpJfGecgobFAc9e

**Author** Chris Boden (1158854557)
**Sent** 2017-06-08 23:12:20 UTC
**IP** 173.13.12.242
**Body** https://www.youtube.com/watch?v=j4uB4yheCoQ
**Share** **Date Created** 2017-06-08 23:12:19 UTC
       **Text**
      **Title** Gimme the loot-Biggie Smalls (Lyrics)
        **Url** https://www.youtube.com/watch?v=j4uB4yheCo
           Q

**Author** Daniel Reynold (1127333787)
**Sent** 2017-06-08 23:14:08 UTC
**Body** On its way

**Author** Chris Boden (1158854557)
**Sent** 2017-06-08 23:16:00 UTC
**Body** Thank you sir :)

24

**Author**   Chris Boden (1158854557)
**Sent**   2017-06-13 16:06:11 UTC
**Body**   This is for the ETH?

**Author**   Chris Boden (1158854557)
**Sent**   2017-06-13 16:06:14 UTC
**Body**   PArt of the 10?

**Author**   Lis Bokt (776530299)
**Sent**   2017-06-13 16:06:19 UTC
**Body**   Yes.

**Author**   Lis Bokt (776530299)
**Sent**   2017-06-13 16:06:25 UTC
**Body**   I cannot send more than that -- limits

**Author**   Chris Boden (1158854557)
**Sent**   2017-06-13 16:06:31 UTC
**Body**   k

**Author**   Chris Boden (1158854557)
**Sent**   2017-06-13 16:06:43 UTC
**Body**   The limit is 8?

**Author**   Lis Bokt (776530299)
**Sent**   2017-06-13 16:07:19 UTC
**Body**   We can do up to 8 per day overall in activity, and sometimes its less. it's a surprise.

**Author**   Chris Boden (1158854557)
**Sent**   2017-06-13 16:07:55 UTC
**Body**   ok, let's send $7500 today then, for safety

**Author**   Lis Bokt (776530299)
**Sent**   2017-06-13 16:08:04 UTC
**Body**   Yeah

**Author**   Lis Bokt (776530299)
**Sent**   2017-06-13 16:08:23 UTC
**Body**   The super fun part is that I have to do it in pieces less than that because all of my methods cap me out under that, and that number ALSO varies depending on the phase of the moon.

**Author**   Daniel Reynold (1127333787)
**Sent**   2017-06-13 16:14:42 UTC
**Body**   This is why we're rying to get away from paypal/wallet/fuckwits

**Author**   Daniel Reynold (1127333787)
**Sent**   2017-06-13 19:00:54 UTC
**Body**   Woot, Gemini has just opened up to washingtonians.

**Author**   Daniel Reynold (1127333787)
**Sent**   2017-06-13 19:01:39 UTC
**Body**   It will work slightly better in our favor too

**Author**   Daniel Reynold (1127333787)
**Sent**   2017-06-13 19:03:05 UTC
**Body**   I will watch, but at first glance, btc are slightly cheaper, there's no

25



Facebook Business Record                                Page 7648

**Author**
**Sent** 2017-08-04 15:59:32 UTC
**Body** hey love

**Author**
**Sent** 2017-08-04 15:59:45 UTC
**Body** just got a call from ▮▮▮ at PNC

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 15:59:52 UTC
**Body** YAY ▮▮ :)

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 15:59:58 UTC
**Body** What's up?

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:00:08 UTC
**Body** We like ▮▮ he's cool

**Author**
**Sent** 2017-08-04 16:00:08 UTC
**Body** he wants to know about the massive cash deposits going on in
your account

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:00:16 UTC
**Body** That was you ;)

**Author**
**Sent** 2017-08-04 16:00:21 UTC
**Body** money laundering, is what I told him

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:00:28 UTC
**Body** Good, he's ok with that

**Author**
**Sent** 2017-08-04 16:00:32 UTC
**Body** lol

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:00:36 UTC

26

**Body**
**GOD DAMN IT!**

**Author** ████████████████████
**Sent** 2017-08-04 16:00:39 UTC
**Body** I actually told him noting

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:00:40 UTC
**Body** FUC K FUCK FUCK FUCK FUCK

**Author** ████████████████████
**Sent** 2017-08-04 16:00:42 UTC
**Body** nothing

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:00:46 UTC
**Body** It's NOON!

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:00:53 UTC
**Body** It's Friday the 1st

**Author** ████████████████████
**Sent** 2017-08-04 16:00:54 UTC
**Body** exactly noon

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:01:01 UTC
**Body** and I'm not running my TORNADO SIREN

**Author** ████████████████████
**Sent** 2017-08-04 16:01:04 UTC
**Body** friday the 4th

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:01:08 UTC
**Body** FFFFFFFFFFFFFFFFUUUUUUUUUUUUUUUCCCCCCKKKKKKKK

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:01:13 UTC
**Body** I forgot about it.

