# EXHIBIT 1

# INTERNAL REVENUE SERVICE – GRAND RAPIDS, MI

## Case Number: 1000291709
## Transcription of Undercover Recordings
## Oct122018104331EDT.MP3

```
 1         CASE: CHRISTOPHER BODEN; NO. 1000291709        17

 2    putting it.

 3         MR. BODEN:  I get 4%.  No matter what, I get

 4    4% because we 're not a financial institution.

 5    We're a science center and my job is to get you

 6    into bitcoin as cheap as I possibly can.

 7         IRS UNDERCOVER AGENT:  Okay.

 8         MR. BODEN:  Okay?  So whatever the best

 9    price I can get, and I buy from like eight

10    different people, but  whatever the best price I

11    can get and whoever the hell is awake at this

12    hour of the day 'cuz we do it globally, okay?

13         IRS UNDERCOVER AGENT:   - - up.  [Laughter]

14         MR. BODEN:  Yeah, I know.

15         IRS UNDERCOVER AGENT:  He was telling me and

16    boy, I said, boy.

17         MR. BODEN:  Hey, you can, you can call me,

18    if you're doing serious buys, you can call me on

19    a Sunday night before Christmas at 10:00 at

20    night, and if I'm awake and the phone rings, I'm

21    there.

22         IRS UNDERCOVER AGENT:  Okay.

23         MR. BODEN:  So yeah, that, when I, for

24    serious clients, we don't fuck around.

25         IRS UNDERCOVER AGENT:  Okay.
```

```
 1            CASE: CHRISTOPHER BODEN; NO. 1000291709      26

 2            MR. BODEN :  And our entire focus is

 3       education.  That's the point.  I don't give a

 4       shit what you do with it    - - .

 5            IRS UNDERCOVER AGENT:  That's 1000.

 6            MR. BODEN:  Okay.

 7            IRS UNDERCOVER AGENT:  And if next time you

 8       tell me you want it in low society or high

 9       society --

10            MR. BODEN:  No, it, it doesn't matter.

11       Hundreds are great.  Hundreds are easy to count.

12            IRS UNDERCOVER AGENT:  Okay, cool.

13            MR. BODEN:  It's when, it's when guys come

14       in here and they want $25,000 and they show up

15       with 20s and I'm like, oh, fuck you, man.

16            IRS UNDERCOVER AGENT:  Yeah, no.  And if I

17       really wanted to piss you off, I'd show up with

18       a bunch of pennies.

19            MR. BODEN:  Been done.

20            HSI UNDERCOVER AGENT:  Pennies?

21            [Laughter]

22            IRS UNDERCOVER AGENT:  See, I was just

23       trying to be funny and he didn't even lau   gh.  He

24       didn't even laugh at that.

25            (OFF-MIC)
```

Ubiqus
61 Broadway – Suite 1400 – New York, NY 10006
Phone: 212-346-6666 * Fax: 888-412-3655