## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. CHRISTOPHER ALLAN BODEN | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:21-CR-40-01 | 2/25/2022 | 3:02 - 4:49 p.m. | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Justin Matthew Present | Brian Patrick Lennon / Paul Beach | Retained |

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendre
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived __ )
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ✓ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- ☐ Read   ☐ Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: 30 months
Probation: _____
Supervised Release: 3 years
Fine: $ waived
Restitution: $ _____
Special Assessment: $ 300.00

Plea Agreement Accepted: ✓ Yes ☐ No
Defendant informed of right to appeal: ☐ Yes ☐ No
Counsel informed of obligation to file appeal: ☐ Yes ☐ No
Conviction Information:
  Date: 10/18/21
  By: Plea
  As to Count (s): 2, 16, 21

**ADDITIONAL INFORMATION:**
All remaining counts as to defendant dismissed on motion of the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Self-Surrender as notified by US Marshal/BOP | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |