UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                     No. 1:21-CR-40-01

vs.                                Hon. Robert J. Jonker
                                          Chief U.S. District Judge

CHRISTOPHER ALLAN BODEN,

        Defendant.

_____/

**ORDER OF FORFEITURE FOR A MONEY JUDGMENT**

      The government's Motion for an Order of Forfeiture for a Money Judgment details the procedural and factual predicate for the entry of the requested order. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED that:

      1.     Defendant Christopher Allan Boden shall forfeit to the United States the sum of $75,000 in United States currency pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 31 U.S.C. § 5317.

      2.     The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

      3.     Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to Defendant Christopher Allan Boden at the time of sentencing, and shall be made part of the sentence and included in the judgment.

4. This Court to retain jurisdiction over this matter for the purpose of amending the Order of Forfeiture to include any subsequently located substitute assets.

**SO ORDERED.**

Dated: March 1, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
Chief United States District Judge