UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,

        Defendant.
_____/

Case No. 1:21-cr-00040

Hon. Robert J. Jonker
United States District Court Judge

# MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)

# ORAL ARGUMENT REQUESTED

Defendant Christopher Boden respectfully requests that this Court order under 18 U.S.C. § 3582(c)(1)(A) that his term of imprisonment is reduced to time served, that he be released immediately from FCI Oxford, and that he begin serving his term of supervised release. In support of this Motion, Mr. Boden relies on the accompanying brief and exhibits filed contemporaneously herewith.

Pursuant to LCrR 12.1 and LR 7.1(a), before filing this Motion, counsel for Mr. Boden sought to ascertain whether the Government opposes the relief requested. Counsel for the Government advised that the Government is unable to take a position until after the Motion is filed and counsel for the Government has gathered all necessary documents from the Bureau of Prisons.

2

Dated:  December 9, 2022            */s/ Brian P. Lennon*
                                                                    Brian P. Lennon (P47361)
                                                                    Paul Beach  (P82036)
                                                                    Warner Norcross + Judd LLP
                                                                    Attorneys for Christopher Boden
                                                                    150 Ottawa Ave., NW, Ste. 1500
                                                                    Grand Rapids, MI 49503
                                                                    (616) 752-2000
                                                                    blennon@wnj.com
                                                                    pbeach@wnj.com

189725.189725 #27591706-2