UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,

        Defendant.
_____/

Case No. 1:21-cr-00040

Hon. Robert J. Jonker
United States District Court Judge

# MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)

## ORAL ARGUMENT REQUESTED

Defendant Christopher Boden respectfully requests that this Court order under 18 U.S.C. § 3582(c)(1)(A) that his term of imprisonment is reduced to time served, that he be released immediately from FCI Oxford, and that he begin serving his term of supervised release. In support of this Motion, Mr. Boden relies on the accompanying brief and exhibits filed contemporaneously herewith.

Dated: December 9, 2022

/s/ Brian P. Lennon
Brian P. Lennon (P47361)
Paul Beach (P82036)
Warner Norcross + Judd LLP
Attorneys for Christopher Boden
150 Ottawa Ave., NW, Ste. 1500
Grand Rapids, MI 49503
(616) 752-2000
blennon@wnj.com
pbeach@wnj.com

189725.189725 #27591706-2