# Exhibit 1

December 5th, 2022

To whom it may concern,

I am writing this on behalf of Chris Boden. It has come to my attention that you may be considering an early release/home confinement of Mr. Boden.

I wholeheartedly support this. We have a position for him waiting and his skills are sorely missed at CommonWealth Power.

Sincerely,

John Howland

Chief of Operations
CommonWealth Power

To whom it may concern,

I am the Chief Development Officer for Commonwealth Power Company, LLC. We own and operate three hydroelectric plants on the Thornapple River, outside of Grand Rapids, MI.

Chris Boden had been helping us with a number of hydro projects, including 3-D printing of bearings which are in short supply, PLC, (programmable Logic Controller), diagnostics and updating as well modernizing much of the electrical wiring.  He is, as I suspect you know, a multi-talented individual.

It would be helpful to our endeavors in Michigan and elsewhere if Chris were able to consult for us if he is to be house confined.  Naturally, we would prefer to have him on site.

I hope this letter will be helpful in securing Chris' change of venue.  Should you have any questions, please feel free to contact me directly.

Sincerely,

Dwight Bowler
Chief Development Officer
Commonwealth Power Company, LLC
(917) 572-5725