# Exhibit 2

**Beach, Paul**

---

| | |
|---|---|
| **From:** | Rebecca Britz <rebeccatbritz@gmail.com> |
| **Sent:** | Wednesday, November 30, 2022 5:31 PM |
| **To:** | Lennon, Brian; Beach, Paul |
| **Subject:** | [EXTERNAL] Re: Introduction |
| | |
| **Categories:** | Assignment |

Hi Paul and Brian!

As Chris mentioned, I'm a nonprofit executive with 12 years experience under my belt in West Michigan. Chris's incarceration has been an eye opening experience for me when it comes to equity and community building, and as we were discussing his hopes for community involvement post-release, this idea was hatched.

There are no secular re-entry programs in Grand Rapids, and I know that can be a barrier for returning citizens- to feel that they must engage with a religion in order to be worthy of help.

I drafted the articles of incorporation for "Welcome Home, Neighbors" today. I have assembled a working board of directors for the purposes of incorporating, and as we grow our goal is to have our board comprised of at least 70% returned community members.

After many discussions with Chris, he knows he will have a seat at the table, and eventually on our staff as the head of our Computers for Change program. His experience managing electronics recycling at the geek group makes him a perfect fit for the role.

Let me know what other information you need from me. I'd love to have my right hand man boots on the ground back home sooner rather than later.

Best,
Bex Takacs Britz (they/them)
President & Founder
Welcome Home, Neighbors

>
> On Nov 30, 2022, at 5:18 PM, Lis Bokt <lisbokt@gmail.com> wrote:
>
>
> Hello all,
>
> Brian, Paul, Bex,
>
> Please meet each other. You are all wonderful people and as per Chris' email it has been requested that I introduce you.
>
> If you need anything else from me please let me know.

1