# Exhibit 3

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden R.D. Keyes | DATE: 10-09-2022 |
|---|---|
| FROM: Christopher A. Boden | REGISTER NO.: 33550-509 |
| WORK ASSIGNMENT: Education-Teacher | UNIT: Camp-Wing 2-Cell-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

<u>Cares Act Home Confinement</u>

Please see my attached request for CARES Act Home Confinement and related exhibits.

Thank You!

*[signature]*

(Do not write below this line)

DISPOSITION:

---

Signature Staff Member                                      Date

Record Copy - File; Copy - Inmate
PDF                                  Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

TRULINCS 33550509 - BODEN, CHRISTOPHER ALLAN - Unit: OXF-X-A

----------------------------------------------------------------------------------------------------

FROM: 33550509
TO:
SUBJECT: RTS - Cares Act
DATE: 10/09/2022 11:16:11 AM

CARES ACT REQUEST

Greetings everyone! :)

My name is Chris Boden, I'm Camper #33550-509 and I would like to respectfully request consideration for CARES ACT home confinement for the following reasons outlined below. I meet and exceed every single requirement for CARES ACT release as outlined by the Attorney General's memorandum. At this time I have less than 18 months remaining on my term of incarceration and have served over 25% of my overall sentence. I am currently a Minimum PATTERN score, and have no incident reports or detainers.

1. I have served over 25% of my sentence and have less than 18 months to my Statutory Release Date. With First Step Act and Second Chance Act credits I have only 5-8 months to go before release. I have no history of violence and am neither a sex offender or terrorist.

2. I have a Minimum PATTERN rating. My PATTERN score is actually a negative number, -3, one of the very lowest, even among Campers.

3. I have a perfect Disciplinary History with no incidents or "Shots" of any kind. I am the guy who offered his cell during the accreditation inspection to be used as the model cell. I abhor drugs and alcohol (and always have), and go out of my way to follow the rules. I'm the guy who wears Greens all day, every day. I work consistently to be a model inmate. Yes, I'm a nerd.

4. I work in the Education Dept. as a teacher at camp. Since starting there, test scores have substantially improved across the board, and I've helped over a dozen men make tangible progress towards their GEDs. Before I was officially given a job in the Education dept., I had already spent months tutoring several men on my own time. I was (and still am) using my own materials that I bought and had sent in because the BOP's copies were so out of date. I work with students every day with my earliest session being at 06:30 and my latest finishing at 21:30, 6 days a week. Having worked in education for 25 years, I'm passionately committed to helping people better their lives and learn practical and positive life skills.

Upon my release I'm donating all of the educational materials that I've had sent in, to the camp library. I've already donated many dozens of books to the Camp Library and to several individual inmates across a wide variety of subjects. Aside from my primary job, I'm also the official Camp Photographer.

5. I've had a solid release plan since months before I even arrived here (you can find it in my PSR). I'm married to a wonderful wife, who I've been with for almost 20 years. We own a nice house in a great neighborhood and both have excellent jobs. My release plan is to step back into my life and pick up where I left off. I'm the Head of Engineering for a fleet of hydroelectric power plants in Southwest Michigan. I'm a professional science and engineering teacher who has created over five thousand educational videos, and I'm also an accomplished Author with four published books (and three more on the way!). I have an excellent life waiting for me, with no chance of recidivism or being a danger to society. My life is one of helping people, and I plan on going right back to doing that kind of work, teaching people about science, donating laptops to people in need, and working with consistent persistence to Educate, Inspire, and Entertain.

6. I can afford to pay for my own medical expenses as I would be fully insured under a private insurance plan.

7. I have no Victims, Fines, or Restitution. I have a Money Judgement of $75,000 and can immediately upon release resume my job and paying that off as expeditiously as possible.

8. My wife is fully vaccinated and deeply immunocompromised. She has no B-Cells in her body and is prescribed Humira (an end-stage medication for people with serious autoimmune disorders). My wife has a myriad of complicated health issues all relating to her immunodeficiency problems. This includes Chrons, EDS, Early-onset RA, and incurable antibiotic-resistant C-DIFF. She's currently awaiting hip surgery so that I can be there during her recovery because she'll be unable to walk for several weeks. Because of her health and our nature we live a very sheltered lifestyle, with both of us working largely from home. Within 3 months of being in BOP custody, both my cellmate and I contracted COVID. Being transferred to Home Confinement would substantially improve my ability to avoid getting COVID again, and would also enable me to take care of my wife.

