# Exhibit 5

Honorable Chief Judge Robert J. Jonker
United States District Court
Western District of Michigan
685 Federal Bldg.
110 Michigan St NW
Grand Rapids, MI 49503

December 3, 2022

I am writing in regards to Christopher Boden. He is my spouse, and closest person in the world. It has been one of the greatest gifts in my life to know him for as long as I have, and to have him as my partner.

We knew it would be a difficult journey for all of us when he received his sentence. We did everything we thought we could to prepare for it, but what we found was that it was a situation that you cannot really prepare for. Chris made it extremely clear from the beginning that he agreed that he deserved to serve time for his crimes. We are so thankful that we have been able to communicate consistently throughout this time. His messaging to me has been consistent - he understands why he is there, and that he has learned from his mistakes.

The depth of the regret that I've heard in his words has been beyond anything I've ever heard from him before - or anybody I've ever spoken to myself. I cannot recall how often he has told me that he will never again do anything that will separate him from his family again.

The day to day things I hear from him are also astoundingly difficult. Everything is such a challenge. Eating is nearly impossible due to his intolerances to dairy and eggs. I think he has consumed more ramen in this year than I've ever eaten total. Hygiene seems to be difficult due to not being able to properly care for his dentures. The environment does not seem to be able to handle people who are neurodivergent very well. It also seems to be very chaotic and violent and I worry for him every day.

Aside from his challenges, it has certainly been difficult for me. I have many chronic, non-curable health difficulties. I am thankful that I have been able to find the support I need from the people around me but I know it is stressful on them. It is hard for me to not be able to work through my health decisions with Chris by my side as I am used to being able to do.

In May I injured myself fairly substantially by doing nothing exceptional (I was sitting down and leaned over) and I tore my hip. It was very stressful to go through several months of constant physical therapy and extra doctor appointments (on top of the fairly regular visits I often have anyway) while also trying to keep up with inflation and the economy. After failing multiple attempts at physical therapy modules it was agreed to do surgery on it. This is a major process that automatically comes with a minimum of 30 physical therapy appointments and it is expected that because of my connective tissue disorder it will require more.

He has done his best to champion me through this process the best he can, but there's literally only so much he can do from where he is. It is a type of difficult that is beyond what either of us could imagine.

Despite his own challenges, he does try to do the very best he can every day. I often receive emails from him expressing joy that his students are doing well in a module, or that he found somebody voluntarily reading. He will send ask me for science news and then bring it up with the students later and they seem to find it fascinating. Under the most challenging of circumstances, he is trying to do his best every day.

I hope it can be recognized that he understands what he has done and that he is not a risk to anybody. The value he would add to society at large and to our family feels so much bigger.

Thank you for listening.

Lis Vogt