UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:21-cr-00040 |
| Plaintiff, | Hon. Robert J. Jonker |
| v. | Chief United States District Judge |
| CHRISTOPHER ALLAN BODEN, | |
| Defendant. | |

# CERTIFICATE OF CONCURRENCE REGARDING CHRISTOPHER BODEN'S MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) IN ACCORDANCE WITH LOCAL CRIMINAL RULE 12.4

Pursuant to local Criminal Rule 12.4, counsel for Mr. Boden conferred with Assistant U.S. Attorney Justin Presant as to whether the United States Attorney's Office would oppose the Motion for Reduction of Sentence. AUSA Presant informed counsel that the Government opposes Mr. Boden's motion.

Dated: December 9, 2022

/s/Brian P. Lennon
Brian P. Lennon (P 47361)
Paul H. Beach (P82036)
Warner Norcross + Judd LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503-2832
(616) 752-2000
blennon@wnj.com
pbeach@wnj.com

*Attorneys for Defendant Christopher Boden*

189725.189725 #27621535-2