UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:21-cr-40

v.

HON. ROBERT J. JONKER

CHRISTOPHER ALLAN BODEN,

    Defendant.

_____/

## ORDER TO RESPOND

The defendant has filed a motion for reduction of sentence (ECF No. 111). The government shall file a response to the motion no later than **February 13, 2023**.

Dated:   January 13, 2023          /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE