UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:21-CR-40 |
| v. | |
| CHRISTOPHER ALLAN BODEN, a/k/a "CAPTAIN," LEESA BETH VOGT, a/k/a "LIS BOKT," a/k/a "MOOSE," AND DANIEL REYNOLD DEJAGER, a/k/a "DANIEL REYNOLD," a/k/a "DANIEL MIESTER," a/k/a "DANICHI", | Hon. ROBERT J. JONKER U.S. District Judge |
| Defendants. | |

_____/

**FINAL ORDER OF FORFEITURE**

The government's Motion for Final Order of Forfeiture details the procedural and notice predicate for the requested Final Order. The United States provided notice of the Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

No third-party petitions were filed. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED:

1. That the following asset: all virtual currency accessible from wallets associated with two Trezor devices seized from the Geek Group on December 21, 2018, comprising at least 0.365 BTC (hereinafter the "Subject Property") is forfeited to the United States of America.

2. That pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317, all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

3. That the Subject Property shall be disposed of by the United States Department of Homeland Security – Immigration and Customs Enforcement and/or the United States Marshals Service according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated:  January 13, 2023                    /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            United States District Judge