UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,

    Defendant.

_____/

CASE No. 1:21-cr-40

HON. ROBERT J. JONKER

**ORDER**

Defendant has filed a motion for compassionate release under the First Step Act. (ECF Nos. 111, 112). The basis of the motion is the COVID-19 pandemic combined with family circumstances that, Defendant says, amount to extraordinary and compelling reasons for compassionate release. The Bureau of Prisons' website reflects that Defendant was released from custody on October 6, 2023. Thus, the motion—that requests the Court order Defendant's release from the federal corrections facility where he was confined at the time he filed the motion—is now moot.

**ACCORDINGLY, IT IS ORDERED** that Defendant's Motion for Compassionate Release (ECF No. 111) is **DISMISSED AS MOOT.**

Dated:   April 18, 2024            /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE