# Exhibit A

## Boden: Transition Services Flyer



# CHRISTOPHER BODEN

## TRANSITION CONSULTANT

Chris has walked the yards of two different Federal Prisons, not as a thug or a gang leader capitalizing on his past, but as a convicted defendant just like you. He is a teacher who understands the challenges you face. He has spent a lifetime dedicated to helping people and uses education as a tool for empowerment.

## PRACTICAL EXPERIENCE

Inmate #33550-509

In stark contrast to the online "Prison Consultants" who demand exorbitant fees for vague promises, Chris takes a genuine approach. He's not here to exploit your vulnerability; instead, he offers insights into federal programs and practical advice, leveraging his expertise to help you navigate the intricate web of possibilities. There are no "secret formulas" to cut your sentence in half, just honest guidance with tangible, practical results based on real-world experience.

## PROCESS & RATES

First Hour: $200  |  Subsequent Hours: $150

Chris will listen to your questions and review any necessary documents relating to your case. The following primary concerns will be addressed:

- How to prepare for incarceration
- The real rules of prison life, how to adapt, and how to survive while inside
- What to expect and practical guidance
- What programs you might be eligible for and how to apply for them

*"Because wisdom is not something you get until five seconds after you needed it."*

## CONTACT INFO

616-205-6917

PHYSICSDUCK2008@GMAIL.COM

## ABOUT ME

Before his prison stay, Chris was the Founder and CEO of The National Science Institute for over 25 years. He has a background in engineering working with high voltage, physics, and hydropower. Chris is also an author and has published four books prior to his stay in Federal Prison. He is currently the founding partner and director of engineering at Longcastle Designs where he designs control systems for hydroelectric power plants.

## AVAILABILITY

In person anywhere in West Michigan.

Remotely serving all FBOP inmates with a focus on the North Central Region.