UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,

    Defendant.

_____/

No. 1:21-cr-00040

Hon. Robert J. Jonker
United States District Court Judge

# COMPLIANCE WITH LOCAL CRIMINAL RULE 12.4

    In compliance with Local Criminal Rule 12.4, on May 12, 2025, undersigned counsel for Defendant Christopher Allan Boden sought concurrence from both the US Probation Office and the US Attorney's Office with Mr. Boden's request for early termination of supervised release. On May 14, both the US Probation Office and US Attorney's Office responded with "no objection" to the requested relief. Consequently, Defendant's Unopposed Motion for Early Termination of Supervised Release and Supporting Brief (Dkt.# 123) was filed earlier today. Mr. Boden asks this Honorable Court to grant the requested relief of Early Termination of Supervised Release.

Dated: May 16, 2025

    */s/Brian P. Lennon*
    Brian P. Lennon (P47361)
    Rogers & Associates PC, Attorneys and Counselors
    32255 Northwestern Highway, Suite 190
    Farmington Hills, Michigan 48334
    (248) 702-6350

    *Attorneys for Defendant Christopher Boden*