UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                        CASE NO. 1:21-cr-40

v.

                                        HON. ROBERT J. JONKER

CHRISTOPHER ALLEN BODEN,

       Defendant.

_____/

## **ORDER**

Defendant has moved for early termination of his supervised release (ECF No. 123). Defendant says the Motion is unopposed.  (*Id*. at PageID.1154; *See also* ECF No. 124).  The Defendant's supervising probation officer and counsel for the government shall file a response to this not later than 14 days from the date of this order.

Dated:  October 9, 2025            /s/ Robert J. Jonker
                                         ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE