

# United States District Court
# Western District of Michigan
# United States Probation Office

# MEMORANDUM

Date:     October 16, 2025

To:       U.S. District Judge Robert J. Jonker

From:     Jennifer A. Eaton, Probation Services Technician

Re:       BODEN, Christopher Allan; Docket No. 1:21CR00040-01

Your Honor,

In response to the early termination motion filed by Mr. Boden, the probation office submits the following information:

- On February 25, 2022, Mr. Boden was sentenced by Your Honor to 30 months imprisonment, followed by a 3-year term of supervised release for Ct. 2, Operating an Unlicensed Money Transmitting Business; Ct. 16, Money Laundering; and Ct. 21, Structuring. Mr. Boden commenced his term of supervised release on October 6, 2023, and is set to expire from supervision on October 5, 2026.

- Mr. Boden has maintained a stable residence in Grand Rapids, Michigan, with his wife throughout supervision. He earns substantial income as a social media content creator, and working as an independent contractor with Commonwealth Power Company, Byron Center, Michigan.

- Mr. Boden completed 150 hours of community service as ordered, and he has fulfilled all financial obligations.

- Mr. Boden has not incurred any instances of noncompliance during supervision. He does not have a history of violent offenses or any recent arrests or convictions. Mr. Boden scores as a low-risk case on the Post Conviction Risk Assessment (PCRA) tool, and a violence category 1. On December 10, 2024, he was transferred to the administrative caseload, where he has remained successful on supervision with minimal involvement from the probation office.

The Honorable Robert J. Jonker                                    BODEN, Christopher Allan
October 16, 2025                                                              1:21CR00040-01
Page 2


Based on the above information, the probation office is in support of Mr. Boden's request for early termination. To date, Mr. Boden has met the conditions of supervised release, successfully reintegrated into the community, and does not pose a foreseeable risk to public safety or any individual third party.


| Approved, | Respectfully submitted, |
|---|---|
| by  /s/ Krista K. Garcia<br>    Krista K. Garcia<br>    Supervisory U.S. Probation Officer<br>    Date: October 16, 2025 | by  /s/ Jennifer A. Eaton<br>    Jennifer A. Eaton<br>    Probation Services Technician<br>    Date: October 16, 2025 |