**Author** ████████████████████
**Sent** 2017-08-04 16:01:28 UTC
**Body** ████ will be calling you

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:01:35 UTC
**Body** ████ s a great guy and a friend, we like him

**Author** ████████████████████
**Sent** 2017-08-04 16:01:47 UTC
**Body** he is still an officer of the bank

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:01:54 UTC
**Body** yes

27

Facebook Business Record     Page 7650

**Author** ▮
**Sent** 2017-08-04 16:02:29 UTC
**Body** I can hear a siren

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:02:38 UTC
**Body** You're hearing Leonard and Covel

**Author** ▮
**Sent** 2017-08-04 16:03:00 UTC
**Body** ok

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:03:24 UTC
**Body** Did you tell ▮ you just dumped a pile of money on there for the patent thing?

**Author** ▮
**Sent** 2017-08-04 16:03:59 UTC
**Body** it isn't that he is concerned about, I did tell him I transferred money in on Aug 1

**Author** ▮
**Sent** 2017-08-04 16:04:34 UTC
**Body** there was a big money laundering arrests around e-currency world-wide

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:05:20 UTC
**Body** ok, but we're not laundering money, lol

**Author** ▮
**Sent** 2017-08-04 16:05:35 UTC
**Body** of course not

**Author** ▮
**Sent** 2017-08-04 16:05:49 UTC
**Body** I'll take your word for it

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:06:19 UTC
**Body** I sell bitcoin.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:06:27 UTC
**Body** It's really that simple.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:06:33 UTC
**Body** It's like selling Dr. Pepper.

**Author** ▮
**Sent** 2017-08-04 16:06:40 UTC
**Body** yes, but not my story to tell

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 16:06:41 UTC
**Body** Dude walks in with cash, I sell him Bitcoin.

28

Facebook Business Record                              Page 7651

**Author**
    Chris Boden (1158854557)
    **Sent** 2017-08-04 16:13:05 UTC
    **Body** hang on

**Author** Chris Boden (1158854557)
    **Sent** 2017-08-04 16:13:16 UTC
    **Body** Did ▨ call you about my personal card, or the Group?

**Author** ▨
    **Sent** 2017-08-04 16:13:25 UTC
    **Body** personal account

**Author** ▨
    **Sent** 2017-08-04 16:13:52 UTC
    **Body** a number of extremely large deposits

**Author** ▨
    **Sent** 2017-08-04 16:13:59 UTC
    **Body** multiple times in the day

**Author** Chris Boden (1158854557)
    **Sent** 2017-08-04 16:14:52 UTC
    **Body** Define "extremely large"

**Author** ▨
    **Sent** 2017-08-04 16:15:15 UTC
    **Body** in the thousands

**Author** Chris Boden (1158854557)
    **Sent** 2017-08-04 16:15:29 UTC
    **Body** That's "Big" not extremely large.

**Author** Chris Boden (1158854557)
    **Sent** 2017-08-04 16:15:36 UTC
    **Body** You need 6 digits for extreme

**Author** ▨
    **Sent** 2017-08-04 16:15:41 UTC
    **Body** over 9k feds look at

**Author** Chris Boden (1158854557)
    **Sent** 2017-08-04 16:15:54 UTC
    **Body** yes

**Author** Chris Boden (1158854557)
    **Sent** 2017-08-04 16:19:17 UTC
    **Body** Well he hasn't called me.

**Author** ▨
    **Sent** 2017-08-04 16:19:37 UTC
    **Body** maybe he doesn't have your number

**Author** Chris Boden (1158854557)
    **Sent** 2017-08-04 16:19:57 UTC
    **Body** He's got my number, hell he's on my FB, we chat.

**Author** ▨
    **Sent** 2017-08-04 16:20:28 UTC



**Author**  Lis Bokt (776530299)
**Sent**  2017-08-04 15:58:25 UTC
**Body**  Why would the UPS guy want to talk to you lol

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-04 15:58:43 UTC
**Body**  Because I finally had a moment eat lunch and everyone wants to talk to me.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-04 16:02:26 UTC
**Body**  Mum? Mortgage?