TRULINCS  33550509 - BODEN, CHRISTOPHER ALLAN - Unit: OXF-X-A

---

9. There is no opportunity to socially distance or do anything to avoid contracting COVID here at SCP Oxford. The entire cohort of inmates is packed 3-deep into only two wings of housing. The other two wings have been empty and closed for months. This is in direct violation of PS 1060 published on June 30,1997 (Page 6)(4)(a) which states that for Minimum Security Inmates "Rooms, Cells and Cubicles. If less than 55 square feet shall be rated for single occupancy only; if equal to or greater than 55 square feet but less than 120 square feet shall be rated for 100% double occupancy. If equal or greater than 120 square feet or more, rated capacity if computed by dividing the total space of each sleeping area or unit by 45 square feet." We are well beyond official rated capacity with three men packed in each cell, while two housing wings sit empty for no reason. Attached is the official BOP policy, as well as the sworn testimony of Collette Peters from only days ago, where she stated that all housing for minimum security inmates has been limited to 2-man cells for reasons of safety and security.

10. We have been in nonstop COVID lockdown since I arrived here. For most of that time we were in Level-3 (the highest level of COVID lockdown) with no visitation at all. Occasionally we drop down to Level-2, where we're allowed visitations, but only no-contact. Yet nothing is done about the primary disease vector of over 80 staff members who have repeatedly come to work sick, only to end up taking weeks off to recover. There is no COVID testing for inmates, and the published numbers for COVID cases here at Oxford in no way reflect the reality of the situation.

11. Even without the lockdown status, visitation for me is nearly impossible. I am 7 hours from home by car, or two flights and an hour's drive by air. This has resulted in total separation from my family. I would be far better penologically served by being sent to Home Confinement and electronically monitored, where I could be contributing to my family, my job, and my community though my community service hours.

12. The BOP has failed to ensure my safety and security. I am a high-functioning Autistic nerd with a passion for teaching and helping others, and an insatiable curiosity about How Things Work. I'm endlessly compelled to be curious and ask questions, and my Autism hampers me with a very poor skillset to the subtle clues of nonverbal communication. You can imagine how well that all works together in a prison environment where the entire world runs on toxic masculinity and fear.
Nobody has ever given me a document for what lessons I was supposed to learn from the experience of my incarceration. But I can tell you that one of the very first lessons I learned here is that if I take a beating so bad that I urinate blood for two days afterward, the top two priorities are to not tell a CO, and not go to Medical. Because the reward for either is to go to the SHU for getting beat up, and when you come back to get to get beat up again for being a "rat". This is not a healthy environment for an Autistic nerd with no street cred, muscles, or ability to fight, it's torture. Months after the incident when staff inadvertently found out about my beating, I was offered the opportunity to go to the SHU and spend a few months in transport to go to another BOP facility. I would rather suffer the trauma of yet another beating, than the trauma of The Hole, Diesel Therapy, and an unknown prison environment without the few friends I have here. At least here, my students will protect me.

I'm not asking for any reduction in the duration of my sentence. Nor am I asking for any reduction in my financial judgement. I'm even willing to give up all of my FSA, SCA, and Good Time credits. I only ask that I be immediately redesignated to Home Confinement and allowed to serve out the full remainder of my sentence at home with electronic monitoring. The results would be better for me as an inmate and a human being, the BOP as it would substantially reduce the costs and required resources of serving my sentence, my family as it would allow me to provide for and take care of them, my employer and community as it would allow me to go back to work providing safe, clean and reliable energy for a quarter-million homes in Southwest Michigan, and my students as it would allow me to get back to work teaching people about science and technology.

I just want to stop being afraid all the time. There is no penological benefit to my being relentlessly terrified.

Thank you for your time and consideration.

Chris Boden, Camper 33550-509