**Author**  Lis Bokt (776530299)
**Sent**  2017-08-04 16:03:01 UTC
**Body**  I am waiting for her to give me the go-ahead. (I already asked this morning)

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-04 16:03:10 UTC
**Body**  k

**Author**  Lis Bokt (776530299)
**Sent**  2017-08-04 16:03:43 UTC
**Body**  ▓▓▓▓▓▓▓▓▓ re talking about grants........ it's adorable.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-04 16:14:08 UTC
**Body**  When we buy Bitcoin, does it go through my personal account, or on the seperate thing we have for Danichi

**Author**  Lis Bokt (776530299)
**Sent**  2017-08-04 16:14:29 UTC
**Body**  Usually it goes straight to the Chase account set up for him.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-04 16:14:59 UTC
**Body**  ok

**Author**  Lis Bokt (776530299)
**Sent**  2017-08-04 19:03:50 UTC
**Body**  ▓▓▓▓pnc ▓▓▓▓▓▓▓▓▓▓

**Author**  Lis Bokt (776530299)

30

**Author** Chris Boden (1158854557)
**Sent** 2017-07-21 15:28:19 UTC
**IP** 173.13.12.242
**Body** You sent a sticker.
**Attachments** sticker (523675331119492)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=523675331119492&mid=mid.%24cAABa82xg1aRjlwjQ6ldZcOvTj2C7&uid=1158854557&accid=1158854557&preview=0&hash=AQDlDHPdz7JNP3Ri7rUxShGxUlOi_loBTo4Ss5ygwRAiSg



Photo Id:  523675331119492

**Author** Chris Boden (1158854557)
**Sent** 2017-07-21 15:28:27 UTC
**Body** Thank you for giving her a chance! :)

**Author** ██████████████████
**Sent** 2017-08-04 16:29:33 UTC
**Body** Hey give me a call when you get a chance

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 18:33:48 UTC
**Body** number?

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 19:03:45 UTC
**Body** Phone number?

**Author** Chris Boden (1158854557)
**Sent** 2017-08-04 19:31:30 UTC
**Body** I'm around all afternoon, call me when you get a moment

31

**Author** ███████████████████████
**Sent** 2017-08-04 23:26:04 UTC
**Body** Are you around tomorrow? I can call you then...

**Author** Chris Boden (1158854557)
**Sent** 2017-08-05 00:09:53 UTC
**Body** You could call me right now if you like.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-05 03:40:29 UTC
**Body** You're still up? lol

**Author** Chris Boden (1158854557)
**Sent** 2017-08-05 03:40:34 UTC
**Body** Go to bed, you're old now.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-05 03:41:23 UTC
**Body** We're partying in the robot cage, installed a light curtain :)

**Author** Chris Boden (1158854557)
**Sent** 2017-08-05 19:05:36 UTC
**Body** Hey G :) Are you around today?

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 13:33:15 UTC
**Body** Gmorning sir :)

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 13:34:30 UTC
**Body** You should check your bitcoin. ;)

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 14:53:05 UTC
**Body** You can call me anytime.

**Author** ███████████████████████
**Sent** 2017-08-07 19:02:47 UTC
**Body** I heard moose saying that ██████ our business banker was
going to stop down there tomorrow. Make sure she doesn't
mention anything about today/me stopping down there...trying to
keep us all on the up and up

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 19:29:31 UTC
**Body** no worries

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 19:29:43 UTC
**Body** Does he know about the stuff we talked about today?

**Author** ███████████████████████
**Sent** 2017-08-07 19:35:46 UTC
**Body** No...but obviously you did the bit coin demo with him too so he
knows about that

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 19:45:52 UTC

**Body**

No worries :)

**Author** ███████████████████
**Sent** 2017-08-07 19:47:18 UTC
**Body** Good seeing you today btw...and if I get fired from pnc... at least I know I have a job @the geek group right?

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 19:47:49 UTC
**Body** I'd hire you in a second.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 19:50:22 UTC
**Body** Though, I do question your taste in shoes.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 19:50:35 UTC
**Body** Square toes man..........I don't know about you.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 21:47:56 UTC
**Body** https://youtu.be/DN7O-vv1CUQ

**Author** ███████████████████
**Sent** 2017-08-07 22:03:48 UTC
**Body** I didn't even know this was a thing...

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 22:30:56 UTC
**Body** See, and now I've ruined your whole day.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 22:31:04 UTC
**Body** *bows* My work here is done.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 22:31:07 UTC
**Body** ;)

**Author** ███████████████████
**Sent** 2017-08-08 03:10:58 UTC
**Body** I ruined your day first...now we are even

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:11:17 UTC
**Body** lmfao

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:11:21 UTC
**Body** oh hey!

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:11:39 UTC
**IP** 173.13.12.242
**Body** You sent a photo.
**Attachments** image-10213387431017763 (10213387431017763)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attach

ment.php?aid=10213387431017763&mid=mid.
%24cAABa82xg1aRj8RjXl1dv9OOy36OM&uid=1
158854557&accid=1158854557&preview=0&ha
sh=AQD7YsgpAXQTjagP49Dccf41Y9xMY_OhyCl9
5e2Cv1-TDw



**Photo Id:**  10213387431017763

**Author**  Chris Boden (1158854557)
  **Sent**  2017-08-08 03:11:44 UTC
  **Body**  We made a thing!

**Author**  Chris Boden (1158854557)
  **Sent**  2017-08-08 03:12:53 UTC
  **Body**  For scale, the hole in the middle is over a foot in diameter.

**Author**
  **Sent**  2017-08-08 03:14:09 UTC
  **Body**  I have no snappy comebacks for that

**Author**
  **Sent**  2017-08-08 03:14:24 UTC
  **Body**  It took me that long to try to think of something

34

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:15:28 UTC
**Body**  *sigh* The banker world is starting to infect your brain.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:15:40 UTC
**Body**  Soon you'll be driving a beige car.

**Author**  ███████████████████
**Sent**  2017-08-08 03:16:04 UTC
**Body**  And wear penny loafers on the weekends

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:16:19 UTC
**Body**  *twitch*

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:16:35 UTC
**Body**  You should hang out here more often, we can help your levels of cool.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:16:44 UTC
**Body**  That and I happen to think you're a fucking awesome human being.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:17:39 UTC
**Body**  I would love to have you as part of the team here, even if you wear square toed shoes.

**Author**  ███████████████████
**Sent**  2017-08-08 03:17:47 UTC
**Body**  Don't worry I will work for you some day...just going to need to figure out a few things

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:18:07 UTC
**Body**  We have to be able to afford you first, lol.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:18:19 UTC
**Body**  And not end up in bank prison for selling Bitcoin.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:19:28 UTC
**Body**  The funny thing is, the problem we're having with the bank is EXACTLY the problem that Bitcoin solves.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:19:34 UTC
**Body**  How to send money from place to place.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:19:49 UTC
**Body**  Takes me 2 days and a ton of bullshit to send the cash to my guy.

**Author**  Chris Boden (1158854557)
**Sent**  2017-08-08 03:20:02 UTC

**Body** Takes 30 seconds to send the exact same thing back in the form of bitcoin.

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2017-08-08 03:20:06 UTC
**Body** Yup...banks will be obsolete soon...

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:20:07 UTC
**Body** #fuckbanks

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2017-08-08 03:20:26 UTC
**Body** They are trying to fight it

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:21:06 UTC
**Body** I've picked my side ;)

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2017-08-08 03:21:17 UTC
**Body** They have something called zelle now..immediate transfer of funds

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2017-08-08 03:22:22 UTC
**Body** But it's still b.s..

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:22:53 UTC
**Body** Of course it is, this is an industry that started with FRB and went downhill from there.

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent** 2017-08-08 03:23:31 UTC
**Body** Get back to work....building cool shit...i will talk to you soon

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:23:44 UTC
**IP** 173.13.12.242
**Body** https://www.youtube.com/watch?v=k6zpfE7WjHI
**Share**      **Date Created** 2017-08-08 03:23:43 UTC
            **Summary** Posted with Permission - Please support the video creators by buying the high quality video from their website or by making a donation http://theamericandrea...
              **Text**
             **Title** The American Dream - Understanding Money and the Banking System
               **Url** https://www.youtube.com/watch?v=k6zpfE7WjHI

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:23:48 UTC
**Body** Have fun sir :)

**Author** Chris Boden (1158854557)
**Sent** 2017-08-08 03:23:57 UTC
**Body** I'm going to go bend copper pipe into awesome :)



**Photo Id:** 369239263222822

**Author** Daniel Reynold (1127333787)
**Sent** 2017-08-07 15:34:40 UTC
**Body** Give me an address too. I should have my coins sufficient mixed
today

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 15:35:15 UTC
**Body** oh?

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 15:35:18 UTC
**Body** You mixed?

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 15:35:21 UTC
**Body** How?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-08-07 15:46:09 UTC
**Body** manually. sending random amounts to new addresses.joining,
splitting. minimum of 5 hops. (i've heard CB only watches 3 hops)

**Author** Daniel Reynold (1127333787)
**Sent** 2017-08-07 15:46:40 UTC
**Body** what's the fun you have

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 16:09:15 UTC
**Body** I just sent you an email with an article a friend wrote. Given that
you're an expert on Bitcoin, she asked us to proofread it, and I
figured you would be better at it than I am.

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 16:09:34 UTC
**Body** So, this mixing, is it all yours or outside services?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-08-07 16:09:52 UTC
**Body** all me.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-08-07 16:10:24 UTC
**Body** I can't afford to keep trying other services...

**Author** Chris Boden (1158854557)
**Sent** 2017-08-07 16:23:49 UTC
**Body** I deeply support the idea of you/us creating our own tumbler

37

Facebook Business Record                    Page 5637

**Author**
        Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:40:29 UTC
    **Body** we'll see what happens with this.

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:40:42 UTC
    **Body** they haven't frozen my account, so...

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:41:12 UTC
    **Body** The wording in the email suggested that it was just a random audit

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:42:02 UTC
    **Body** the problem with your guy is I don't have the kind of cash
        necessary to purchase his minimum amount.

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:42:28 UTC
    **Body** and even if I did, I'm not sure how I'd *get* it to him.

**Author** Chris Boden (1158854557)
    **Sent** 2017-09-08 01:44:29 UTC
    **Body** He can do wires.

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:45:06 UTC
    **Body** Yeah, how do I send him 100k without raising suspicions?

**Author** Chris Boden (1158854557)
    **Sent** 2017-09-08 01:45:20 UTC
    **Body** For that much, you take a drive.

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:45:45 UTC
    **Body** Yeah, I guess/

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:46:18 UTC
    **Body** It's all moot. I don't have 100k anyways

**Author** Chris Boden (1158854557)
    **Sent** 2017-09-08 01:46:30 UTC
    **Body** Well there's that.

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:46:57 UTC
    **Body** If I had 100k, id prefer to buy a house in GR

**Author** Chris Boden (1158854557)
    **Sent** 2017-09-08 01:47:08 UTC
    **Body** I support that idea.

**Author** Daniel Reynold (1127333787)
    **Sent** 2017-09-08 01:47:29 UTC
    **Body** have a place to stay, provide a place for a few of my TGG friends to
        call home...

Facebook Business Record                              Page 5664

**Author**
Chris Boden (1158854557)
**Sent** 2017-09-12 22:21:00 UTC
**Body** I support this.

**Author** Chris Boden (1158854557)
**Sent** 2017-09-12 22:21:08 UTC
**Body** Especially since we no longer need them, lol

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-12 22:21:35 UTC
**Body** Do you have any critique? I want to resolve this as soon as possible, without burning that bridge.

**Author** Chris Boden (1158854557)
**Sent** 2017-09-12 22:22:11 UTC
**Body** I don't know what we could possibly tell them different.

**Author** Chris Boden (1158854557)
**Sent** 2017-09-12 22:22:20 UTC
**Body** If they knew we were selling it, they would raise hell

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-12 22:22:31 UTC
**Body** I'm not yet convinced that glidera is going to be a long term solution

**Author** Chris Boden (1158854557)
**Sent** 2017-09-12 22:22:44 UTC
**Body** How come?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-12 22:23:07 UTC
**Body** well, for one, at this point it seems that they only allow one outstanding transaction

**Author** Chris Boden (1158854557)
**Sent** 2017-09-12 22:23:13 UTC
**Body** ok

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-12 22:24:01 UTC
**Body** but I'm not sure if that restriction goes away after graduating from probie

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-12 22:24:37 UTC
**Body** if it does, then we're probably going to be ok.

**Author** Chris Boden (1158854557)
**Sent** 2017-09-12 22:24:50 UTC
**Body** Cool, because I fuckin hate CB

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-12 22:25:37 UTC
**Body** So do I, but I don't want to write em off either. it's nice to have multiple sources

**Author** Daniel Reynold (1127333787)

39



Facebook Business Record                                    Page 586+

 **Daniel De Jager** < ███████████████████ >
to Coinbase ▾

🏷 Categorize this message as:    Personal ⬍

I do freelance software development.
Like I said. I'm a well paid software developer.

[ ••• ]

Photo Id: 10213517266342514

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 21:12:08 UTC
**Body** ;)

**Author** Chris Boden (1158854557)
**Sent** 2017-09-15 21:38:02 UTC
**Body** lmfao

**Author** Chris Boden (1158854557)
**Sent** 2017-09-15 21:38:03 UTC
**Body** Wow

**Author** Chris Boden (1158854557)
**Sent** 2017-09-15 21:38:07 UTC
**Body** I think we're done with CB

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 21:38:20 UTC
**Body** we'll see

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 22:12:22 UTC
**Body** If they start trying to dig into paypal, that is it, we are done.

**Author** Chris Boden (1158854557)
**Sent** 2017-09-15 22:13:44 UTC
**Body** We could tell them you teach a class on Bitcoin, turn your
paychecks from that into BTC, and that every person from your
class also gets some coin for showing up, etc

**Author** Chris Boden (1158854557)
**Sent** 2017-09-15 22:16:59 UTC
**IP** 173.13.12.242
**Body** https://i.redd.it/zlg91wua63mz.png

40

**Share**

      **Date Created** 2017-09-15 22:16:58 UTC
      **Text**
      **Title** l.redd.it
      **Url** https://i.redd.it/zlg91wua63mz.png

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 22:17:44 UTC
**Body** amen

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 23:58:06 UTC
**Body** Well, this may be where we part ways, CB

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 23:58:10 UTC
**Body** Daniel sent a photo.
**Attachments** Image-10213518569495092 (10213518569495092)
      **Type** image/jpeg
      **Size** 239622
      **URL** https://attachment.fbsbx.com/messaging_attach
      ment.php?aid=10213518569495092&mid=mid.
      %24cAAAAAAYjCAZkuT-4p1eh_pkyfSFV&uid=11
      58854557&accid=1158854557&preview=0&has
      h=AQBH3dl3QL-
      tYn4sRRpp4COlYx6UqYcygLJhVLLzRKFlgw

**Body**

On its way

**Author** Chris Boden (1158854557)
**Sent** 2017-09-14 01:52:43 UTC
**Body** Thank you sir :)

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 04:08:59 UTC
**Body** FYI that relay Bank on x-ray inductor is likely a one hot instead of a binary code

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 04:09:33 UTC
**Body** I eat only one relay is pulled in at any time

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 04:09:43 UTC
**Body** Ie

**Author** Chris Boden (1158854557)
**Sent** 2017-09-15 12:28:09 UTC
**Body** I would love it if that is true. Find a schematic and prove it :)

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 17:35:51 UTC
**Body** Daniel sent a photo.
**Attachments** image-10213515567500044 (10213515567500044)
**Type** image/jpeg
**Size** 144120
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=10213515567500044&mid=mid.
%24cAAAAAAYjCAZkt-GzHFehpxmoRYMj&uid=1
158854557&accid=1158854557&preview=0&ha
sh=AQA2FRhz1uPCNfq1-upu5K34ifIn6w-8-N9SSs
Wv0ZHsWw

**Georgina** replied:

Hi Daniel,

So that we can resolve and close out our inquiry as soon as possible, can you please verify the nature of these two transactions:

https://www.coinbase.com/accounts/58659839fb353e708876c56d/transactions/591a2bb4d40d8504e45bfd52

https://www.coinbase.com/accounts/58659839fb353e708876c56d/transactions/5907bf3f0920cc07c377471c

In addition can you please provide a copy of your bank statement and paystub. (Screenshots are fine).

We understand you would like this resolved quickly and if received will review this information today.

Thank you,

Respectfully,
Coinbase Compliance

**Photo Id:**  10213515567500044

**Author**
    Daniel Reynold (1127333787)
   **Sent**  2017-09-15 17:36:04 UTC
   **Body**  I wonder why they waited 4 moths to complain.

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-09-15 17:36:19 UTC
   **Body**  Both of those transactions were sent directly to bitmixer.

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-09-15 17:39:23 UTC
   **Body**  It's a little disconcerting that they can tell...

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-09-15 17:42:17 UTC
   **Body**  My excuse for it is "I owed a friend some money"

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-09-15 18:07:45 UTC
   **Body**  oh! and "I bought a mining rig off craigslist"

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-09-15 18:22:15 UTC
   **Body**  My reply

**Author**  Daniel Reynold (1127333787)
   **Sent**  2017-09-15 18:22:17 UTC
   **Body**  Daniel sent a photo.
**Attachments**  image-10213515862867428 (10213515862867428)
       **Type**  image/jpeg
       **Size**  116009
       **URL**  https://attachment.fbsbx.com/messaging_attach
          ment.php?aid=10213515862867428&mid=mid.
          %24cAAAAAYjCAZkuAw1eFehsboFjRIz&uid=11
          58854557&accid=1158854557&preview=0&has
          h=AQBBePBhg1Qp2PNCfyza0XSlT5iZBrZLsMFwo
          qnNSHU-xw

Facebook Business Record                                                    Page 5662



**Photo Id:** 10213515862867428

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 18:22:40 UTC
**Body** Fortunately this was before we switched to chase :P

**Author** Chris Boden (1158854557)
**Sent** 2017-09-15 18:37:26 UTC
**Body** Lmfao, excellent answer

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 18:40:11 UTC
**Body** BTW: You might want to do your annual credit report, followed by addressing any inconsistancies, followed by a credit freeze.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 18:40:26 UTC
**Body** because: equifax

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 19:46:31 UTC
**Body** Can I have an address?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-09-15 19:47:32 UTC
**Body** Also, if I come out end of oct, is there a place I can stay that's not a hotel?

**Author** Chris Boden (1158854557)
**Sent** 2017-09-15 20:47:12 UTC
**Body** Certainly sir

44

**Author** Chris Boden (1158854557)
**Sent** 2017-11-02 16:22:59 UTC
**Body** He also holds Gov security clearances that would terrify you.

**Author** Chris Boden (1158854557)
**Sent** 2017-11-02 16:23:15 UTC
**Body** That being said, I'm half certain he can't tie his shoes.

**Author**
**Sent** 2017-11-02 16:35:41 UTC
**Body** Ha. I've gathered that.

My most recent response to him contained an olive branch that, hopefully, will make him understand why I've been answering his comments. He is the only one asking the right questions.

**Author** Chris Boden (1158854557)
**Sent** 2017-11-02 16:54:49 UTC
**Body** :)

**Author** Chris Boden (1158854557)
**Sent** 2017-11-04 13:08:25 UTC
**Body** Gmorning sir

**Author** Chris Boden (1158854557)
**Sent** 2017-11-04 13:08:27 UTC
**IP** 173.13.12.242
**Body** https://www.coindesk.com/michigan-man-charged-unlawful-bitcoin-exchange/?utm_source=facebook&utm_medium=freestar_desktop&utm_content=michigan-man-charged-unlawful-bitcoin-exchange&kwp_0=580166&kwp_4=2050898&kwp_1=856926
**Share** **Date Created** 2017-11-04 13:08:27 UTC
**Summary** A Michigan man has been charged with running an unlicensed money transmitting business after selling more than $150,000 in bitcoin.
**Text**
**Title** Michigan Man Charged for Unlawful Bitcoin Exchange - CoinDesk
**Url** https://www.coindesk.com/michigan-man-charged-unlawful-bitcoin-exchange/

**Author** Chris Boden (1158854557)
**Sent** 2017-11-04 13:08:31 UTC
**Body** Do I have a problem?

**Author**
**Sent** 2017-11-04 13:11:26 UTC
**Body** Look up title 31 section 5330

**Author** Chris Boden (1158854557)
**Sent** 2017-11-04 13:11:49 UTC
**Body** You speak the language, can you read up on it and teach me? I need to know if I just got out of Bitcoin or not.

45

Facebook Business Record                                         Page 3717

**Author**

**Sent** 2017-11-04 13:12:17 UTC
**Body** K. I will this weekend.

**Author** Chris Boden (1158854557)
**Sent** 2017-11-04 13:12:22 UTC
**Body** Thank you sir

**Author**

**Sent** 2017-11-04 19:37:51 UTC
**Body** Short answer: you have to register with the secretary of treasury.
And record certain client information for transactions > $10K.

**Author** Chris Boden (1158854557)
**Sent** 2017-11-04 22:09:47 UTC
**Body** What does it cost to register?

**Author**

**Sent** 2017-11-06 13:31:09 UTC
**Body** 100k+. It might be time to pull out. Unless you want to limit every
transaction under a thousand dollars

**Author** Chris Boden (1158854557)
**Sent** 2017-11-06 13:48:29 UTC
**Body** If I did that, would I be safe? Because, that could work.

**Author**

**Sent** 2017-11-06 13:50:22 UTC
**Body** $1000 per person, per day. Under that limit and you are exempt
from registration, both state and federal, under current law.

**Author** Chris Boden (1158854557)
**Sent** 2017-11-06 13:50:39 UTC
**Body** Excellent. THAT'S the limit of safety I needed :)

**Author** Chris Boden (1158854557)
**Sent** 2017-11-06 13:51:22 UTC
**Body** We can easily do that and if I can do that and it makes us safe,
we're totally cool

**Author**

**Sent** 2017-11-06 13:51:55 UTC
**Body** If you, personally, have clients that you'd like to continue business
with, you should regard that as a personal transaction. And you
should know, without a doubt, they don't work for the feds.

**Author** Chris Boden (1158854557)
**Sent** 2017-11-06 13:52:12 UTC
**Body** This, I can do

**Author** Chris Boden (1158854557)
**Sent** 2017-11-06 13:53:14 UTC
**Body** Thank you sir!

46

**Sent**
    2017-11-05 23:54:47 UTC
**Body** Sure

**Author** Chris Boden (1158854557)
  **Sent** 2017-11-05 23:54:58 UTC
  **Body** Excellent :)

**Author** Chris Boden (1158854557)
  **Sent** 2017-11-06 20:34:04 UTC
  **Body** Could I get that in ETH please, at any point today

**Author** Daniel Reynold (1127333787)
  **Sent** 2017-11-06 20:34:50 UTC
  **Body** Address?

**Author** Chris Boden (1158854557)
  **Sent** 2017-11-06 20:37:21 UTC
  **Body** 0xe65e851c2d340b17bca604798e20ac1c906553e6

**Author** Chris Boden (1158854557)
  **Sent** 2017-11-06 21:04:33 UTC
  **Body** So I talked with my advisor.

**Author** Daniel Reynold (1127333787)
  **Sent** 2017-11-06 21:04:49 UTC
  **Body** and?

**Author** Chris Boden (1158854557)
  **Sent** 2017-11-06 21:04:52 UTC
  **Body** So long as we sell less than $1k per person, per day, we should be
    fine.

**Author** Chris Boden (1158854557)
  **Sent** 2017-11-06 21:05:19 UTC
  **Body** Anyone over that I have to do it as a personal thing, not a Group
    thing, and I'd better be damn sure they're not a fed.

**Author** Daniel Reynold (1127333787)
  **Sent** 2017-11-06 21:06:01 UTC
  **Body** Did my position in this come up at all, or do I need to find a lawyer
    too?

**Author** Chris Boden (1158854557)
  **Sent** 2017-11-06 21:06:20 UTC
  **Body** I do not mention my source. That's a sacred thing. You don't exist.

**Author** Daniel Reynold (1127333787)
  **Sent** 2017-11-06 21:06:32 UTC
  **Body** ok.

**Author** Daniel Reynold (1127333787)
  **Sent** 2017-11-06 21:06:50 UTC
  **Body** I'm just buying for personal investemnt then :)

**Author** Chris Boden (1158854557)
  **Sent** 2017-11-06 21:06:55 UTC
  **Body** yup

Facebook Business Record                                    Page 2031

h=AQDg2wEynYMAQW0EqPDvmj2RzKIDXc5IYUk
mPljo5mH-IQ

## Gemini Activity Review     Inbox  ×                    🖨  ⬜

👤  **Gemini** <support@gemini.com>              11:34 AM (3 minutes ago)      ↰ Reply  ▾
    to me ▾

🏷  Categorize this message as:   Updates ⬍              Never show this again  ×

· ##- Please type your reply above this line -##

Hello Daniel,

A review of your recent account activity showed regular deposits of fiat and a one way trading
pattern where you deposit funds, convert it to digital currency, and then withdraw. This may be
indicative of business activity. Could you please provide an explanation for this pattern and also
the source of funds for the referenced activity?

Thank you,
Team Gemini

                        **Photo Id:** 10214031137948983

            **Author**  Daniel Reynold (1127333787)
              **Sent**  2017-11-14 19:58:00 UTC
              **Body**  My response

            **Author**  Daniel Reynold (1127333787)
              **Sent**  2017-11-14 19:58:02 UTC
              **Body**  Daniel sent a photo.
       **Attachments**  image-10214031428556248 (10214031428556248)
                            **Type**  image/jpeg
                            **Size**  90103
                             **URL**  https://attachment.fbsbx.com/messaging_attach
                                      ment.php?aid=10214031428556248&mid=mid.
                                      %24cAAAAAAYjCAZI7WFtpIfvBwhQ7_V0&uid=11
                                      58854557&accid=1158854557&preview=0&has
                                      h=AQAjcrx2ghLzH83ghD7pvhpx-
                                      vHzsok1sQBw7Ps4Tsw4sQ

Facebook Business Record                    Page 2332

I'm a freelance software developer and have some rather lucrative maintenance contracts. I'm choosing to invest in cryptocurrencies, and given the lousy track record of exchanges protecting client assets(https://blog.localethereum.com/centralised-exchanges-are-terrible-at-holding-your-money/) , I refuse to store coin in any exchange any longer than necessary.

Daniel De Jager|Chief Science Officer
phone:

email:

**Photo Id:** 10214031428556248

**Author** Chris Boden (1158854557)
**Sent** 2017-11-14 20:23:26 UTC
**Body** Mother fuck.

**Author** Chris Boden (1158854557)
**Sent** 2017-11-14 20:23:52 UTC
**Body** Why must this be so fucking hard

**Author** Daniel Reynold (1127333787)
**Sent** 2017-11-14 20:24:02 UTC
**Body** Ask your senator.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-11-14 20:24:26 UTC
**Body** Or would it be representative?

**Author** Daniel Reynold (1127333787)
**Sent** 2017-11-14 20:24:36 UTC
**Body** ... Ask your congressmen.

**Author** Daniel Reynold (1127333787)
**Sent** 2017-11-14 20:25:28 UTC
**Body** Or my preferred term: congress-critter

**Author** Chris Boden (1158854557)
**Sent** 2017-11-14 20:25:59 UTC
**Body** lol

**Author** Daniel Reynold (1127333787)
**Sent** 2017-11-14 20:27:13 UTC
**Body** Support term limits!

**Author** Chris Boden (1158854557)
**Sent** 2017-11-14 20:28:44 UTC
**Body** I'm sitting on almost nothing, and selling it faster than I can replace it

**Author** Daniel Reynold (1127333787)

49